UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-046 (GK)** |
| | : | |
| v. | : | |
| | : | |
| **DEBORAH JEANE PALFREY** | : | |
| | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorneys Daniel Butler and Catherine K. Connelly. AUSA Butler can be reached at telephone number 202-353-9431 and/or email address Daniel.Butler@usdoj.gov and AUSA Connelly can be reached at telephone number (202)616-3384 and/or email address: Catherine.Connelly2@usdoj.gov.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Daniel Butler
Assistant United States Attorney
DC Bar No. 417178
555 4th Street, N.W. #5231
Washington, DC 20001
202-353-9431

_____
Catherine K. Connelly
Assistant United States Attorney
Mass. Bar No. 649430
555 4th Street, N.W. #4844
Washington, DC 20001
202-616-3384

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, A.J. Kramer, Esquire, this 2nd day of March, 2007.

                                                             _____
                                                             Catherine K. Connelly
                                                            Assistant United States Attorney