UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :     CRIMINAL NO. 07-046 (GK)

            : 

v.            :     **FILED**

            : 

DEBORAH JEANE PALFREY     :     MAR 0 9 2007

            **ORDER**     NANCY MAYER WHITTINGTON, CLERK
                                      U.S. DISTRICT COURT

Upon oral motion of the Government, and for good cause shown, it is this 9th day of

March, 2007, hereby ORDERED that the defendant, Deborah Jeane Palfrey, shall report to the

Metropolitan Police Department First District Station at 415 4th Street, SW, Washington, DC, at

11:30 a.m. on March 9, 2007, for the purpose of booking, fingerprinting, photographing and

processing on the charges contained in the indictment returned against her in this case.

3/9/07

                             *Gladys Kessler*

                             GLADYS KESSLER
                             UNITED STATES JUDGE

cc:    Daniel Butler, Esq.
       Catherine Connelly, Esq.
       Assistant United States Attorneys
       555 4th Street, N.W.
       Washington, D.C. 20530


       A.J. Kramer
       Federal Public Defender
       625 Indiana Avenue, Suite 550
       Washington D.C. 20004

(N)