UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                            ) | Cr. No. 07-046 (GK) |
| ) | |
| DEBORAH JEANE PALFREY, ) | |
| ) | |
| Defendant.        ) | |

## UNOPPOSED MOTION TO PERMIT DEFENDANT TO TRAVEL

Defendant, Deborah Jeane Palfrey, respectfully requests that the court allow her to travel from her home in Vallejo, California, to New York City, from March 21, 2007, through March 24, 20076. Undersigned counsel has spoken with counsel for the government, Assistant United States Attorneys Daniel Butler and Catherine Connelly, and they do not oppose this motion.

Ms. Palfrey appeared before the court on March 9, 2007, for arraignment. The court released her on her own recognizance with electronic monitoring, and allowed her to travel to certain areas of the United States. Ms. Palfrey has indicated that she is attempting to hire private counsel to take over her representation. She is requesting to be allowed to travel to New York City to consult with a lawyer for this purpose. In order to allow this process to proceed expeditiously, Ms. Palfrey respectfully requests that she be allowed to travel to New York City from March 21 to March 24, 2007.

  Respectfully submitted,

   /s/
  _____
  A.J. KRAMER
  FEDERAL PUBLIC DEFENDER
  625 Indiana Avenue, N.W., Suite 550
  Washington, D.C.  20004
  (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Cr. No. 07-046 (GK) |
| ) | |
| **DEBORAH JEANE PALFREY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

The defendant is permitted to travel from her home in Vallejo, California, to New York City, from March 21 through March 24, 2007. All other terms and conditions of defendant's release remain in effect.

**IT IS SO ORDERED.**


DATED: MARCH ___, 2007.      _____
                              THE HONORABLE GLADYS KESSLER
                              UNITED STATES DISTRICT JUDGE