UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Cr. No. 07-046 (GK) |
| ) | |
| DEBORAH JEANE PALFREY, ) | |
| ) | |
| Defendant.   ) | |

## DEFENDANT'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME

Defendant, Deborah Jeane Palfrey, respectfully requests an extension of time of two weeks to respond to the government's motion for a protective order. Undersigned counsel has spoken with counsel for the government, Assistant United States Attorneys Daniel Butler and Catherine Connelly, and they do not oppose this motion.

On March 5, 2007, the government filed a motion for a protective order regarding the discovery in this case. A response to this motion would be due on March 16, 2007.[1] In the interim, Ms. Palfrey has indicated that she intends to attempt to hire private counsel to represent her. For these reasons, undersigned counsel is reluctant to either respond to the government's motion, or to reach an agreement with the government, if new counsel is about to take over the case.

The government has indicated its willingness to turn over discovery as soon as the issue of the protective order is resolved. In order to allow new counsel to address the issue, or current counsel if it turns out that no new counsel is retained, Ms. Palfrey

---

[1] Counsel had also indicated that an agreement might be able to be reached with the government.

respectfully requests that the time to respond to the government's motion for a protective order be extended for two weeks, to March 30, 2007.

                                            Respectfully submitted,

                                                /s/

                                       _____
                                       A.J. KRAMER
                                       FEDERAL PUBLIC DEFENDER
                                       625 Indiana Avenue, N.W., Suite 550
                                       Washington, D.C. 20004
                                       (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.   ) | Cr. No. 07-046 (GK) |
| ) | |
| **DEBORAH JEANE PALFREY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Defendant's motion for an extension of time is granted, and defendant shall have until March 30, 2007, to respond to the government's motion for a protective order.

**IT IS SO ORDERED.**


DATED:   MARCH ___, 2007.        _____
                                 THE HONORABLE GLADYS KESSLER
                                 UNITED STATES DISTRICT JUDGE