# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| v.   ) | Cr. No. 07-046 (GK) |
| ) | |
| DEBORAH JEANE PALFREY,    ) | **FILED** |
| ) | |
| Defendant.   ) | MAR 1 6 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

The defendant is permitted to travel from her home in Vallejo, California, to New York City, from March 21 through March 24, 2007. All other terms and conditions of defendant's release remain in effect.

**IT IS SO ORDERED.**

DATED: MARCH 16, 2007.

THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

