UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Cr. No. 07-046 (GK) |
| DEBORAH JEANE PALFREY, | ) |
| Defendant. | ) |

**FILED**

MAR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Defendant's motion for an extension of time is granted, and defendant shall have until March 30, 2007, to respond to the government's motion for a protective order.

**IT IS SO ORDERED.**

DATED: MARCH 16, 2007.

/s/ Gladys Kessler
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE