UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-046 (GK)** |
| | : | |
| **v.** | : | |
| | : | |
| **DEBORAH JEANE PALFREY** | : | |
| | : | |

## NOTICE OF FILING

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Clerk file as part of the record in the above-captioned case the attached facsimile confirmation sheets which document service to defense counsel pursuant to this Court's March 16, 2007 Memorandum Order.

                                    Respectfully submitted,

                                    JEFFREY A. TAYLOR
                                  United States Attorney

                                    _____/s/_____
                                  Daniel Butler
                                  Assistant United States Attorney
                                  DC  Bar No. 417178
                                  Catherine K. Connelly
                                  Assistant United States Attorney
                                  Mass.  Bar No. 649430
                                  555 4th Street, N.W.
                                  Washington, DC 20001

```
*************** -COMM. JOURNAL- ********************* DATE MAR-17-2007 ***** TIME 12:31 *** P.01


   MODE = MEMORY TRANSMISSION          START=MAR-17 12:28      END=MAR-17 12:31

     FILE NO.= 003

STN NO.   COM   ABBR NO.    STATION NAME/TEL.NO.    PAGES    DURATION

 001      OK      s            92087515             009/009  00:02'19"

                                                   -3539414                  -

******************************** -US ATTY'S OFFICE- ***** -          3539414- *********
```



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# USAO-DC
# FAX
# Cover

To:     AJ Kramer                       From:    Catherine Connelly

Fax:    208-7515                        Phone:   616-3384

Date:   March 17, 2007

Re:     United States v. Deborah Jeane Palfrey
        Criminal Case No. 07-046 (GK)

Page(s): 9 including cover

COMMENTS:

Attached please find a copy of the Restraining Order issued by Judge Kessler on March 16, 2007.

Sincerely,

*[signature]*
Catherine K. Connelly
Assistant United States Attorney

---

**U.S. ATTORNEY FACSIMILE COMMUNICATION**

**WARNING:** *Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.*

```
************** -COMM. JOURNAL- ******************** DATE MAR-17-2007 ***** TIME 12:54 *** P.01

         MODE = MEMORY TRANSMISSION              START=MAR-17 12:51      END=MAR-17 12:54
         FILE NO.= 006
    STN NO.   COM    ABBR NO.   STATION NAME/TEL.NO.   PAGES    DURATION
     001      OK       ≞          94780371            009/009   00:02'46"
                                                 -3539414                -

*********************************** -US ATTY'S OFFICE- ***** -         3539414- **********
```



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# USAO-DC
# FAX
# Cover

| | | | |
|---|---|---|---|
| To: | Montgomery Blair Sibley | From: | Catherine Connelly |
| Fax: | 202-478-0371 | Phone: | 616-3384 |
| Date: | March 17, 2007 | | |
| Re: | United States v. Deborah Jeane Palfrey<br>Criminal Case No. 07-046 (GK) | | |
| Page(s): | 9 including cover | | |

COMMENTS:

Attached please find a copy of the Restraining Order issued by Judge Kessler on March 16, 2007.

Sincerely,

Catherine K. Connelly
Assistant United States Attorney

---

**U.S. ATTORNEY FACSIMILE COMMUNICATION**

**WARNING:** *Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.*