UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                       ) | Criminal No. 07-46 (GK) |
| ) | |
| DEBORAH JEANE PALFREY,    ) | |
| ) | |
| Defendant.            ) | |
| ) | |

### ORDER

A hearing was held on March 19, 2007 regarding the Court's Memorandum Order of March 16, 2007 granting the Government's ex parte Application. Upon consideration of the representations of the parties, and the entire record herein, and for the reasons noted on the record in open court, it is hereby

**ORDERED** that the Motions Hearing is **continued to March 22, 2007 at 11:00 a.m.**; and it is hereby

**ORDERED** that the Memorandum Order of March 16, 2007 is extended until further Order of the Court.

March 19, 2003
Date

Gladys Kessler
United States District Judge

**Copies to:** attorneys of record via ECF