UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-046 (GK)** |
| | : | |
| **v.** | : | |
| | : | |
| **DEBORAH JEANE PALFREY,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF APPEARANCE AS CO-COUNSEL**

Please enter the appearance of William R. Cowden as additional counsel for the United States in this action.

                                              Respectfully submitted,

                                              JEFFREY A. TAYLOR
                                              United States Attorney

                                              /s/
                                              WILLIAM R. COWDEN
                                              Assistant United States Attorney
                                              District of Columbia Bar No. 426301
                                              555 4th St., N.W., Rm. 4824
                                              Washington, DC  20530
                                              202-307-0258

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing Notice of Appearance to be served upon all counsel of record via the Court's ECF system, on this 22nd day of March 2007.

                                              /s/
                                              WILLIAM R. COWDEN
                                              Assistant United States Attorney
                                              District of Columbia Bar No. 426301
                                              555 4th St., N.W., Rm. 4824
                                              Washington, DC  20530
                                              202-307-0258