**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-046 (GK)** |
| | : | |
| v. | : | |
| | : | |
| **DEBORAH JEANE PALFREY** | : | |
| *aka* "Jeane Palfrey," | : | **FILED** |
| *aka* "Julia," | : | |
| *aka* "Pamela Martin," | : | MAR 2 2 2007 |
| | : | |
| **Defendant.** | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |
| _____ | : | |

## O R D E R

The United States, having applied for a Temporary Restraining Order and Request for a

Hearing pursuant 18 U.S.C. § 1514(a), and the Court, having found after a certification of an

attorney for the government, that there are reasonable grounds to believe that harassment of an

identified witness exists or that such an order is necessary to prevent such harassment and to

restrain an offense under 18 U.S.C. § 1512,

**IT IS HEREBY ORDERED** that the defendant, Deborah Jeane Palfrey, and her agents

and attorneys shall not act, or cause any act to be done, to further the civil action entitled Palfrey

v. Neble, Civil Action No. 1:07-cv-0461 (GK), pending in the United States District Court for

the District of Columbia, and shall not engage in any another similar acts or actions against

Government witnesses, agents and investigators.

**IT IS FURTHER ORDERED** that this order shall remain in effect until March ~~there is~~

~~2007 at ____, or~~ until modified by the Court, ~~whichever is first.~~

(N)

**IT IS FURTHER ORDERED** the parties shall appear before this Court on ~~March~~ *april 12,*

2007 at *11:30 pm* for a hearing *status* ~~on the Government's Application for a Protective Order.~~

**SO ORDERED.**

March 22 , 2007                                    _Gladys Kessler_
                                                   Gladys Kessler
                                                   United States District Judge


cc:     Montgomery Blair Sibley
        50 West Montgomery Avenue, Suite B-4
        Rockville, MD 20850
        (fax 202-478-0371)

        A. J. Kramer
        Federal Defender Service
        625 Indiana Avenue, NW, Suite 550
        Washington, DC 20004
        (Fax 202-208-7515)

        William R. Cowden
        Catherine K. Connelly
        Daniel P. Butler
        U.S. Attorney's Office
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (fax 202-514-8707)