UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

        DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-GK

NOTICE OF FILING DEFENDANT'S *PRO SE* MOTION FOR PERMISSION TO TRAVEL TO SOUTHERN CALIFORNIA

COMES NOW, Montgomery Blair Sibley, and hereby gives notice of filing Defendant's *Pro Se* Motion for Permission to Travel to Southern California.

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Catherine Connelly, Assistant United States Attorney, Criminal Division,, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this April 3, 2007

    MONTGOMERY BLAIR SIBLEY
    CENTER FOR FORFEITURE LAW
    50 West Montgomery Avenue, Suite B-4
    Rockville, MD 20850-4216
    Voice/Fax:   (202) 478-0371
    E-mail:      mbsibley@civilforfeiture.com

    By:   /s/ Montgomery Blair Sibley
        Montgomery Blair Sibley
        D.C. Bar #464488

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

        PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

        DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-GK

DEFENDANT'S *PRO SE* MOTION FOR PERMISSION TO TRAVEL TO SOUTHERN CALIFORNIA

COMES NOW, Defendant Deborah Jeane Palfrey, appearing *pro se*, and asks the Court for the following relief for the following reasons:

**I.    PERMISSION TO TRAVEL TO SOUTHERN CALIFORNIA**

I respectfully requests that the court allow me to travel from my home in Vallejo, California, to Southern California with prior notice to my pre-trial service officer. The first reason for the request is that I own real property located in Escondido, California which I must attend to in order to maintain and/or realize its value, noting of course the government's *lis pendens* filed on that property. Second, I am pursuing income-producing opportunities to support myself and raise funds for my defense which require my travel to Southern California.

My civil counsel, Montgomery Blair Sibley, contacted counsel for the government, Assistant United States Attorney Catherine Connelly who indicated that her "understanding at the arraignment was that Ms. Palfrey was to make such requests to the Pretrial Services Agency for the Eastern District of California. Unless and until Pretrial Services has denied such a request, it seems a motion to the Court would be premature."

I in fact did contact my pre-trial officer who indicated to me that she was not authorized to grant permission to me to travel to Southern California and that an order from this Court would be necessary.

I ask the Court to note that I did appear before the court on March 9, 2007, for arraignment and the Court released me on my own recognizance with electronic monitoring, and allowed me to travel to certain areas of the United States. Moreover, I was granted permission to travel to New York City by this Court which I did within the parameters of that order.

As such, I ask that I be permitted to travel to Southern California with prior notice to my pre-trial service officer.

Dated: 4/3/07

_____
Deborah Jeane Palfrey

Montgomery Blair Sibley hereby (i) gives notice of assistance to Defendant in the preparation of this pleading and (ii) notes that he is does not represent Defendant as attorney of record in this matter.

-2-