**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  07-046 (GK)** |
| | : | |
| **v.** | : | |
| | : | |
| **DEBORAH JEANE PALFREY,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S RESPONSE TO MONTGOMERY BLAIR SIBLEY'S**
**MOTION TO CLARIFY AND FOR LIMITED APPEARANCE**

On March 27, 2007, Montgomery Blair Sibley, the attorney who represents Deborah Jeane Palfrey in her capacity as a claimant in a currently-stayed civil forfeiture case, filed a "Motion to Clarify" in this criminal case seeking, by his account, three things.  First, Mr. Sibley says "undersigned counsel seeks an order clarifying the Court's ruling so as to permit him to distribute without compensation copies of the business records of Defendant's escort service." Motion at 2.  Second, "counsel seeks leave from this Court to make a limited appearance for the purposes of contesting the restraining order entered on March 22, 2007, by this Court."  Motion at 3.  Third, says Mr. Sibley, "the Defendant requests that this Court permit her undersigned civil counsel to appear for the limited purposes of filing her motion for appointment of counsel in this matter with permission to file *ex parte* certain attorney-client privileged communications between her and the Public Defender in support of her request."  Motion at 4.

Mr. Sibley's third request apparently could not await this Court's ruling:  Mr. Sibley filed a motion for appointment of counsel even before the Government's response to his request for leave to file such a motion was due.  Nor does it appear that Mr. Sibley sought consent from the defendant's criminal defense attorney before Mr. Sibley filed the request for new criminal counsel which he styled as a *pro se* pleading.  The Government suggests that because Mr. Sibley

is not counsel of record he should not be permitted to file any pleadings in this criminal case, but this is, of course, primarily an issue for the defendant's criminal counsel, and this Court, to address. The Government suggests, however, that it should not be burdened to respond to documents Mr. Sibley might continue to style as *pro se* pleadings before filing them in a case where he lacks proper authorization to appear.

For several reasons, Mr. Sibley's other two requests, which he has not already rendered moot, should both be denied.

For one, as noted above, Mr. Sibley should not be permitted to file any motions or other pleadings in this criminal case – he is not defendant's counsel of record.

For another, the civil forfeiture proceedings are now stayed. Mr. Sibley appears to have no legitimate need to distribute copies of business records to anyone. Defendant's attorney of record in this criminal proceeding has not requested clarification of the Restraining Order which has legitimate, relevant goals. Prior to its issuance, Mr. Sibley threatened to "out" and thus embarrass witnesses, and prior to its issuance he instituted several baseless legal actions against individuals and entities he appears to believe might be witnesses. The Restraining Order proscribes such misconduct by Mr. Sibley. It is a reasonably measured response to his initial effort to obstruct this criminal prosecution. If defendant's criminal counsel determines that the Restraining Order in some fashion interferes with the defendant's ability to obtain a fair trial, an appropriate motion to modify the current order will, no doubt, be submitted by that counsel.

WHEREFORE, the United States respectfully submits that the Restraining Order, which seeks, in part, to prevent Mr. Sibley from infecting this criminal prosecution, should remain

unchanged, and his Motion to Clarify should be denied.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:     _/s/_____
WILLIAM R. COWDEN
Assistant United States Attorney
DC Bar #426301
Chief, Asset Forfeiture Unit
555 Fourth Street, N.W.
Washington, DC 20530
(202) 307-0258

DANIEL P. BUTLER
DC Bar # 417718
CATHERINE K. CONNELLY
MA Bar # 649430
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Opposition to be served upon all counsel of record via the Court's ECF system, and mailed to Mr. Sibley, at 50 West Montgomery Avenue, Suite B-4, Rockville, MD 20850-4216, on this 10th day of April 2007.

/s/_____
WILLIAM R. COWDEN
Assistant  United States Attorney
District of Columbia Bar No. 426301
555 4th St., N.W., Rm. 4824
Washington, DC  20530
202-307-0258

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  07-046 (GK)** |
| | : | |
| **v.** | : | |
| | : | |
| **DEBORAH JEANE PALFREY,** | : | |
| | : | |
| **Defendant.** | : | |

# O R D E R

Upon consideration of Mr. Sibley's Motion to Clarify and for Limited Appearance, the

Opposition thereto, and the entire record herein, it is this _____ day of

_____, 2007

HEREBY Ordered that the Motion is DENIED.


_____
GLADYS KESSLER
United States District Judge