UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Cr. No. 07-046 (GK) |
| ) | |
| DEBORAH JEANE PALFREY, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR TRANSPORTATION EXPENSES**

Defendant, Deborah Jeane Palfrey, hereby moves this Court to authorize and direct the Marshal to make transportation arrangements designed to bring Ms. Palfrey from her home in California, to the next court date in the above captioned case, and to return her at the conclusion of the hearing. Government counsel, Assistant United States Attorney Catherine Connelly, was contacted and indicated that she does not oppose this motion.

Ms. Palfrey has previously been determined to be financially indigent and to qualify for court appointed counsel. Pursuant to 18 U.S.C. § 4285, this Court may

> direct the United States Marshal to arrange for [an indigent defendant's] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required.

Accordingly, Ms. Palfrey respectfully requests that the Court enter the attached Order directing the Marshal to make appropriate arrangements to facilitate her appearance in court for the status conference on April 12, 2007 at 11:30 a.m. and her return to California after her appearance.

       Respectfully submitted,

          /s/

       _____
       A.J. KRAMER
       FEDERAL PUBLIC DEFENDER
       625 Indiana Avenue, N.W., Suite 550
       Washington, D.C.   20004
       (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**    ) | |
| ) | |
| v.    ) | Cr. No. 07-046 (GK) |
| ) | |
| **DEBORAH JEANE PALFREY,**    ) | |
| ) | |
| **Defendant.**    ) | |

## ORDER

Upon consideration of defendant's motion for travel, and defendant having shown that she is financially unable to provide the necessary transportation to appear before the Court, it is this ___ day of April, 2007, hereby

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the defendant noncustodial transportation from San Francisco, California to Washington, D.C., to appear before the Court for a hearing scheduled for April 12, 2007, at 11:30 a.m., and transportation to return to San Francisco, California, after said hearing.


DATED: April ___, 2007            _____
                                                                        THE HONORABLE GLADYS KESSLER
                                                                        UNITED STATES DISTRICT JUDGE