UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Criminal No. 07-46 (GK) |
| : | |
| DEBORAH JEANE PALFREY, : | FILED |
| : | |
| Defendant. : | APR 10 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

**ORDER**

Defendant has filed a *pro se* motion, with the assistance of her counsel in Civil Action 06-461, requesting that the Court set aside $500,000 in order to retain private counsel and ensure adequate investigation of her case, and also requesting to not appear at the April 12, 2007 status hearing.

As to the first request, it is patently without merit. First, Defendant has offered no detailed factual basis of any kind for the exorbitant request she has made. If a substantial budget is necessary for investigation of her case, it must be requested by whatever counsel is representing her. Second, if she is unable to resolve her differences with Mr. Kramer, which she mentions in her *pro se* Motion, she must then follow the procedures set forth in the Criminal Justice Act, 18 U.S.C. § 3006A. If new counsel is appointed under the Criminal Justice Act, that individual will be entitled to those payments and maximum amounts identified in the Act.[1] If the Defendant wishes to retain

---

[1] The Court certainly does not know the nature of the differences with Mr. Kramer which the Defendant alludes to in her *pro se* Motion. Defendant does not live in this jurisdiction and may have difficulty determining the qualifications, credentials, and reputation of various attorneys. For that reason, the Court wishes to assure Defendant that Mr. Kramer has many years of experience as the Chief Federal Defender for this District, is extraordinarily skilled in representing his clients, and is very knowledgeable about criminal law. Moreover, his Office has the resources which may be necessary to handle this case.

counsel of her own choosing, she may certainly do that, but she would have to pay whatever that counsel is charging.

As to Defendant's second request to not attend the April 12, 2007 status hearing, that request is **granted**. The Defendant is welcome to arrange with the Court's courtroom clerk to listen to the procedures via a telephone conference call, so that she may personally hear the entire discussion. Indeed, the Court thinks that is a preferable procedure than having the substance of the proceedings related second hand to the Defendant by her counsel in her civil case.

**WHEREFORE**, it is this 9th day of April, 2007, hereby

**ORDERED**, that Defendant's Motion is **denied in part and granted in part**.

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**