UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (GK) |
| | : | |
| v. | : | FILED |
| | : | |
| DEBORAH JEANE PALFREY, | : | APR 1 1 2007 |
| | : | |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**ORDER**

Upon consideration of Mr. Sibley's Motion to Clarify and for Limited Appearance, the Opposition thereto, and the entire record herein, it is this 11th day of April, 2007

HEREBY Ordered that the Motion is DENIED.

_____
GLADYS KESSLER
United States District Judge