UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

        DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-GK

DEFENDANT'S *PRO SE* MOTION FOR RECONSIDERATION OF APPOINTMENT OF COUNSEL

COMES NOW, Defendant Deborah Jeane Palfrey, appearing *pro se*, and asks the Court for the following relief for the following reasons:

I.    RE-CONSIDERATION OF APPOINTMENT OF COUNSEL

I have received the Court's order of April 10, 2007, and ask the Court to reconsider given the extraordinary nature of the my case.

First, I have been informed that Mr. Justice Black wrote in *Johnson v. Zerbst*, 304 U.S. 458, 462 (1938):

> The Sixth Amendment stands as a constant admonition that, if the constitutional safeguards it provides be lost, justice will not "still be done." It embodies a realistic recognition of the obvious truth that the average defendant does not have the professional legal skill to protect himself when brought before a tribunal with power to take his life or liberty, wherein the prosecution is presented by experienced and learned counsel. That which is simple, orderly and necessary to the lawyer, to the untrained layman may appear intricate, complex and mysterious.

Accordingly, I cannot comply with 18 U.S.C. §3006A of the Criminal Justice Act as I would not know where to begin as it appears "appear intricate, complex and mysterious" to me.

Moreover, this is not an ordinary case. For example, one of the regular customers of this

service, Harlan K. Ullman[1], is a commissioner to the Congressionally-mandated review of U.S. strategic posture being conducted through the Department of Defense and was the author of the "shock and awe" doctrine employed by the present administration. His utilization of the service, my need to subpoena him and the substantial administration resistance to his being a witness will necessary require the talents of an usually expereince and fearless attorney, with a team of investigators to see this matter to a result which insures that "justice is done" in my matter. Moreover, Mr. Ullman is only one of dozens of such officials who will be identified during the course of preparing my defense.

Finally, the counsel I desire, who has the requisite expertise, has indicated that he will not undergo the demeaning and frustrating funding provisions of the Criminal Justice Acct application process and such I raise the question whether the terms of that act have the practical effect of dissuading competent counsel from representation to such as an extent as to act as a *de facto* if not *de jure* denial of my Sixth Amendment rights by its administrative burdens.

As such, I require at least $10,000 just to hire my civil attorney, Montgomery Blair Sibley, who has the knowledge and experience to assist me in making the Criminal Justice Act application in this highly unusual case.

Dated: 4/11/07

Deborah Jeane Palfrey

---

Montgomery Blair Sibley hereby (i) gives notice of assistance to Defendant in the preparation of this pleading and (ii) notes that he is does not represent Defendant as attorney of record in this matter.

---

[1] See attached Exhibits "A", "B", "C" and "D" for confirmation of this assertion.

-2-

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

          PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

          DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-GK

NOTICE OF FILING DEFENDANT'S *PRO SE* MOTION FOR RECONSIDERATION OF APPOINTMENT OF COUNSEL

    COMES NOW, Montgomery Blair Sibley, and hereby gives notice of filing Defendant's *Pro Se* Motion for Reconsideration of Appointment of Counsel.

### CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Catherine Connelly, Assistant United States Attorney, Criminal Division,, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this April 12, 2007

                                                  MONTGOMERY BLAIR SIBLEY
                                                  CENTER FOR FORFEITURE LAW
                                                  50 West Montgomery Avenue, Suite B-4
                                                  Rockville, MD 20850-4216
                                                  Voice/Fax:   (202) 478-0371
                                                  E-mail:       mbsibley@civilforfeiture.com

                                                  By:   /s/ Montgomery Blair Sibley
                                                            Montgomery Blair Sibley
                                                             D.C. Bar #464488

| DC HOME | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | Kids |

**Welcome to Washington District of Columbia**



MAYOR Adrian M. Fenty

**CFO HOME**

**TAXPAYER SERVICE CENTER**

**REAL PROPERTY SERVICES**
Property Tax Bills
Property Tax Rates and Calculation
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database

**QUESTIONS?**
Ask Our Online Service Rep

◀ Prev

## Property Detail

**Address:**
**SSL:**        1213 0001

### Record Details

| | | | |
|---|---|---|---|
| **Neighborhood:** | GEORGETOWN | **Sub-Neighborhood:** | J |
| **Use Code:** | 11 - Residential-Row-Single-Family | **Class 3 Exception:** | No |
| **Tax Type:** | TX - Taxable | **Tax Class:** | 001 - Residential |
| **Homestead Status:** | ** Currently receiving the Homestead Deduction*. | | |
| **Assessor:** | HAROLD BROWN | | |
| **Gross Building Area:** | | **Ward:** | 2 |
| **Land Area:** | 1,602 | **Triennial Group:** | 2 |

