# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
v. : **Criminal No. 07-46 (GK)**
:
DEBORAH JEANE PALFREY, : **FILED**
:
Defendant. : APR 1 2 2007
:

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Defendant has filed a *pro se* motion, with the assistance of her counsel in Civil Action Nos. 06-1710 and 07-461, requesting reconsideration of the Court's Order of April 9, 2007. Certain of the attachments to the motion contain the home address and phone numbers of an individual not a party to this case.

The Judicial Conference of the United States has adopted a policy that certain personal identifiers should not be included in electronic filings because broad electronic access to civil case files jeopardizes individuals' privacy interest in such sensitive information. This District Court, in its Notice Regarding Privacy and Public Access to Electronic Criminal Case Filed, adopted that policy of the Judicial Conference and specifically instructed that home addresses be omitted or redacted from all pleadings filed with the court. Accordingly, and for the reasons stated on the record in open court on April 12, 2007, it is hereby

**ORDERED** that the Clerk of the Court shall redact the home address and telephone numbers contained in the Motion for Reconsideration [Dkt. No. 28] filed today in this case; and it is further

**ORDERED** that Defendant and anyone assisting her shall provide to her criminal defense counsel any pleading to be filed in this matter **no later than five days prior to its filing;** and it is

(N)

further

**ORDERED** that the Clerk of the Court shall not accept any pleadings by Defendant acting

*pro se*, or by anyone claiming to assist her in a *pro se* filing, until they are approved by the Court.


DATE April 12, 2007

Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

-2-