UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 07-046 (GK) |
| | ) |
| DEBORAH JEANE PALFREY, | ) |
| | ) |
| Defendant. | ) |

FILED

APR 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of defendant's motion for travel, and defendant having shown that she is financially unable to provide the necessary transportation to appear before the Court, it is this __ day of April, 2007, hereby

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the defendant noncustodial transportation from San Francisco, California to Washington, D.C., to appear before the Court for a hearing scheduled for April 30, 2007 at 10:00 a.m., and transportation to return to San Francisco, California, after said hearing.

DATED: April __, 2007

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE