UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 07-46 (GK) |
| | : | |
| DEBORAH JEANE PALFREY, | : | **FILED** |
| | : | |
| Defendant. | : | APR 2 4 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Pursuant to this Court's Order of April 12, 2007, Montgomery Blair Sibley, Esq. has submitted for approval for filing Defendant's *Pro Se* Motion for Replacement of Counsel. He has also submitted *ex parte* for *in camera* review his own declaration and the declaration of Defendant Deborah Jeane Palfrey. Upon consideration of all materials submitted, the Court concludes that Defendant's *Pro Se* Motion for Replacement of Counsel may be filed with the Clerk of the Court.

DATE April 24, 2007

Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**