UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Cr. No. 07-046 (GK) |
| ) | |
| **DEBORAH JEANE PALFREY,** ) | |
| ) | |
| **Defendant.** ) | |

**UNOPPOSED MOTION TO AMEND ORDER
FOR TRANSPORTATION EXPENSES**

Defendant, Deborah Jeane Palfrey, hereby moves this Court to amend the order authorizing and directing the Marshal to make transportation arrangements designed to bring Ms. Palfrey from her home in California, to the next court date in the above captioned case, and to return her at the conclusion of the hearing. Government counsel, Assistant United States Attorney Catherine Connelly, was contacted and indicated that she does not oppose this motion.

On April 17, 2007, the Court signed an order for the Marshal to furnish transportation for Ms. Palfrey, for her next court appearance, on April 30, 2007. The Marshals have informed counsel that they will also pay for Ms. Palfrey's subsistence expenses while she is in D.C., if the Court's order so provides. Therefore, defendant respectfully requests the Court amend its original order to authorize such expenses.

Accordingly, Ms. Palfrey respectfully requests that the Court enter the accompanying amended Order directing the Marshal to make appropriate arrangements to facilitate her appearance in court for the status conference on April 30, 2007 at 10:00 a.m., and her return to California after her appearance.

      Respectfully submitted,

          /s/

_____
A.J. KRAMER
FEDERAL PUBLIC DEFENDER
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Cr. No. 07-046 (GK) |
| ) | |
| **DEBORAH JEANE PALFREY,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of defendant's motion for travel, and defendant having shown that she is financially unable to provide the necessary transportation to appear before the Court, it is this ___ day of April, 2007, hereby

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the defendant noncustodial transportation from San Francisco, California to Washington, D.C., to appear before the Court for a hearing scheduled for April 30, 2007 at 10:00 a.m., and transportation to return to San Francisco, California, after said hearing. The Marshal shall also furnish subsistence expenses, in an amount not to exceed the federal per diem allowance, during defendant's stay in the District of Columbia to attend court.

DATED: April ___, 2007

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE