UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cr. No. 07-046 (GK) |
| | ) | |
| DEBORAH JEANE PALFREY, | ) | **FILED** |
| | ) | |
| Defendant. | ) | APR 2 6 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of defendant's motion for travel, and defendant having shown that she is financially unable to provide the necessary transportation to appear before the Court, it is this ___ day of April, 2007, hereby

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the defendant noncustodial transportation from San Francisco, California to Washington, D.C., to appear before the Court for a hearing scheduled for April 30, 2007 at 10:00 a.m., and transportation to return to San Francisco, California, after said hearing. The Marshal shall also furnish subsistence expenses, in an amount not to exceed the federal per diem allowance, during defendant's stay in the District of Columbia to attend court.

DATED: April 25, 2007

THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE