UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
:
v.  : Criminal No. 07-46 (GK)
:
DEBORAH JEANE PALFREY,  :
:
Defendant.  :

FILED
APR 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

It has come to the Court's attention that Montgomery Blair Sibley, Esq. has been listed as Defendant's counsel in the above-captioned case. That listing was an error. Mr. Sibley has never been defense counsel in the criminal matter. Consequently, his name is hereby officially removed from the docket in this case.

DATE April 30, 2007

Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**