UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Criminal No. 07-46 (GK) |
| DEBORAH JEANE PALFREY, | : | **FILED** |
| Defendant. | : | MAY 0 7 2007 |
| | | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

<u>ORDER</u>

It is this 7th day of May, 2007, hereby

**ORDERED**, that Preston Burton is appointed as counsel for Defendant, Deborah Jeane Palfrey; and it is further

**ORDERED**, that a Status Conference will be held on **May 21, 2007, at 10:00 a.m.**

/s/ Gladys Kessler
Gladys Kessler
United States District Court Judge

**Copies via ECF to all counsel of record**