# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal No. 07-046 (GK) |
| | : | |
| DEBORAH JEANE PALFREY, | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION FOR ORDER
## REGARDING TRANSPORTATION EXPENSES

Defendant, Deborah Jeane Palfrey, hereby moves this Court to authorize and direct the Marshal to make transportation arrangements designed to bring Ms. Palfrey from her home in California, to the next Court date in the above-captioned case, and to return her the day after the conclusion of the hearing. Government counsel, Assistant United States Attorney Daniel P. Butler, was contacted and indicated that he does not oppose this motion.

Previously, the Court has signed similar orders for the Marshal to furnish transportation for Ms. Palfrey for her Court appearances, and has ordered the Marshals to pay for Ms. Palfrey's subsistence expenses while she is in D.C. Ms. Palfrey has been determined to be financially indigent and to qualify for court-appointed counsel and is, therefore, eligible for this assistance under 18 U.S.C. § 4285. Therefore, Ms. Palfrey respectfully requests that the Court enter an Order authorizing such travel expenses for the upcoming status conference to the held on May 21, 2007.

Accordingly, Ms. Palfrey respectfully requests that the Court enter the accompanying Order directing the Marshal to make appropriate transportation arrangements to facilitate her appearance

in Court for the status conference on May 21, 2007 at 10:00 a.m., and her return to California the

day following her appearance, along with her lodging and subsistence expenses for this travel.

Respectfully submitted,

Preston Burton, Esquire
D.C. Bar No. 426378
Bree N. Murphy, Esquire
D.C. Bar No. 497418
Orrick, Herrington & Sutcliffe LLP
3050 K Street, N.W.
Washington, D.C.   20007

Counsel for Deborah Jeane Palfrey

DATED:  May 11, 2007

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Criminal No. 07-046 (GK)** |
| | : | |
| **DEBORAH JEANE PALFREY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Upon consideration of Defendant's Motion for travel, and Defendant having shown that she is financially unable to provide the necessary transportation to appear before the Court, it is this _____ day of May 2007, hereby

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the Defendant noncustodial transportation from San Francisco, California to Washington, D.C., to appear before the Court for a hearing scheduled for May 21, 2007 at 10:00 a.m., and transportation to return to San Francisco, California, the day after said hearing. The Marshal shall also furnish subsistence expenses, including lodging, in an amount not to exceed the Federal per diem allowance, during Defendant's stay in the District of Columbia to attend Court.

DATED: May 11, 2007

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       U.S. Marshal Service

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May 2007, copies of the forgoing Unopposed

Motion for Order Regarding Transportation Expenses were served electronically on:

>William R. Cowden, Esquire
>Daniel P. Butler, Esquire
>Catherine K. Connelly, Esquire
>Assistant United States Attorneys
>Office of the United States Attorney
>    For the District of Columbia
>555 Fourth Street, N.W.
>Washington, D.C.   20001

and via hand-delivery to:

>Mr. George B. Walsh
>U.S. Marshal
>U.S. Courthouse, Room 1103
>3rd & Constitution Avenue, N.W.
>Washington, DC 20001

PRESTON BURTON