UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           :
                                    :
            Plaintiff,              :
                                    :
    v.                              :   Criminal No. 07-046 (GK)
                                    :
DEBORAH JEANE PALFREY,              :   **FILED**
                                    :
            Defendant.              :   MAY 1 4 2007
                                    :
                                        NANCY MAYER WHITTINGTON, CLERK
                                        U.S. DISTRICT COURT

## ORDER

Upon consideration of Defendant's Motion for travel, and Defendant having shown that she is financially unable to provide the necessary transportation to appear before the Court, it is this 14th day of May 2007, hereby

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the Defendant noncustodial transportation from San Francisco, California to Washington, D.C., to appear before the Court for a hearing scheduled for May 21, 2007 at 10:00 a.m., and transportation to return to San Francisco, California, the day after said hearing. The Marshal shall also furnish subsistence expenses, including lodging, in an amount not to exceed the Federal per diem allowance, during Defendant's stay in the District of Columbia to attend Court.

DATED: May 14, 2007                 _____
                                    THE HONORABLE GLADYS KESSLER
                                    UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       U.S. Marshal Service

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May 2007, copies of the forgoing Unopposed Motion for Order Regarding Transportation Expenses were served electronically on:

>William R. Cowden, Esquire
>Daniel P. Butler, Esquire
>Catherine K. Connelly, Esquire
>Assistant United States Attorneys
>Office of the United States Attorney
>   For the District of Columbia
>555 Fourth Street, N.W.
>Washington, D.C.  20001

and via hand-delivery to:

>Mr. George B. Walsh
>U.S. Marshal
>U.S. Courthouse, Room 1103
>3rd & Constitution Avenue, N.W.
>Washington, DC 20001

_____
PRESTON BURTON