IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | ) CR. NO. 07-046 (GK) |
| **DEBORAH PALFREY,** | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

A.J. Kramer, Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in this case and states in support thereof:

1. Preston Burton, Orrick, Herrington & Sutcliffe, LLP, 3050 K Street, NW, Washington, DC 20007 has been appointed to represent Ms. Palfrey in all future proceedings in this case.

*WHEREFORE*, it is respectfully requested that A.J. Kramer, Federal Public Defender, be permitted to withdraw as counsel for Deborah Palfrey in this case.

Respectfully submitted,

"/s/"
A.J. KRAMER
 Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|       **Plaintiff,** | ) |
|       v. | ) CR. NO. 07-0046 (GK) |
| **DEBORAH PALFREY,** | ) |
|       **Defendant.** | ) |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is this ___ day of May, 2007, hereby

    ***ORDERED*** that the Motion to Withdraw as Counsel is hereby granted; and it is further

    ***ORDERED*** that A.J. Kramer, Federal Public Defender is permitted to withdraw as counsel.


_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE