IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) CR. NO. 07-0046 (GK) |
| DEBORAH PALFREY, | ) |
| Defendant. | ) |

FILED
MAY 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is this 21st day of May, 2007, hereby

**ORDERED** that the Motion to Withdraw as Counsel is hereby granted; and it is further

**ORDERED** that A.J. Kramer, Federal Public Defender is permitted to withdraw as counsel.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE