CO-525
(12/86)

**PRAECIPE**

# United States District Court
# for the District of Columbia

the ___21___ day of ___May___ 19__2007__

FILED

MAY 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

___United States___

vs.

___Deborah Jeane Palfrey___

Civil/Criminal Action No. ___07-46 (GK)___

The Clerk of said Court will ___enter counsel listed below as___ ___Court-appointed counsel for Deborah Jeane Palfrey___

---

Preston Burton   426378
(Name)         (Bar ID)
Orrick Herrington & Sutcliffe  3050 K Street NW
(Address)                      Washington DC 20007
202 339-8400
(Phone Number)
Deborah Jeane Palfrey
(Attorney For)

Bree N. Murphy   497418
(Name)         (Bar ID)
Orrick Herrington & Sutcliffe  3050 K Street NW
(Address)                      Washington, DC 20007
202 339-8400
(Phone Number)
Deborah Jeane Palfrey
(Attorney For)