UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> DEBORAH JEANE PALFREY : <br> : <br> Defendant. : <br> : | Criminal No. 07-46 (GK) |

### DEBORAH JEANE PALFREY'S UNOPPOSED MOTION FOR LEAVE TO EXTEND TRAVEL TO WASHINGTON, D.C. THROUGH FRIDAY, MAY 25, 2007

Defendant Deborah Jeane Palfrey, through counsel, respectfully files this unopposed motion requesting that the Court permit her to extend her travel to Washington, D.C. through Friday, May 25, 2007. In addition, Ms. Palfrey moves this Court to authorize and direct the Marshal to make appropriate transportation arrangements pursuant to any travel extension granted by this Court. Undersigned counsel has spoken with counsel for the government, Assistant U.S. Attorney William R. Cowden, who stated that the government did not oppose this motion.

Ms. Palfrey appeared before the Court on Monday, May 21, 2007, for a status hearing. One of the issues addressed during that hearing was the state of discovery. Following the hearing, the parties addressed the issue and have now tendered a proposed Protective Order to the Court. Assuming that Order is signed, it is counsel's understanding that the government will be in a position to provide discovery shortly thereafter. If so, it would be greatly beneficial to counsel to have Ms. Palfrey's assistance in reviewing these materials while she remains in the Washington, D.C. area this week.

Presently, Ms. Palfrey is scheduled to return to her home in Vallejo, California on Wednesday, May 23, 2007. Ms. Palfrey respectfully requests that this Court grant an extension of

OHS East:160228237.1

her return through Friday, May 25, affording Ms. Palfrey time to aid counsel in the initial review of the forthcoming discovery materials.

As this Court is aware, Ms. Palfrey has been determined to be financially indigent and to qualify for court-appointed counsel and is, therefore, eligible for assistance under 18 U.S.C. § 4285 in furnishing transportation to Washington, D.C., and for subsistence expenses for the duration of her travel. Therefore, Ms. Palfrey respectfully requests that the Court enter an Order authorizing additional travel expenses and directing the Marshal to make appropriate travel arrangements in conjunction with the grant of the travel extension requested herein.

Respectfully submitted,

/s/
Preston Burton, DC Bar No. 426378
Bree Nicolai Murphy, DC Bar No. 497418
ORRICK, HERRINGTON & SUTCLIFFE LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007
202-339-8400

May 22, 2007

*Counsel for Deborah Jeane Palfrey*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| v. | : Criminal No. 07-46 (GK) |
| DEBORAH JEANE PALFREY | : |
| Defendant. | : |

### ORDER

Upon consideration of Defendant Deborah Jeane Palfrey's Unopposed Motion for Leave to Extend Travel to Washington, D.C. through Friday, May 25, 2007, and Ms. Palfrey having shown that she is financially unable to provide the necessary transportation to travel between Washington, D.C., and her home in Vallejo, California, it is this ___ day of May 2007, hereby

ORDERED that the Motion for Leave to Extend Travel is granted, and it is further

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the Defendant noncustodial transportation from Washington, D.C. to San Francisco, California, on the evening of Friday, May 25, 2007. The Marshal shall also furnish subsistence expenses, including lodging, in an amount not to exceed the Federal per diem allowance, during Defendant's stay in the District of Columbia.

DATED: May 22, 2007

THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Cc:   Counsel of Record
      U.S. Marshal Service

OHS East:160228999.1