UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 07-046 (GK) |
| v. | : |
| DEBORAH JEANE PALFREY, | : |
| Defendant. | : |

FILED
MAY 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STIPULATED PROTECTIVE ORDER

The United States is prepared to provide to defendant Deborah Jeane Palfrey discovery in this matter. That discovery contains documents and information that may be subject to the Privacy Act, 5 U.S.C. § 552a, or otherwise intrude on the privacy interests of third parties. In order to permit the discovery of documents and information related to this matter and to guard their confidentiality to the extent required by law, subject to the approval of the Court, the parties to the above action hereby stipulate as follows:

1.  In accordance with subsection (b)(11) of the Privacy Act, 5 U.S.C. § 552a, the United States consents to issuance of this Order to produce documents and information from its files that may intrude on the privacy interests protected under the Privacy Act of the Defendant or third parties not before the Court.

2.  Documents and information produced by the United States to the Defendant and her criminal counsel in accordance with this Order shall be kept in strict confidence by the Defendant and her criminal counsel of record and used by them and their agents and employees exclusively in connection with the defense of this prosecution.

3.  Documents and information produced in accordance with paragraph 1 of this Order and provided to the Defendant shall be disclosed only to: (1) the Defendant; and (2) her

criminal counsel of record; and (3) agents, meaning persons in the employ of Defendant's criminal counsel of record and under criminal counsel's direct supervision. Agents shall include only law firm employees working with criminal counsel of record, expert witnesses retained on behalf of the Defendant, and investigators (who may be employed by criminal counsel or retained by criminal counsel but compensated by the Court). In addition, documents and information contained in government files and produced to the Defendant in accordance with paragraph 1 of this Order may be disclosed by the Defendant and her criminal counsel of record to potential witnesses and/or such witnesses' attorneys. No further disclosure may be made by the Defendant or her counsel of record without permission by the Court expressed through an order. Each individual to whom documents and/or information is disclosed pursuant to this paragraph shall be provided a copy of this Protective Order.

4. Should the parties desire to offer into evidence or submit to the Court any documents and information identified in accordance with paragraph 1 of this Order (whether in a discovery dispute, on the merits, or otherwise), any such documents or information shall be filed under seal with the Clerk of the Court in a container marked "Under Seal" and to which a copy of this Order shall be prominently appended. Provided, however, that nothing in this Order shall be taken as limiting or prejudicing either party from moving for and obtaining an Order from the District Court that would permit materials designated as subject to this Order to be placed on the public record during pretrial or trial proceedings or otherwise exempted from this Order.

5. If any party intends to file any motion, opposition, reply or any other filing prior to trial and attach thereto or set forth the relevant portion of information that the United States has produced in accordance with this Order, the parties shall file two copies of such filing

("Version One" and "Version Two") with the Clerk of the Court. Version One shall redact the specific information designated pursuant to paragraph 1 of this Order and shall be filed on the public record. Version Two shall contain no redactions and shall be filed in the Clerk's Office in sealed envelopes or other approved sealed containers on which shall be endorsed the title of this action, a brief description of the contents of such sealed envelope or container, the words "Under Seal," and a statement substantially in the following form:

> **This envelope contains documents that are filed in this case by [name of party] and is not to be opened except pursuant to order of the Court.**

6.  Nothing in this Order should be taken as limiting the right of any party to offer documents and information identified in accordance with paragraph 1 of this Order into the record of this action in redacted form that deletes individually identifying information and from which the identity or identities of individual persons cannot be determined.

7.  The documents and information produced in accordance with paragraph 1 of this Order, and all copies of such material, shall be returned to the producing party within sixty (60) days of the conclusion of all trial and appellate proceedings in this case.

8.  Nothing in this Order may be taken or construed as a ruling or statement concerning the admissibility of any documents or information.

Respectfully submitted,

/s/
_____
PRESTON BURTON
DC Bar #426378
BREE NICOLAI MURPHY
DC Bar #497418
ORRICK, HERRINGTON &
 SUTCLIFFE LLP
Washington Harbour

JEFFREY A. TAYLOR
DC Bar #498610
United States Attorney

/s/
_____
DANIEL P. BUTLER

-3-

| | |
|---|---|
| 3050 K Street, N.W. | DC Bar #417718 |
| Washington, DC 20007 | CATHERINE K. CONNELLY |
| 202-339-8400 | Mass. Bar #649430 |
| Counsel for Defendant | WILLIAM R. COWDEN |
| | DC Bar #426301 |
| | Assistant United States Attorneys |
| | 555 4th Street, N.W. |
| | Washington, DC  20530 |
| | 202-353-9431; 202-616-3384 |

APPROVED and SO ORDERED this 22nd day of May, 2007

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

-4-