UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DEBORAH JEANE PALFREY<br><br>Defendant. | :<br>:<br>:<br>:<br>: Criminal No. 07-46 (GK)<br>:<br>:<br>:<br>: |

FILED
MAY 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of Defendant Deborah Jeane Palfrey's Unopposed Motion for Leave to Extend Travel to Washington, D.C. through Friday, May 25, 2007, and Ms. Palfrey having shown that she is financially unable to provide the necessary transportation to travel between Washington, D.C., and her home in Vallejo, California, it is this ___ day of May 2007, hereby

ORDERED that the Motion for Leave to Extend Travel is granted, and it is further

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the Defendant noncustodial transportation from Washington, D.C. to San Francisco, California, on the evening of Friday, May 25, 2007. The Marshal shall also furnish subsistence expenses, including lodging, in an amount not to exceed the Federal per diem allowance, during Defendant's stay in the District of Columbia.

DATED: May 22, 2007

THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Cc:   Counsel of Record
      U.S. Marshal Service

OHS East:160228999.1