UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | **Criminal No. 07-46 (GK)** |
| : | |
| **DEBORAH JEANE PALFREY,** : | |
| : | |
| **Defendant.** : | |

## ORDER

On May 18, 2007, Defendant filed a Memorandum in Opposition to the March 22, 2007 Protective Order, and the Supplemental Protective Order Issued on May 10, 2007 [Dkt. No. 46]. The Government replied on May 22, 2007, and Defendant filed a Surreply on May 25, 2007.

**WHEREFORE**, it is this 30th day of May, 2007, hereby

**ORDERED** that a Motions Hearing is set for **June 5, 2007, at 10:00 a.m.**; and it is

**ORDERED** that, no later than **June 1, 2007 at 12:00 p.m.**, the parties shall notify the Court whether they intend to call any witnesses at the June 5, 2007 Motions Hearing. If so, the notice shall provide a precise estimate of the duration of the testimony of each witness to be called.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**