UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> DEBORAH JEANE PALFREY : <br> : <br> Defendant. : <br> : | Criminal No. 07-46 (GK) |

### DEFENDANT DEBORAH JEANE PALFREY'S UNOPPOSED MOTION TO BE EXCUSED FROM ATTENDANCE AT JUNE 5, 2007, HEARING

By and through counsel, Deborah Jeane Palfrey respectfully moves the Court to grant her permission to be excused from attendance at the June 5, 2007, hearing scheduled in the above-mentioned case. As this Court has found Ms. Palfrey to be indigent, any costs incurred pursuant to Ms. Palfrey's travel from her home in Vallejo, California, to the District of Columbia for the hearing will be paid by the government. Ms. Palfrey has been advised of her right to attend this hearing, but at this juncture, she does not feel that her attendance is necessary, and she is confident that her rights will be protected and her legal position appropriately represented by her criminal counsel. Government counsel, Assistant United States Attorney Daniel Butler, was advised of this request and informed counsel that the government does not oppose Ms. Palfrey's motion. Accordingly, Ms. Palfrey respectfully requests that the Court excuse her absence at the hearing on June 5, 2007.

Respectfully submitted,

_____/s/_____
Preston Burton, DC Bar No. 426378
Bree Nicolai Murphy, DC Bar No. 497418
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, N.W.
Washington, DC  20007
202-339-8400
*Counsel for Deborah Jeane Palfrey*

June 1, 2007

OHS East:160233235.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal No. 07-46 (GK) |
| : | |
| DEBORAH JEANE PALFREY : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

Upon consideration of Defendant Deborah Jeane Palfrey's Unopposed Motion to be Excused from Attendance at June 5, 2007, Hearing, it is this ___ day of June 2007, hereby

ORDERED that the Motion to be Excused is granted, and it is further

ORDERED that Ms. Palfrey will not be required to attend the June 5, 2007, hearing.


DATED: June 1, 2007

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Cc:   Counsel of Record

OHS East:160234071.1