UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>DEBORAH JEANE PALFREY,<br><br>             Defendant. | Criminal No. 07-46 (GK) |

## PRAECIPE REGARDING DISCOVERY
## AND REQUEST FOR BRIEFING SCHEDULE

Defendant Deborah Jeane Palfrey, through counsel, respectfully submits this Praecipe to advise the Court about the state of discovery. Following the May 21, 2007, status conference, the parties were able to resolve the issues regarding a protective order for the Rule 16 discovery materials sought by the defense. Later that week, the government provided discovery materials to the defense. While certain discovery issues remain, it is hoped by counsel that the parties will able to resolve these matters informally.

In reviewing the materials provided by the government, counsel believes that a motion to suppress the evidence seized from Ms. Palfrey's home in October 2006, is warranted and respectfully requests that the Court set a briefing schedule for addressing that issue. A form of Order to provide for such a schedule is attached.

While there appear to be other evidentiary issues, those issues, in the view of counsel, are more appropriately addressed as motions *in limine*.

Respectfully submitted,

___/s/_____
Preston Burton, Esq., D.C. Bar No. 426378
Bree N. Murphy, Esq., D.C. Bar No. 497418
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, N.W.
Washington, D.C.  20007

Dated: June 15, 2007                          *Counsel for Deborah Jeane Palfrey*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      : <br> : <br> Plaintiff,      : <br> : <br> v.      : <br> : <br> DEBORAH JEANE PALFREY,      : <br> : <br> Defendant.      : | Criminal No. 07-046 (GK) |

**ORDER**

Upon consideration of defendant Deborah Jeane Palfrey's Praecipe Regarding Discovery and Request for Briefing Schedule it is this _____ day of _____, 2007, hereby

ORDERED that Ms. Palfrey's Motion to Suppress shall be due on _____ day of _____, 2007, and it is further

ORDERED that the government's Opposition to the Motion to Suppress shall be due on _____ day of _____, 2007, and it is further

ORDERED that Ms. Palfrey's Reply to the government's Opposition shall be due on _____ day of _____, 2007, and it is further

ORDERED that a hearing on the Motion to Suppress shall occur on _____ day of _____, 2007.

_____
The Honorable Gladys Kessler
U.S. District Court for the District of Columbia

Copies to counsel of record