UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 07-046 (GK) |
| v. : | |
| : | **FILED** |
| DEBORAH JEANE PALFREY : | |
| aka "Jeane Palfrey," : | JUN 2 2 2007 |
| aka "Julia," : | |
| aka "Pamela Martin," : | NANCY MAYER WHITTINGTON, CLERK |
| : | U.S. DISTRICT COURT |
| Defendant. : | |

ORDER

Upon Joint Motion to Modify Asset Restraint Order to Permit Interlocutory Sale of Real Property, specifically the real property located at 1441 Vaquero Glen, Escondido, California 92026, and for good cause shown,

It is hereby ORDERED, ADJUDGED, and DECREED that:

1. The parties' Motion to Modify Asset Restraint Order to Permit Interlocutory Sale of Real Property located at 1441 VAQUERO GLEN, ESCONDIDO, CALIFORNIA 92026 [more particularly described as lot 17 map 9034] is GRANTED.

2. The Defendant shall be permitted to executed all documents necessary to effectuate the sale of the real property located at 1441 VAQUERO GLEN, ESCONDIDO, CALIFORNIA 92026, and shall further execute such consents as may be required by the Settlement Agent or Escrow Officer to cause and permit the settlement proceeds that would have been provided to the Defendant, Deborah Jeane Palfrey, instead to be provided to the United States. At least three business

days prior to closing, Defendant shall deliver to counsel for the United States (by fax or email), or cause the escrow agent/Fidelity National Title Company to deliver to counsel for the United States, a true copy of the Final Estimated Closing Statement (reflecting final estimates of debits and credits to Defendant as seller of 1441 VAQUERO GLEN, ESCONDIDO, CALIFORNIA 92026).

3. After deducting from the sale proceeds, lawful settlement costs and expenses including payment, from the sales proceeds, of any outstanding real estate taxes on the Property, and the principal and interest amount due on the mortgage of record held by MorEquity, Inc., Defendant and her agents, including Fidelity National Title Company, shall provide the remainder of the sale proceeds to the United States by way of wire transfer or Escrow Trust Account check made payable to "U.S. Treasury" and delivered by certified mail to Katherine Steadley, Special Agent IRS-CI, 31 Hopkins Plaza, Room 1500, Baltimore, MD 21201 [(410) 962-9084].

4. The Clerk of the Court shall provide four (4) certified copies of this Order to counsel for the United States (for service upon non-parties).

*Gladys Kessler*
GLADYS KESSLER
United States District Judge

Date: June 22, 2007