UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Criminal No. 07-46 (GK) |
| DEBORAH JEANE PALFREY | : | |
| Defendant. | : | |

### DEBORAH JEANE PALFREY'S MOTION
### FOR REIMBURSEMENT OF TRAVEL EXPENSES

Defendant Deborah Jeane Palfrey, through counsel, respectfully files this motion requesting that the Court authorize and direct the Marshal to make appropriate transportation arrangements for her lodging and subsistence for one evening only during her personal travel to the Washington, D.C., area on or about July 1 through July 4, 2007. Undersigned counsel has communicated with counsel for the government, Assistant U.S. Attorney Daniel P. Butler, who represented that the government would defer to the Court on this motion.

Ms. Palfrey will be in the Washington, D.C., area, beginning on or about July 1, 2007, and returning to California on or about July 4, 2007. In connection with that personal trip, she has requested counsel to determine if the Court would authorize the expenditure of funds for her to remain in Washington for another evening so that she could meet with counsel. Given that Ms. Palfrey resides on the West Coast, it would greatly benefit counsel to have Ms. Palfrey's assistance in reviewing discovery materials and to have direct discussions of matters related to her defense while she is in the Washington, D.C., area. Accordingly, Ms. Palfrey respectfully requests that this Court grant her request to have her lodging and subsistence for the evening of July 3, 2007 paid for by the Marshal's Service.

OHS East:160259501.1
910994-2001 PB3/PB3

As this Court is aware, Ms. Palfrey has been determined to be financially indigent and to qualify for court-appointed counsel and is, therefore, eligible for assistance under 18 U.S.C. § 4285 in furnishing transportation to Washington, D.C., and for subsistence expenses during her travel.

Counsel does not request a hearing on this motion.

Therefore, Ms. Palfrey respectfully requests that the Court enter an Order authorizing these travel expenses and directing the Marshal to make appropriate lodging and reimbursement arrangements in conjunction with the grant of this travel request.

Respectfully submitted,

_____/s/_____
Preston Burton, DC Bar No. 426378
Bree Nicolai Murphy, DC Bar No. 497418
ORRICK, HERRINGTON & SUTCLIFFE LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC  20007
202-339-8400

June 28, 2007

*Counsel for Deborah Jeane Palfrey*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | |
| v. : | Criminal No. 07-46 (GK) |
| DEBORAH JEANE PALFREY : | |
| Defendant. : | |

**ORDER**

Upon consideration of Defendant Deborah Jeane Palfrey's Motion for Reimbursement of Travel Expenses, requesting reimbursement of her lodging and subsistence expenses for July 3, 2007, it is hereby ORDERED that the Motion is granted, and it is further

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the Defendant lodging and subsistence expenses in an amount not to exceed the Federal per diem allowance, during Defendant's stay in the District of Columbia on the evening of July 3, 2007.


DATED: June ___, 2007

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Cc:   Counsel of Record
        U.S. Marshal Service