UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | |
| v. : | Criminal No. 07-46 (GK) |
| DEBORAH JEANE PALFREY : | **FILED** |
| Defendant. : | JUN 2 9 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

**ORDER**

Upon consideration of Defendant Deborah Jeane Palfrey's Motion for Reimbursement of Travel Expenses, requesting reimbursement of her lodging and subsistence expenses for July 3, 2007, it is hereby ORDERED that the Motion is granted, and it is further

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the Defendant lodging and subsistence expenses in an amount not to exceed the Federal per diem allowance, during Defendant's stay in the District of Columbia on the evening of July 3, 2007.

DATED: June 29, 2007

*Gladys Kessler*
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Cc:   Counsel of Record
      U.S. Marshal Service

OHS East:160259589.1
910994-2001 PB3/PB3