UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (GK) |
| | : | |
| v. | : | |
| | : | |
| DEBORAH JEANE PALFREY, | : | |
| *also known as* "Jeane Palfrey," | : | |
| *also known as* "Julia," | : | |
| *also known as* "Pamela Martin," | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S RESPONSE TO THE
DEFENDANT'S PRAECIPE REGARDING DISCOVERY
AND REQUEST FOR BRIEFING SCHEDULE (DOCUMENT 62)

The United States, by and through it attorney, the United States Attorney for the District of Columbia, herewith files this response to defendant Deborah Jeane Palfrey's praecipe regarding discovery and request for briefing schedule. (Document 62). In her motion, defendant set forth the status of discovery and requested a briefing schedule for her proposed motion to suppress the evidence seized from her house. Def.'s Mot. at 1. As to other evidentiary issues, defendant's counsel stated those are more appropriately addressed as motions *in limine*. *Id.* at 2.

The only issued to which the government needs to respond is defendant's request for a briefing schedule on her proposed motion to suppress evidence. The government agrees that the Court may set a schedule for briefing on defendant's proposed motion to suppress. The government requests, however, that the Court await the briefing of this issue before it sets a hearing date.[1] Once the pleadings are filed, the Court and the parties will be better able to assess the potential length and breadth of such a hearing. Moreover, the government requests that whatever hearing is scheduled

---

[1] Defendant's proposed Order has blank spaces for the Court to set a date for a hearing on the proposed Motion to Suppress.

occur closer to the trial date.  A hearing at that time is likely to be more productive, as discovery and other issues will have been resolved or more clearly defined.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. Bar No. 498610


        / s /
        _____
        Daniel P. Butler
        D.C.  Bar No. 417178
        Catherine K. Connelly
        Mass.  Bar No. 649430
        William R. Cowden
        D.C. Bar No.
        Assistant United States Attorneys
        555 4th Street, N.W.
        (202) 353-9431, 616-3384, 307-0258
        Washington, D.C.  20530
        Daniel.Butler@usdoj.gov
        Catherine.Connelly2@usdoj.gov
        William.Cowden@usdoj.gov