UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Criminal No. 07-46 (GK) |
| DEBORAH JEANE PALFREY, | : | **FILED** |
| Defendant. | : | JUL 0 5 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of Defendant Deborah Jeane Palfrey's Praecipe Regarding Discovery and Request for Briefing Schedule, it is this 5th day of July, 2007, hereby

**ORDERED**, that Ms. Palfrey's Motion to Suppress shall be due on **July 26, 2007**; and it is further

**ORDERED**, that the Government's Opposition to the Motion to Suppress shall be due on **August 8, 2007**; and it is further

**ORDERED**, that Ms. Palfrey's Reply to the Government's Opposition shall be due on **August 16, 2007**.[1]

July 5, 2007

*/s/ Gladys Kessler*
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

---

[1] Parties are to make clear in their filing what witnesses will testify and give estimates of the length of their direct testimony.