UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> DEBORAH JEANE PALFREY : <br> : <br> Defendant. : <br> : | Criminal No. 07-46 (GK) |

### DEBORAH JEANE PALFREY'S UNOPPOSED MOTION
### FOR TRAVEL AUTHORIZATION

Defendant Deborah Jeane Palfrey, through counsel, respectfully files this motion requesting that the Court authorize and direct the Marshal to make appropriate transportation arrangements to enable her to her travel to the Washington, D.C., area for several days within the next two weeks to consult with defense counsel or, in the alternative, for an investigator working with the defense team to travel to the San Francisco area within the next two weeks to consult with Ms. Palfrey for several days.  Undersigned counsel has communicated with counsel for the government, Assistant U.S. Attorney Catherine K. Connelly who represented that the government would not oppose this motion.

Previously, on June 28, 2007, Ms. Palfrey requested that the Court authorize travel reimbursement for one evening of lodging and expenses while she was scheduled to be in the Washington, D.C., area, beginning on or about July 1, 2007.  The Court granted that request; however, Ms. Palfrey's plans changed and she did not travel to Washington during that time.

Ms. Palfrey's direct and in-person participation in the defense team's review and comprehension of the discovery materials and records furnished by the United States is essential and this assistance would have occurred earlier this week had Ms. Palfrey been in this area as had

been anticipated. Because those travel plans did not transpire, counsel is now requesting either that the Court grant Ms. Palfrey's and counsel's request that her transportation, lodging and subsistence expenses for such a trip be authorized or, in the alternative, that the Court approve such travel for an investigator to travel to the West Coast for that same purpose.

As this Court is aware, Ms. Palfrey has been determined to be financially indigent and to qualify for court-appointed counsel and is, therefore, eligible for assistance under 18 U.S.C. § 4285 in furnishing transportation to Washington, D.C., and for subsistence expenses during her travel.

Counsel does not request a hearing on this motion.

Therefore, Ms. Palfrey respectfully requests that the Court enter an Order authorizing these travel expenses and directing the Marshal to make appropriate transportation, lodging and reimbursement arrangements in conjunction with the grant of this travel request to permit her to meet with counsel in the Washington area for several days or, alternatively, for authorization for an investigator to travel to the San Francisco area to meet with Ms. Palfrey for several days.

                                                    Respectfully submitted,

                                                    _____/s/_____
                                                    Preston Burton, DC Bar No. 426378
                                                    Bree Nicolai Murphy, DC Bar No. 497418
                                                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                    Washington Harbour
                                                    3050 K Street, N.W.
                                                    Washington, DC  20007
                                                    202-339-8400

July 5, 2007                                        *Counsel for Deborah Jeane Palfrey*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, **Plaintiff,** v. **DEBORAH JEANE PALFREY**, **Defendant.** | Criminal No. 07-46 (GK) |

### ORDER

Upon consideration of Defendant Deborah Jeane Palfrey's Unopposed Motion for Travel Authorization, requesting that the Marshals furnish her travel to the Washington area to consult with counsel and associated lodging and subsistence, it is hereby ORDERED that the Motion is granted, and it is further

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the Defendant with transportation, lodging and subsistence expenses in an amount not to exceed the Federal per diem allowance, for Defendant's stay in the District of Columbia for several days during the week of July 9 or 16, 2007, as coordinated between Ms. Palfrey and the Marshal's Service.

DATED: July ___, 2007

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Cc:   Counsel of Record
      U.S. Marshal Service