UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DEBORAH JEANE PALFREY<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Criminal No. 07-46 (GK)<br><br>**FILED**<br><br>JUL 0 6 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Upon consideration of Defendant Deborah Jeane Palfrey's Unopposed Motion for Travel Authorization, requesting that the Marshals furnish her travel to the Washington area to consult with counsel and associated lodging and subsistence, it is hereby ORDERED that the Motion is granted, and it is further

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the Defendant with transportation, lodging and subsistence expenses in an amount not to exceed the Federal per diem allowance, for Defendant's stay in the District of Columbia for several days during the week of July 9 or 16, 2007, as coordinated between Ms. Palfrey and the Marshal's Service.

DATED: July 5, 2007

*Gladys Kessler*
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Cc:  Counsel of Record
     U.S. Marshal Service