UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (GK) |
| | : | |
| v. | : | |
| | : | **FILED** |
| DEBORAH JEANE PALFREY, | : | |
| *also known as* "Jeane Palfrey," | : | JUL 0 9 2007 |
| *also known as* "Julia," | : | |
| *also known as* "Pamela Martin," | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |
| Defendant. | : | |

## ORDER

Upon consideration of the Government's Unopposed Motion to Late File Supplemental Authority, and for good cause shown, it is this 9th day of July, 2007, hereby

ORDERED that the motion is GRANTED.

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF