UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CRIMINAL NO. 07-046 (GK) |
| | ) | |
| DEBORAH JEANE PALFREY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT DEBORAH JEANE PALFREY'S MOTION
TO SUPPRESS EVIDENCE OBTAINED FROM HER HOME**

  Deborah Jeane Palfrey, through counsel, respectfully submits this Motion to suppress the evidence seized by the government pursuant to the October 3, 2006 search warrant obtained for her home in Vallejo, California, and for her personal vehicle.  The Application and Affidavit for Search Warrant relies impermissibly upon stale facts and ultimately fails to establish probable cause, in violation of the Fourth Amendment.  Additionally, the search warrant fails to describe particularly the items to be seized and is, therefore, unconstitutionally overbroad.  Consequently, the evidence obtained by the government pursuant to this search warrant should be suppressed.

  For the reasons addressed in the accompanying Memorandum, Ms. Palfrey respectfully requests that the Court suppress the evidence obtained by the government pursuant to the October 3, 2006, search warrant.  Ms. Palfrey respectfully requests an evidentiary hearing on this motion.

                  Respectfully submitted,

                  ___/s/_____
                  Preston Burton, Esq., D.C. Bar No. 426378
                  Bree N. Murphy, Esq., D.C. Bar No. 497418
                  Orrick, Herrington & Sutcliffe LLP
                  Washington Harbour
                  3050 K Street, N.W.
                  Washington, D.C.  20007
Dated: July 26, 2007           *Counsel for Deborah Jeane Palfrey*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| V. ) | CRIMINAL NO. 07-046 (GK) |
| ) | |
| DEBORAH JEANE PALFREY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant Deborah Jeane Palfrey's Motion to Suppress Evidence Obtained from her Home and the accompanying Memorandum, any opposition thereto, and the evidence presented at the hearing on this matter, it is this _____ day of _____, 2007, hereby

ORDERED that the evidence obtained by the government pursuant to the October 3, 2006, search warrant was obtained in violation of Ms. Palfrey's constitutional rights and therefore, must be suppressed.

_____
The Honorable Gladys Kessler
U.S. District Court for the District of Columbia

Copies to counsel of record