UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        :
                                 :
              v.                 :    Criminal No. 07-46 (GK)
                                 :
DEBORAH JEANE PALFREY,           :    **FILED**
                                 :
              Defendant.         :    AUG 1 6 2007

                                      NANCY MAYER WHITTINGTON, CLERK
                                           U.S. DISTRICT COURT
                    ORDER

The Indictment in this case charges Defendant with violating three federal statutes through her operation of Pamela Martin and Associates, a business that allegedly offered prostitution services to clients in the District of Columbia, Maryland and Virginia. Defendant has filed seven motions, seeking dismissal of all counts of the Indictment, asking the Court to strike certain terms in the Indictment, and requesting a Bill of Particulars. Upon consideration of the Motions, Omnibus Opposition, Supplemental Authority, Omnibus Reply, the applicable case law, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Dismiss Indictment Due to Selective Prosecution [Dkt. No. 63] is **denied**, it is further

**ORDERED** that Defendant's Motion to Strike as Prejudicial Surplusage the Use of Aliases in the Indictment [Dkt. No. 61] is **denied**, it is further

**ORDERED** that Defendant's Motion to Dismiss for

Unconstitutional Application of the Local Prostitution Statutes [Dkt. No. 67] is **denied,** it is further

ORDERED that Defendant's Motion to Dismiss Count One of the Indictment and its Attendant Forfeiture Allegation [Dkt. No. 64] is **denied,** it is further

ORDERED that Defendant's Motion to Dismiss Counts Two Through Four of the Indictment [Dkt. No. 66] is **denied,** it is further

ORDERED that Defendant's Motion to Dismiss Count Five of the Indictment and its Attendant Forfeiture Allegation [Dkt. No. 65] is **denied,** and it is further

ORDERED that Defendant's Motion for a Bill of Particulars [Dkt. No. 68] is **granted in part and denied in part.** The Government shall disclose, no later than 30 days prior to trial, the information requested in the following paragraphs of Defendant's Motion [Dkt. No. 68]: I.a., I.e., I.f. in part (identities of "person[s] known to the Grand Jury . . . but not named herein"), IV.a., IV.b., V.a., V.b., and V.c. The Government shall further disclose, no later than 60 days prior to trial, the information requested in paragraph III.d. of the Motion.

Aug. 16, 2007
DATE

/s/ Gladys Kessler
GLADYS KESSLER
U.S. DISTRICT JUDGE

**Copies to:** attorneys on record via ECF