UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DEBORAH JEANE PALFREY<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:  Criminal No. 07-46 (GK)<br>:<br>:<br>:<br>:<br>: |

### DEBORAH JEANE PALFREY'S MOTION
### FOR TRAVEL AUTHORIZATION

Defendant Deborah Jeane Palfrey, through counsel, respectfully files this motion requesting that the Court authorize and direct the Marshal to make appropriate transportation arrangements to enable her to her travel to the Washington, D.C., area for several days beginning Sunday, August 26, to consult with her counsel and others pertinent to her defense, as well as to attend the suppression hearing scheduled for Tuesday, August 28, 2007.  Undersigned counsel has attempted to contact counsel for the government, Assistant U.S. Attorneys Catherine K. Connelly and Daniel Butler, but the government has not yet indicated its consent or opposition to this motion.

Ms. Palfrey requests that the Court authorize travel reimbursement for transportation costs and six evenings of lodging and expenses while she is scheduled to be in the Washington, D.C., area, from Sunday, August 26, through Saturday, September 1, 2007.

As this Court is aware, Ms. Palfrey has been determined to be financially indigent and to qualify for court-appointed counsel and is, therefore, eligible for assistance under 18 U.S.C. § 4285 in furnishing transportation to Washington, D.C., and for subsistence expenses during her travel.

Counsel does not request a hearing on this motion.

OHS East:160289727.1

Therefore, Ms. Palfrey respectfully requests that the Court enter an Order authorizing these travel expenses and directing the Marshal to make appropriate transportation, lodging and reimbursement arrangements in conjunction with the grant of this travel request to permit her to travel to the Washington area.

Respectfully submitted,

_____/s/_____
Preston Burton, DC Bar No. 426378
Bree Nicolai Murphy, DC Bar No. 497418
ORRICK, HERRINGTON & SUTCLIFFE LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC  20007
202-339-8400

August 22, 2007

*Counsel for Deborah Jeane Palfrey*

OHS East:160289727.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> Plaintiff, : <br> : <br> v. : Criminal No. 07-46 (GK) <br> : <br> DEBORAH JEANE PALFREY : <br> : <br> Defendant. : <br> : | |

**ORDER**

Upon consideration of Defendant Deborah Jeane Palfrey's Motion for Travel Authorization requesting authorization and reimbursement of her travel, lodging, and subsistence expenses for August 26 through September 1, 2007, it is hereby ORDERED that the Motion is granted, and it is further

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the Defendant travel, lodging, and subsistence expenses in an amount not to exceed the Federal per diem allowance, during Defendant's stay in the District of Columbia beginning on the evening of August 26, 2007, and ending on September 1, 2007.

DATED: August ___, 2007

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Cc:   Counsel of Record
      U.S. Marshal Service

OHS East:160289817.1