UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| v. | : Criminal No. 07-46 (GK) |
| DEBORAH JEANE PALFREY | : |
| Defendant. | : |

**FILED**
AUG 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of Defendant Deborah Jeane Palfrey's Motion for Travel Authorization requesting authorization and reimbursement of her travel, lodging, and subsistence expenses for August 26 through September 1, 2007, it is hereby ORDERED that the Motion is granted, and it is further

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the Defendant travel, lodging, and subsistence expenses in an amount not to exceed the Federal per diem allowance, during Defendant's stay in the District of Columbia beginning on the evening of August 26, 2007, and ending on September 1, 2007.

DATED: August 22, 2007

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Cc:   Counsel of Record
      U.S. Marshal Service

OHS East:160289817.1