UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 07-46 (GK) |
| DEBORAH JEANE PALFREY, | : |
| Defendant. | : |

FILED
AUG 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Pursuant to this Court's Order of April 12, 2007, Montgomery Blair Sibley, Esq. has submitted for approval for filing Defendant's *Pro Se* Motion for Replacement of Counsel, Preston Burton and Permitting Hybrid Representation. He has also submitted *ex parte* his own declaration and the declaration of Defendant Deborah Jeane Palfrey. Upon consideration of all materials submitted, the Court concludes that Defendant's *Pro Se* Motion for Replacement of Counsel may be filed with the Clerk of the Court and the two accompanying declarations may be sealed.

DATE: Aug. 23, 2007

Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**