UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 07-46 (GK) |
| | : | |
| DEBORAH JEANE PALFREY, | : | |
| | : | |
| Defendant. | : | |

**FILED**
AUG 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Motion by counsel for Defendant Palfrey to seal its *ex parte* Motion to Withdraw, the Court concludes that the Motion shall be **granted**. The Court has considered the six-point balancing test set forth in United States v. Hubbard, 650 F.2d 293, 317-22 (D.C. Cir. 1980), and for the reasons stated in the Memorandum of Points and Authorities in Support of counsel's Motion to Seal, the Court concludes that Defendant Palfrey's interests in privacy and in avoiding prejudice to her criminal case outweigh any minimal interest the public might have in knowing why present counsel has filed the Motion to Withdraw.

**WHEREFORE**, it is this 23rd day of August, 2007, hereby

**ORDERED**, that the *ex parte* Motion to Withdraw, and the accompanying Memorandum of Law be **sealed**. **This Order shall not be sealed**.

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**