**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Criminal No. 07-46 (GK)** |
| | : | |
| **DEBORAH JEANE PALFREY** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO CONVERT
HEARING DATE INTO A STATUS DATE**

Undersigned counsel for Defendant, Deborah Jeane Palfrey, respectfully submit this response to the government's motion to convert the hearing set for August 28, 2007, on the issues raised in Ms. Palfrey's motion to suppress the evidence seized from her home to a status hearing to address the pending questions on Ms. Palfrey's representation in this matter.

1. Upon receiving the government's motion to convert (Dkt. No. 95) yesterday, counsel promptly forwarded the court-generated notice of the filing to Ms. Palfrey and her preferred counsel, Montgomery Blair Sibley, to determine her position on the matters raised by the United States.

2. This morning, undersigned counsel received an email from Mr. Sibley, copied to Ms. Palfrey, in which he related that Ms. Palfrey had no opposition to converting the hearing as suggested by the United States.

3. Likewise, undersigned counsel have no opposition to the government's suggestion.

WHEREFORE, counsel respectfully request that this Court convert tomorrow's scheduled hearing on the suppression issues to a status hearing to clarify the issues related to Ms. Palfrey's representation.

Respectfully submitted,


_____/s/_____
Preston Burton, DC Bar No. 426378
Bree Nicolai Murphy, DC Bar No. 497418

ORRICK, HERRINGTON & SUTCLIFFE, LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC  20007
202-339-8400

August 27, 2007                          *Counsel for Deborah Jeane Palfrey*