UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (GK) |
| | : | |
| v. | : | |
| | : | **FILED** |
| DEBORAH JEANE PALFREY, | : | |
| | : | AUG 2 7 2007 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## ORDER
*unopposed*

Upon consideration of the Government's Motion to Convert the Motion Hearing Date to a Status Date, the Court concludes that the Motion shall be **granted**.

**WHEREFORE**, it is this 27th day of August, 2007, hereby

**ORDERED**, that the motion hearing date scheduled for August 28, 2007, is hereby converted to a status hearing date at which time the Court will address the issues regarding the representation of the defendant.

Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**