UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | |
| v. : | Criminal No. 07-46 (GK) |
| DEBORAH JEANE PALFREY : | |
| Defendant. : | |

FILED
AUG 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of Defendant Deborah Jeane Palfrey's unopposed request for travel authorization seeking authorization and reimbursement of her travel, lodging, and subsistence expenses for September 5 through September 8, 2007, it is hereby ORDERED that the request is granted, and it is further

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the Defendant travel, lodging, and subsistence expenses in an amount not to exceed the Federal per diem allowance, during Defendant's stay in the District of Columbia beginning on September 5, 2007, and ending on September 8, 2007.

DATED: August 28, 2007

THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Cc:   Counsel of Record
      U.S. Marshal Service

OHS East:160293973.1