UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                   :
              v.                   :    Criminal No. 07-46 (GK)
                                   :
DEBORAH JEANE PALFREY,             :
                                   :    **FILED**
         Defendant.                :
                                        SEP 0 6 2007

**ORDER**                               NANCY MAYER WHITTINGTON, CLERK
                                        U.S. DISTRICT COURT

Pursuant to this Court's Order of April 12, 2007, Montgomery Blair Sibley, Esq. has submitted for approval for filing Defendant's Notice of Filing Sealed Document Pursuant to Federal Rules of Criminal Procedure, Rule 12.3; Defendant's *Pro Se* Notice of a Public Authority Defense; Defendant's *Pro Se* Motion for Pretrial Conference to Consider Matters Relating to Classified Information; and Defendant's *Pro Se* Application for Issuance of Subpoenas and Payment of Costs and Fees. Upon consideration of all materials submitted, the Court concludes that the above-listed Motions may be filed with the Clerk of the Court. Defendant has also mailed to the Court a statement, dated September 5, 2007, regarding her motion to change counsel. Defendant's September 5, 2007 statement shall also be filed with the Clerk of the Court.

Defendant requests that the Court seal her *Pro Se* Notice of a Public Authority Defense, and that her *Pro Se* Application for Issuance of Subpoenas and Payment of Costs and Fees be filed under seal and *ex parte*. In addition, Defendant's court-appointed counsel has filed Supplemental Points and Authorities in Support of *Ex Parte* and Sealed Motion to Withdraw as Counsel. In light of Defendant's interests in privacy and in avoiding prejudice to her criminal case, the Court grants those requests to file under seal and *ex parte*, and also orders that Defendant's September 5, 2007

statement be filed under seal and *ex parte*.

**WHEREFORE** it is this ___6th___ day of ___Sept.___, 2007, hereby

**ORDERED**, that the following documents shall be filed with the Clerk of the Court: (1) Defendant's Notice of Filing Sealed Document Pursuant to Federal Rules of Criminal Procedure, Rule 12.3; (2) Defendant's *Pro Se* Notice of a Public Authority Defense; (3) Defendant's *Pro Se* Motion for Pretrial Conference to Consider Matters Relating to Classified Information; (4) Defendant's *Pro Se* Application for Issuance of Subpoenas and Payment of Costs and Fees; and (5) Defendant's September 5, 2007 statement; it is further

**ORDERED** that Defendant's *Pro Se* Notice of a Public Authority Defense be **sealed**; it is further

**ORDERED** that the following documents be **sealed** and *ex parte*: (1) Defendant's *Pro Se* Application for Issuance of Subpoenas and Payment of Costs and Fees; (2) Counsel for Defendant's Supplemental Points and Authorities in Support of *Ex Parte* and Sealed Motion to Withdraw as Counsel; and (3) Defendant's September 5, 2007 statement; and it is further

**ORDERED** that this Order shall not be sealed.

*/s/ Gladys Kessler*
Gladys Kessler
United States District Judge

**Copies** via ECF to all counsel of record

-2-