RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 AUG 31 PM 3: 16

NANCY M.
MAYER-WHITTINGTON
CLERK

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NUMBER: 07-046-GK |
| PLAINTIFF, | |
| VS. | DEFENDANT'S *PRO SE* MOTION FOR PRETRIAL CONFERENCE TO CONSIDER MATTERS RELATING TO CLASSIFIED INFORMATION |
| DEBORAH JEANE PALFREY, | |
| DEFENDANT. | |

FILED
SEP 0 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant Deborah Jeane Palfrey, appearing *pro se* and pursuant to 18 U.S.C. Appendix, Classified Information Procedures Act, §2, hereby moves the Court for "a pretrial conference to consider matters relating to classified information that may arise in connection with the prosecution."

Under §2 of that Act and upon this motion, the Court is obligated to "promptly hold a pretrial conference to establish the timing of requests for discovery, the provision of notice required by section 5 of this Act, and the initiation of the procedure established by section 6 of this Act. In addition, at the pretrial conference the court may consider any matters which relate to classified information or which may promote a fair and expeditious trial."

WHEREFORE, Defendant requests that the Court hold the requisite pretrial conference pursuant to the Classified Information Procedures Act.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served by U.S. Mail upon Catherine Connelly, Assistant United States Attorney, Criminal Division,, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this August 31, 2007.

Dated: 8/31/07

_____
Deborah Jeane Palfrey

> Montgomery Blair Sibley, upon the ethical constraints imposed upon him, hereby (i) gives notice of assistance to Defendant in the preparation of this pleading and (ii) notes that he is does not – at this time – represent Defendant as attorney of record in this matter.