2007 AUG 31 PM 3: 16

NANCY M. MAYER-WHITTINGTON

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

        DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-GK

DEFENDANT'S NOTICE OF FILING SEALED DOCUMENT PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 12.3

**FILED**

SEP 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    Defendant Deborah Jeane Palfrey, appearing *pro se* and pursuant to the above hereby gives notice of filing the attached "Notice of a Public-Authority Defense" under seal pursuant to and as required by Federal Rules of Criminal Procedure, Rule 12.3.

### CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the served by U.S. Mail upon Catherine Connelly, Assistant United States Attorney, Criminal Division,, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this August 31, 2007.

Dated: 8/31/07

                                       Deborah Jeane Palfrey

> Montgomery Blair Sibley, upon the ethical constraints imposed upon him, hereby (i) gives notice of assistance to Defendant in the preparation of this pleading and (ii) notes that he is does <u>not</u> – at this time – represent Defendant as attorney of record in this matter.