UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (GK) |
| v. | : | |
| DEBORAH JEANE PALFREY, | : | |
| also known as "Jeane Palfrey," | : | |
| also known as "Julia," | : | |
| also known as "Pamela Martin," | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO LATE FILE SUPPLEMENTAL AUTHORITY TO ITS OPPOSITION TO THE DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL (DKT. NO. 108)**

The United States, by and through it attorney, the United States Attorney for the District of Columbia, respectfully herewith files this unopposed motion for leave to late file authority in support of its Opposition to Defendant's Motion to Substitute Counsel (Dkt. No. 108). In support of this motion, counsel states as follows:

1. On Friday, September 21, 2007, the government timely filed an opposition to defendant's motion to substitute counsel. An issue addressed in that opposition was the inability of Montgomery Blair Sibley, the attorney sought to be substituted for present defense counsel, to comply with the local rules, this Court's orders and Court instructions, as well as his filing harassing and vexing lawsuits in this case and others, as grounds for precluding his entering an appearance in this case. Dkt. No. 108 at 6-15.

2. After filing the response, the government realized it had not cited one authority, United States v. Collins, 920 F.2d 619, 623-34 (10th Cir. 1990), cert. denied, 500 U.S. 920 (1991), that might be of some assistance to the Court in deciding the issues raised by the defendant's motion. In Collins, the court found that defendant's right to counsel was not denied when the trial court

disqualified chosen counsel due to that counsel's disregard for governing ethical principals, as evidenced by his advancement of numerous frivolous arguments.  In its analysis of the issue, the court set forth numerous governing principles that are relevant to the decision before this Court.

3.  Today, government counsel spoke with defense counsel, Preston Burton, who did not object to a late-filing of this authority.

Wherefore, for the foregoing reasons, the government moves this Honorable Court for leave to late file this supplemental authority.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610


/ s /
_____
Daniel P. Butler
D.C.  Bar No. 417178
Catherine K. Connelly
Mass.  Bar No. 649430
Assistant United States Attorneys
555 4th Street, N.W.
(202) 353-9431, 616-3384, 307-0258
Washington, D.C.  20530
Daniel.Butler@usdoj.gov
Catherine.Connelly2@usdoj.gov

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that copies of the foregoing Government's Opposition and the proposed Order have been served by ECF upon counsel for the defendant, Preston Burton, as well as by electronic-mail, at mbsibley@civilforfeiture.com, on the attorney who filed the motion to substitute as counsel, Montgomery Blair Sibley, this _25th_ day of September, 2007.


        / s /
        _____
        Daniel P. Butler
        Catherine K. Connelly
        Assistant United States Attorneys

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-046 (GK)** |
| | : | |
| v. | : | |
| | : | |
| **DEBORAH JEANE PALFREY,** | : | |
| *also known as* "Jeane Palfrey," | : | |
| *also known as* "Julia," | : | |
| *also known as* "Pamela Martin," | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the Government's Unopposed Motion to Late File Supplemental Authority, and for good cause shown, it is this _____ day of September, 2007, hereby

ORDERED that the motion is GRANTED.

_____
Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF