UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (GK) |
| | : | |
| v. | : | **FILED** |
| | : | |
| DEBORAH JEANE PALFREY, | : | SEP 2 6 2007 |
| *also known as* "Jeane Palfrey," | : | |
| *also known as* "Julia," | : | NANCY MAYER WHITTINGTON, CLERK |
| *also known as* "Pamela Martin," | : | U.S. DISTRICT COURT |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Government's Unopposed Motion to Late File Supplemental Authority, and for good cause shown, it is this 25th day of September, 2007, hereby

ORDERED that the motion is GRANTED.

Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF