UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>           )<br>    Plaintiff, )<br>           )<br>V.         )<br>           )<br>DEBORAH JEANE PALFREY, )<br>           )<br>    Defendant. ) | CRIMINAL NO. 07-046 (GK) |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR DEBORAH JEANE PALFREY**

Undersigned court-appointed counsel for Defendant, Deborah Jeane Palfrey, respectfully submits this supplemental filing in support of counsel's motion to withdraw as counsel.

1. On August 23, 2007, the Clerk's Office recorded as filed Ms. Palfrey's motion to replace the undersigned with Montgomery Blair Sibley, an attorney who has represented Ms. Palfrey in her civil matters, or to proceed *pro se*.

2. On August 22, 2007, counsel moved *ex parte* and under seal to withdraw and, on August 23, 2007, the Court issued an Order on August 23, 2007, permitting that motion to be filed *ex parte* and under seal but making public the fact of that motion having been made. On September 5, 2007, counsel filed *ex parte* and under seal a supplement to that pleading.

3. At a status hearing on September 7, 2007, the Court conferred with Ms. Palfrey regarding her expressed decision to proceed *pro se*, via hybrid representation, or to be represented in the criminal case by her civil attorney, Mr. Montgomery Blair Sibley.

4. Since that time, Mr. Sibley has filed numerous motions and taken numerous legal and public positions in which the undersigned has not been involved.

5. Undersigned counsel expresses no position in regard to the pending motion by Mr. Sibley to appear on behalf of Ms. Palfrey in the criminal case as her retained counsel or in regard to the opposition filed thereto by the United States.

6. Nevertheless, undersigned counsel respectfully requests that the counsel's motion to withdraw be considered independently of the Court's consideration of Mr. Sibley's motion to appear as counsel for Ms. Palfrey. Whether he formally represents Ms. Palfrey in this matter or continues to advise her *ex officio* presents no meaningful distinction in regard to the issues addressed in the motion to withdraw.

Accordingly, for the reasons stated herein and in the sealed filings in this matter, counsel reiterate their independent motion to withdraw from further representation of Ms. Palfrey in the criminal case.

Respectfully submitted,

\_\_\_/s/_____
Preston Burton, Esq., D.C. Bar No. 426378
Bree N. Murphy, Esq., D.C. Bar No. 497418
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, N.W.
Washington, D.C.  20007

Dated: September 28, 2007        *Counsel for Deborah Jeane Palfrey*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Supplemental Memorandum in Support of Counsel's Motion to Withdraw as Counsel for Deborah Jeane Palfrey was delivered via the ECF filing system to counsel of record on September 28, 2007, and will be sent via Federal Express to

Deborah Jeane Palfrey
803 Capitol Street
Vallejo, CA 94590

and in PDF form via e-mail to Montgomery Blair Sibley.

                                                          /s/
                                           Preston Burton