UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

    DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-GK

DEFENDANT'S PRO SE MOTIONS TO
CORRECT DOCKET ENTRY #106 AND DEEM
DEFENDANT'S FIRST OMNIBUS MOTION AS
CONCEDED BY PLAINTIFF

FILED
OCT 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMES NOW Defendant Deborah Jeane Palfrey appearing *pro se* as her court-appointed counsel refuses to present these motions, and moves for orders to Correct Docket Entry #106 and Deem Defendant's First Omnibus Motion as Conceded By Plaintiff and for grounds in support thereof states:

I. **CORRECT DOCKET ENTRY**

Defendant's First Omnibus Motion was filed on September 10, 2007, as witnessed by the date stamped copy of the first page attached hereto. However, Docket Entry #106 indicates that it was filed on September 19, 2007, as witnessed by the PACER report of this matter attached hereto. Hence, the Clerk has improperly noted the date of filing of Defendant's First Omnibus Motion.

Moreover, the nine (9) day gap is significant as speedy-trial considerations are at issue. In particular, 18 U.S.C. §3161(h)(1)(f)&(j), limits this Court's ability to delay resolution of matters to a "prompt" determination and in all events not more than thirty (30) days after the last memorandum is filed. Hence, the filing date of Defendant's Omnibus motion is significant and must be accurately recorded by the Clerk to insure compliance with 18 U.S.C. §3161 *et seq.*

**II.    DEEM PLAINTIFF CONCEDES THE RELIEF DUE DEFENDANT IN THE FIRST OMNIBUS MOTION**

Local Criminal Rule 47(b) "Opposing Points and Authorities" states "Within 11 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. **If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded**." (Emphasis added).

Here, Defendant's First Omnibus Motion was served and filed on **September 10, 2007**. To date – eighteen full days since the filing – Plaintiff has <u>failed</u> to serve and file any "Opposing Points and Authorities".

Given the extreme intrusion of seizing all of Defendant's assets, criminally indicting her and the substantial issues of law and fact resident in the First Omnibus Motion, any further delay in the Constitutionally-guaranteed and Congressionally-mandated scheme to insure a fair playing field **mandates** that this Court grant no further quarter to Plaintiff and immediately grant all the relief sought in the First Omnibus Motion.

WHEREFORE, Defendant respectfully requests that this Court order (i) the date of filing be associated with Docket Entry #106 to be September 10, 2007, and (ii) deem Defendant's First Omnibus Motion as Conceded By Plaintiff.

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon William R. Cowden, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this October 1, 2007.

Dated:_____

_____
Deborah Jeane Palfrey

> Montgomery Blair Sibley, upon the ethical constraints imposed upon him, hereby (i) gives notice of assistance to Defendant in the preparation of this pleading and (ii) notes that he does represent Defendant as her attorney in this matter but is presently barred by Court order from filing this pleading on her behalf.

FROM :                              PHONE NO. : 707 648+1500          Sep. 28 2007 12:23PM P1

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon William R. Cowden, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this September 28, 2007.

Dated: 9/28/07

Deborah Jeane Palfrey

> Montgomery Blair Sibley, upon the ethical constraints imposed upon him, hereby (i) gives notice of assistance to Defendant in the preparation of this pleading and (ii) notes that he does represent Defendant as her attorney in this matter but is presently barred by Court order from filing this pleading on her behalf.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

    DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-GK

DEFENDANT'S FIRST OMNIBUS MOTION

Defendant Deborah Jeane Palfrey, appearing *pro se* as her court-appointed counsel refuses to bring these matters to the Court's attention and objecting to the delay imposed without her consent upon this matter by the Court's order of September 7, 2007, moves the Court to determine the following matters promptly and as required by 18 U.S.C. §3161, *et seq.*:

1. Motion to Expedite Consideration of Montgomery Blair Sibley's LCrR 44.5(a) Notice of Appearance

2. Motion for Extension of Time to File New Motions;

3. Motion to Dissolve the "Stipulated" May 22nd [D.E. #49] Discovery Order;

4. Motion to Bar Assistant United States Attorneys Daniel Pearce Butler, Catherine K. Connelly, William Rakestraw Cowden from further involvement in this matter;

