UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal No. 07-046 (GK) |
| DEBORAH JEANE PALFREY, | : |
| Defendant. | : |

## NOTICE OF CHANGE OF ADDRESS

TO THE COURT, PARTIES AND COUNSEL OF RECORD:

      PLEASE TAKE NOTICE that as of October 15, 2007, Orrick, Herrington & Sutcliffe LLP, counsel for Defendant Deborah Jeane Palfrey, will move from:

> Washington Harbour
> 3050 K Street, NW
> Suite 200
> Washington, D.C. 20007

TO:

> Columbia Center
> 1152 15th Street, N.W.
> Washington, D.C. 20005-1706

The telephone, facsimile and email addresses remain the same. Please update your records accordingly.

                                                                                 Respectfully submitted,

                                                                                 /s/
                                               Preston Burton, Esq., D.C. Bar No. 426378
                                               Bree N. Murphy, Esq.,D.C. Bar No. 497418
                                               Orrick, Herrington & Sutcliffe LLP
                                               3050 K Street, N.W.
                                               Washington, D.C. 20007

Dated: October 5, 2007                                    *Counsel for Deborah Jeane Palfrey*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this Notice of Change of Address for Orrick, Herrington & Sutcliffe, LLP was delivered via the ECF filing system to counsel of record on October 5, 2007, and in PDF form via e-mail to Montgomery Blair Sibley.

                                              /s/
                                    Preston Burton