UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

    DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-GK

DEFENDANT'S MOTION FOR TRANSPORTATION EXPENSES

Defendant Deborah Jeane Palfrey, by and through her undersigned counsel, hereby moves this Court to authorize and direct the United States Marshal to make transportation arrangements designed to bring Ms. Palfrey from her home in California, to the next court date in the above captioned case, to return her at the conclusion of the hearing and reimburse Defendant for her subsistence expenses, and for grounds in support states:

Given the Court's order of yesterday and the travel plans of undersigned counsel, prior consultation with the government concerning this motion was not possible prior to filing. However, the government has not heretofore opposed Defendant's prior travel motions.

Ms. Palfrey has previously been determined to be financially indigent and to qualify for court appointed counsel. Pursuant to 18 U.S.C. § 4285, this Court may "direct the United States Marshal to arrange for [an indigent defendant's] means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required." Additionally, the United States Marshal has informed counsel that they will also pay for Ms. Palfrey's subsistence expenses while she is in the District of Columbia, if the Court's order so provides.

In so much as Defendant and her new counsel have significant documents to review which

heretofore pursuant to this Court's "Stipulated" May 22nd [D.E. #49] Discovery Order, undersigned counsel was barred from viewing, Defendant requests that she travel to Washington D.C. on Thursday, October 18, 2007 with a mid-day departure from San Francisco and return to San Francisco on Thursday, October 25, 2007 with a late afternoon departure and that hotel arrangements for Defendant during her stay be made and paid for by the Marshal's service so that she has time to adequately confer with her new counsel and review said documents.

Moreover, as this Court has heretofore ordered that United States Marshal reimburse Defendant for her subsistence expenses which they have not done for lack of an administrative mechanism for doing so, Defendant requests that the Marshal's service be directed to accept for consideration of reimbursement all of Defendant's subsistence expenses incurred to date in her four prior trips and this trip to Washington D.C. and promptly thereafter either (i) pay such expenses to Defendant or (ii) report to the Court why such expenses are not being reimbursed.

Accordingly, Defendant requests that the Court enter the attached Order directing the United States Marshal to (i) make appropriate arrangements for Defendant's travel and hotel stay for the status conference on October 22, 2007 at 10:00 a.m., and her return to California after her appearance and (ii) reimburse Defendant for her subsistence expenses.

### CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Catherine Connelly, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this October 12, 2007.

                                                **MONTGOMERY BLAIR SIBLEY**
                                                Counsel for Defendant
                                                1629 K Street, Suite 300
                                                Washington, D.C. 20006
                                                202-508-3699
                                                202-478-0371 Fax

                                                By:  /s/ Montgomery Blair Sibley
                                                       Montgomery Blair Sibley
                                                       D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

        DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-GK

ORDER ON DEFENDANT'S MOTION FOR TRANSPORTATION EXPENSES

    Upon consideration of Defendant's motion for travel, and Defendant having shown that she is financially unable to provide the necessary transportation to appear before the Court, it is:

    ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the Defendant non-custodial transportation from San Francisco to Washington D.C. on Thursday, October 18, 2007 with a mid-day departure from San Francisco and returning from Washington D.C. to San Francisco on Thursday, October 25, 2007 with a late afternoon departure and that hotel arrangements for Defendant during her stay be made and paid for by the Marshal's service; and it is further

    ORDERED that the United States Marshal shall accept for consideration of reimbursement all of Defendant's subsistence expenses incurred to date in her four prior trips to Washington D.C. and this trip and promptly thereafter either (i) pay such expenses to Defendant or (ii) report to the Court why such expenses are not being reimbursed.

DATED: October ___, 2007

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Copies:        Counsel of Record