UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

        DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-GK

ORDER ON DEFENDANT'S MOTION FOR TRANSPORTATION EXPENSES

FILED
OCT 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of Defendant's motion for travel, and Defendant having shown that she is financially unable to provide the necessary transportation to appear before the Court, it is:

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the Defendant non-custodial transportation from San Francisco to Washington D.C. on Thursday, October 18, 2007 with a mid-day departure from San Francisco and returning from Washington D.C. to San Francisco on Thursday, October 25, 2007 with a late afternoon departure and that hotel arrangements for Defendant during her stay be made and paid for by the Marshal's service; and it is further

ORDERED that the United States Marshal shall accept for consideration of reimbursement all of Defendant's subsistence expenses incurred to date in her four prior trips to Washington D.C. and this trip and promptly thereafter either (i) pay such expenses to Defendant or (ii) report to the Court why such expenses are not being reimbursed.

DATED: October 15, 2007

                                            _____
                                            THE HONORABLE GLADYS KESSLER
                                            UNITED STATES DISTRICT JUDGE

Copies:     Counsel of Record

