UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                PLAINTIFF,<br><br>VS.<br><br>DEBORAH JEANE PALFREY,<br><br>                DEFENDANT.<br>_____/ | CRIMINAL CASE NUMBER: 07-046-GK<br><br>DEFENDANT'S MOTION TO MODIFY THE POST-INDICTMENT ASSET RESTRAINING ORDER |

Defendant Deborah Jeane Palfrey, by and through her undersigned counsel, hereby moves this Court to authorize and direct Charles Schwab & Co. to sell certain stock owned by Defendant and seized pursuant to the order of this Court, and for grounds in support states:

This Court entered a Post-indictment Restraining Order [D.E. #18] on March 22, 2007, covering certain assets of Defendant, including her stock holdings in Dolby, Inc. (4,820 shares) and Expedia, Inc. (2000 shares) held in Charles Schwab & Co. account number 6884-3186.

Since the seizure of those assets in October 2006, those assets have appreciated approximately Eighty Thousand Dollars ($80,000) in value. Defendant believes that these assets have reached their peak appreciation and accordingly asks the Court to authorize her – when she deems it advisable – to direct Charles Schwab & Co. to sell those stocks immediately and transfer the proceeds of the sale in to the Defendant's money-market account which is also restrained by this Court order of March 22, 2007. The Defendant's purpose in seeking discretion to order the sale is that given the volatile nature of the stock market, and order to liquidate by this Court might, due to the passage of time until its execution, create a substantial loss.

To be clear, once liquidated, Defendant would agree to keep those funds in a money market

account until this matter is resolved.

Counsel for the government has been consulted and declined to agree to the request herein.

WHEREFORE, Defendant respectfully requests that this Court direct Charles Schwab & Co. to sell all of those stocks upon Defendant's order and then transfer the proceeds of the sale in to the Defendant's Charles Schwab & Co. account number 6884-3186 which is also restrained by this Court order of March 22, 2007.

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon William R. Cowden, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this October 17, 2007.

>MONTGOMERY BLAIR SIBLEY
>Counsel for Defendant
>1629 K Street, Suite 300
>Washington, D.C. 20006
>202-508-3699
>202-478-0371 Fax
>
>By:  /s/ Montgomery Blair Sibley
>      Montgomery Blair Sibley
>      D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

        DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-GK

ORDER ON DEFENDANT'S MOTION TO MODIFY THE POST-INDICTMENT ASSET RESTRAINING ORDER

      Upon consideration of Defendant's Motion To Sell Seized Assets to Preserve Value, and the Court having heard and considered the argument of counsel, it is:

      ORDERED that Charles Schwab & Co. is directed – at Defendant Jeane Palfrey's direction – to sell all of Defendant's Dolby, Inc. and Expedia, Inc. stocks and transfer the proceeds of the sale into the Defendant's Charles Schwab & Co. account number 6884-3186 which is also restrained by this Court order of March 22, 2007.

DATED: October ___, 2007

                                                  _____
                                                  The Honorable Gladys Kessler
                                                  United States District Judge

Copies:       Counsel of Record