UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 07-46 (GK) |
| DEBORAH JEANE PALFREY, | : |
| Defendant. | : |

**FILED**
OCT 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

The parties are hereby ordered to comply with Local Criminal Rule 47(c), which requires that each Motion shall be accompanied by a proposed order.

October 16, 2007

_____
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**