UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
:
v.  : Criminal No. 07-46 (GK)
:
DEBORAH JEANE PALFREY,  :
:
Defendant.  :

**FILED**
OCT 1 6 2007

ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant has filed a *Pro Se* Motion for Pretrial Conference to Consider Matters Relating to Classified Information [Dkt. No. 102]. As the Government points out in its Opposition, Defendant has failed to comply with Federal Rule of Criminal Procedure 12.3(a)(2) because she has not identified "the agency member on whose behalf the defendant claimed to have acted." Upon consideration of the Motion, Opposition, Reply, the applicable case law, and the entire record herein, and for the aforementioned reasons, it is hereby

**ORDERED** that *Pro Se* Motion for Pretrial Conference to Consider Matters Relating to Classified Information [Dkt. No. 102] is **denied**.

Oct. 16, 2007
DATE

/s/ Gladys Kessler
GLADYS KESSLER
U.S. DISTRICT JUDGE

<u>Copies to</u>: attorneys on record via ECF