UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,         :
                                  :
         v.                       :    Criminal No. 07-46 (GK)
                                  :
DEBORAH JEANE PALFREY,            :
                                  :
         Defendant.               :

**FILED**

OCT 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Defendant has filed a *Pro Se* Motion to Correct Docket Entry # 106 and Deem Defendant's First Omnibus Motion as Conceded by Plaintiff [Dkt. No. 118]. Upon consideration of the Motion, Opposition, Reply, the applicable case law, and the entire record herein, it is hereby

**ORDERED** that Defendant's *Pro Se* Motion to Correct Docket Entry # 106 and Deem Defendant's First Omnibus Motion as Conceded by Plaintiff [Dkt. No. 118] is **denied**.

Oct 16, 2007
DATE

GLADYS KESSLER
U.S. DISTRICT JUDGE

**Copies to**: attorneys on record via ECF