UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 07-46 (GK) |
| | : | |
| DEBORAH JEANE PALFREY, | : | **FILED** |
| | : | |
| Defendant. | : | OCT 1 8 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This matter is before the Court on Defendant's First Omnibus Motion [Dkt. No. 106]. Upon consideration of the Omnibus Motion, Opposition, Reply, the applicable case law, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's First Omnibus Motion [Dkt. No. 106] is **granted in part and denied in part** as described in the accompanying Memorandum Opinion. The Court draws counsel's attention to the matters scheduled for argument at the Status Conference on October 22, 2007, which are identified in Sections 6 and 13 of the Memorandum Opinion.

Oct. 18, 2007
DATE

/s/ Gladys Kessler
GLADYS KESSLER
U.S. DISTRICT JUDGE

**Copies to**: attorneys on record via ECF