UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :
                               :
        v.                     :   Criminal No. 07-46 (GK)
                               :
DEBORAH JEANE PALFREY,         :
                               :
        Defendant.             :

**FILED**

OCT 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This matter is before the Court on the Government's Motion for a Protective Order Pursuant to Fed.R.Crim.P. 16(d)(1)[Dkt. No. 4]. Subsequent to the filing of this Motion, a Stipulated Protective Order was signed on May 22, 2007. It remains in effect, subject to any motions to amend it. See Mem. Op., October 18, 2007, at 2-3. Accordingly, it is hereby

**ORDERED** that Government's Motion for a Protective Order Pursuant to Fed.R.Crim.P. 16(d)(1)[Dkt. No. 4] is **denied as moot**.

October 18, 2007
DATE

GLADYS KESSLER
U.S. DISTRICT JUDGE

**Copies to**: attorneys on record via ECF