### Owner and Sales Information

**Owner Name:**       HARLAN ULLMAN
**Mailing Address:**
**Sale Price:**       Not Available
**Sale Date:**        Not Available
**Instrument No.:**

### Tax Year 2008 Preliminary Assessment Roll

| | Current Value | Proposed New Value (2008) |
|---|---:|---:|
| **Land:** | $499,700 | $505,050 |
| **Improvements:** | $1,028,070 | $1,101,920 |
| **Total Value:** | $1,527,770 | $1,606,970 |
| **Taxable Assessment:** * | $983,664 | $1,082,030 |

* Taxable Assessment after Tax Assessment Credit and after $60,000 Homestead Credit, if applicable. (Click here for more information).

** This property is currently receiving tax relief through the Homestead deduction program. If you are not domiciled in the District or the property is not your principal place of residence, you are obligated to inform the Office of Tax and Revenue. This can be done by accessing the link below and completing the necessary form and returning it per the instructions. You may also write to the Office of Tax and Revenue, Real Property Administration, P.O. Box 176, Washington, DC 20044. For additional information regarding the Homestead program, call (202)727-4TAX. Click here to download the Homestead Deduction and Senior Citizen Tax Relief cancellation application *

View Tax Information | View Property Features | View Payments

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials
Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

Exhibit "A"



Exhibit "B"



- **Home Page**
  current activities and musings

- **Biography**
  about Harlan Ullman

- **Articles**
  in the Washington Times and elsewhere

- **Books**
  available for purchase

- **Business Activities**
  projects

- **Contact**
  e-mail Harlan Ullman

Enter Your Email    Submit

### Meet Harlan Ullman



Harlan Ullman is a highly respected and widely recognized expert in national security whose advice is sought by governments and businesses. A senior adviser at Washington's premier think tank, the Center for Strategic and International Studies (CSIS), his expertise spans national security, foreign policy, terror, defense, economics, and finance as well as Asia, the Middle East, and Europe. His column in the Washington Times is called "Owls and Eagles" and he writes for other publications in the US and abroad. He is a frequent commentator in U.S. and International media including Fox, BBC, and Al Jazeera TV and is a regular on the Washington Post radio station.

His latest book, **America's Promise Restored: Preventing Culture, Crusade and Partisanship from Wrecking Our Nation**, is a particularly provocative analysis of why our government is broken and what needs to be done to make it work and continues his earlier works **Finishing Business--Ten Steps to Defeat Global Terror** (2004 with a foreword by former Speaker of the House of Representatives, Newt Gingrich and an after word by General Wesley Clark) and **Unfinished Business---Afghanistan, the Middle East and Beyond---Defusing the Dangers that Threaten America's Security** (2002 with a foreword by Senator John McCain).



An honors graduate of the U.S. Naval Academy, Ullman completed more than 150 combat missions and patrols in Vietnam in Swift Boats and later commanded a destroyer in the Persian Gulf. With a Ph.D. in international affairs, finance, and economics from the Fletcher School and Harvard, he has been an academic and businessman as well as an adviser to the most senior levels of government and the private sector. He is also principal author of the doctrine of " shock and awe," which was substantially different from what was advertised in Operation Iraqi Freedom. After leaving naval service, Ullman joined CSIS as senior fellow and director of the Political-Military and Strategy Programs and began consulting with a number of Fortune 100 companies. Elected to the board of the Wall Street Fund, he later formed his own company, the Killowen Group, a consulting firm with

Exhibit "C"

broad financial interests. He has served on the boards of several related investment and venture capital companies with and as senior partner and vice chairman of two companies in the high-technology area. Ullman is currently chairman of the advisory board of two companies engaged in Smart Zone Management and homeland security; serves at the Center for Naval Analyses, where he chairs the Senior Seminar and is a senior fellow; at the National Defense University as a Distinguished Visiting Fellow; and on the Senior Advisory Board of the US European Command and the NATO Defence College. He is Presidential Fellow at Polytechnic University of New York and has been named a commissioner to the Congressionally-mandated review of U.S. strategic posture being conducted through the Department of Defense.

HarlanUllman.com © 2006 • Privacy Policy • Terms Of Use

**AMELA MARTIN & ASSOCIATES**
PRINT BUSINESS FLEX(SM) DIAL-1
ccount #: [redacted]

Page: 33
Billing Period Ending: 6/22/04
Customer Number: [redacted]

*Itemization of Calls*

RIGINATING NUMBER: 707 848-1500

| 81 | 6/10/04 | 7:21 PM | E | WASHINGTON | DC | 202 825-3604 | .8 | .04 R |

Exhibit "D"