5. Motion to Dismiss the Indictment for Outrageous Government Conduct;

6. Motion to Completely Dissolve the March 16th [D.E. #12] and March 22nd [D.E.# 17] Restraining Orders;

7. Motion to Declare 18 U.S.C. §3006a Unconstitutional;

8. Motion to Dismiss the Indictment as Violating the Tenth

1

| | | |
|---|---|---|
| 09/06/2007 | 101 | ORDER that the Defendant's Notice of Filing Sealed Document Pursuant to Federal Rules of Criminal Procedure, Defendant's Pro Se Notice of a Public Authority Defense, Defendant's Pro Se Motion for Pretrial Conference to Consider Matters Relating to Classified Information, Defendant's Pro Se Application for Issuance of Subpoenas and Payment of Costs and Fees and Defendant's September 5, 2007 Statement shall be filed with the Clerk of the Court. ORDERED that Defendant's Pro Se Notice of a Public Authority Defense shall be sealed. ORDERED that the Defendant's Pro Se Application for Issuance of Subpoenas and Payment of Costs and Fees, Counsel for Defendant's Supplemental Points and Authories in Support of Ex Parte and Sealed Motion to Withdraw as Counsel and Defendant's September 5, 2007 Statement shall be sealed and ex parte. ORDERED that this Order shall not be sealed as to DEBORAH PALFREY signed by Judge Gladys Kessler on 9/6/07. (tnr, ) (Entered: 09/06/2007) |
| 09/06/2007 | 102 | MOTION for Pretrial Conference to Consider Matters Relating to Classified Information by DEBORAH PALFREY. (tnr, ) (Entered: 09/06/2007) |
| 09/06/2007 | 103 | NOTICE of Filing Sealed Document Pursuant to Federal Rules of Criminal Procedure, Rule 12.3 by DEBORAH PALFREY. (tnr, ) (Entered: 09/06/2007) |
| 09/07/2007 | | Minute Entry for proceedings held before Judge Gladys Kessler: Status Conference as to DEBORAH PALFREY held on 9/7/2007. Motion to enter appearance of Mr. Montgomery Sibley due by 9/14/2007. Response due by 9/21/2007. Reply due 9/26/07. Mr. Sibley is granted permission to file the Motion to enter his appearance and the Reply. Motion permitting Hybrid Representation; heard and denied. Jury Trial set for 4/8/2008 at 09:30 AM in Courtroom 26A before Judge Gladys Kessler. Alternative Jury Trial date set for 2/19/08 at 9:30 AM. Bond Status of Defendant: Defendant continued on PR; Court Reporter: Susan Tyner. Defense Attorney: Preston Burton; US Attorney: Daniel Butler, Catherine Connelly; (tth) Modified on 9/10/2007 (tth, ). (Entered: 09/10/2007) |
| 09/10/2007 | 105 | MOTION to Substitute as Counsel for DEBORAH PALFREY and Court-Ordered Memorandum of Law and Fact. (Attachment: # 1 Exhibit: Notice of Appearance)(mlp) (Entered: 09/12/2007) |
| 09/11/2007 | 104 | Memorandum in Opposition by USA as to DEBORAH PALFREY re 102 MOTION for Pretrial Conference to Consider Matters Relating to Classified Information (Butler, Daniel) (Entered: 09/11/2007) |
| 09/19/2007 | 106 | FIRST OMNIBUS MOTION by DEBORAH PALFREY, pro se. (Motion to expedite consideration of Montgomery Blair Sibley's LCrR 44.5(a) notice of appearance; Motion for extension of time to file new motions; Motion to dissolve the "stipulated" May 22nd [D.E. #49] discovery order; Motion to bar Assistant U.S. Attorneys Daniel Pearce Butler, Catherine K. Connelly, William Rakestraw Cowden from further involvement in this matter; Motion to dismiss the indictment for outrageous government conduct; Motion to completely dissolve the March 16th [D.E. #12] and March 22nd [D.E. #17] restraining orders; Motion to declare 18 U.S.C. 3006a unconstitutional; Motion to dismiss the indictment as violating the Tenth Amendment; Petition to disclose Grand Jury proceedings pursuant to Rule 6(e); Motion to meaningfully disclose un-redacted witness statement; Motion for pre-trial investigation report; Suppression hearing motions; |

|  |  |  | Motion to set pre-trial evidentiary hearing and issue subpoenas. (Attachments: # 1 Exhibits: Supporting Documents) "Leave to filed granted, 9/19/07" Kessler, J.(mlp) (Entered: 09/20/2007) |
|---|---|---|---|
| 09/20/2007 |  | 107 | REPLY by DEBORAH PALFREY re 104 Memorandum in Opposition to Defendant's Motion for Pretrial Conference to Consider Matters Relating to Classified Information. "Leave to file Granted by Judge Gladys Kessler." (hsj, ) (Entered: 09/20/2007) |
| 09/21/2007 |  | 108 | Memorandum in Opposition by USA as to DEBORAH PALFREY re 105 MOTION to Substitute Attorney *For Defendant* (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(Connelly, Catherine) (Entered: 09/21/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/25/2007 14:21:00 | | | |
| PACER Login: | sr0956 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cr-00046-GK |
| Billable Pages: | 11 | Cost: | 0.88 |