## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-046 (GK)** |
| | : | |
| **v.** | : | |
| | : | |
| **DEBORAH JEANE PALFREY,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S SUPPLEMENT TO ITS ORAL ARGUMENT ON
DEFENDANT'S REQUEST FOR A HEARING ON HER CLAIM OF
SELECTIVE PROSECUTION, WHICH ARGUMENT WAS SCHEDULED
IN THE COURT'S MEMORANDUM OPINION, DOCKET NO. 136**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this supplement to its anticipated oral argument on defendant's request for a pretrial evidentiary hearing to permit defendant to offer evidence to support her claim of selective prosecution, which oral argument was scheduled in the Memorandum Opinion filed by the Court on October 18, 2007 (Dkt. No. 136).[1]  In that opinion, the Court held that its "ruling on Defendant's request for a hearing on her claim of selective prosecution is deferred until the October 22, 2007 Status Conference, at which time the Court will hear no more than ten minutes of oral argument from each side."  Dkt. No. 136 at 13.

### I.  Discussion

The government anticipates that defendant will seek to argue at the Status Conference, based on her reply pleading on this issue, "that other escort services o[r] spa owners who have committed

---

[1]  Because of the short window of time between the Memorandum Opinion and the Status Conference – the need for the this pleading only becoming apparent following that Opinion – the government was not able to file this pleading 24 hours before the hearing, as the Court has previously requested for pleadings.  Nevertheless, the government requests that the Court accept this pleading as a supplement to the record in this case of the government's argument at the Status Conference.

similar acts have not been indicted." *See* Dkt. No. 126 at 21.  The government previously, in its

opposition to defendant's selective prosecution motion, listed a number of federal prosecutions, both

locally and nationally, of operators of prostitution businesses.  Dkt. No. 77 at 9-11.  In preparation

for this Status Conference, the government canvassed press releases from United States Attorney's

Offices around the country in which operators of escort services and other businesses acting as fronts

for prostitution activity were prosecuted.[2]  This survey, as well as the prior cases cited by the

government, show that defendant cannot make a colorable showing as to the first required prong of

her claim, that is, that she was  singled out for prosecution from others similarly situated.  The

canvass showed the following recent cases, among others, both locally and nationally:

| Att. # | Date | Jurisdiction & Case No. | Description |
|---|---|---|---|
| 1. | 9/21/07 | D.C. 2007CF38272 | Yeon J. Song pled guilty to one count of operating a house of prostitution and faces five years of imprisonment when sentenced in November of 2007.  Ms. Song ran a brothel called "The Oriental Spa" between August 2006 and January 2007.  Song employed up to five women at a time. |
| 2. | 2/23/07 | W.D.WA. 2006CR00298 | A brothel operator and a couple who ran an escort service sentenced to prison for 24, 33 and 24 months, respectively, for conspiracy to transport individuals in furtherance of prostitution.  The escort service was a front for prostitution. |
| 3. | 1/10/07 | W.D.TN. 2006CR20387 | Eight individuals have pled guilty to sex trafficking and commercial sex charges in connection with brothels operated in Memphis, Tennessee.  Four |

---

[2]  The press releases (copies attached) highlight guilty pleas, which would not necessarily result in published opinions in the federal reporters.  All of these press releases are publicly available on the websites for the respective U.S. Attorney's Office, the FBI, and/or in a search through a web search tool, such as google.com, and the cases can be found on the PACER system under the case number.

|   |   |   | others remain under indictment in the same case for crimes including, among others, conspiracy to commit money laundering and enticing an individual to travel in interstate commerce to commit prostitution. |
|---|---|---|---|
| 4. | 12/20/06 | D.Alaska 2006MJ00123 | Individual indicted on, among others, sex trafficking charges involving adult females.  The indictment charged individual with operating a number of businesses which purported to be "escort services" in which an individual would pay for another person's "time and company," but were actually fronts for an illegal prostitution business. |
| 5. | 8/25/06 | E.D.MO. 4:2006CR00394 | Individual sentenced to 30 months in prison on his guilty plea to conspiracy and racketeering charges involving his Florida-based internet escort service, Window of Elegance Escorts.  The service was actually a prostitution business involved in interstate travel involving prostitution. |
| 6. | 3/23/06 | D.CT. 3:2006CR00064 | Ten individuals charged with, among others, using an interstate facility to promote prostitution for their involvement in a prostitution ring.  The indictment charged that individuals concealed their prostitution businesses by calling them "escort services." |
| 7. | 1/6/06 | S.D.N.Y. 1:2005CR00503 | Ten individuals pled guilty to running a lucrative interstate prostitution and money laundering business. The investigation focused on the activities of a Manhattan-based escort service operating under several names, including "New York Elites" and "Exotica 2000," which generated about $13.5 million in revenue from prostitution over the prior 4 ½ years of operation until April 2005.  Some of the funds were used to pay for a home for the ringleader who pled guilty to five felony counts including transportation of individuals to engage in prostitution, conspiracy, and money laundering. |
| 8. | 1/12/05 | D.CT. 2004CR00089 | Individual pled guilty to, among others, conspiracy to use interstate facility to promote prostitution and money laundering.  Individual worked at and then operated an alleged health club as a house of |

|       |          |            | prostitution over a period of about 7 years. In related cases, three others pled guilty to similar charges. |
|-------|----------|------------|------------------------------------------------------------------------------|
| 9&10. | 4/8/02   | D.AZ       | Two individuals sentenced to fifteen and five months imprisonment, respectively, on their guilty pleas to tax evasion charges. They were indicted on various charges relating to the operation of numerous escort services, knowing that the escorts were to engage in prostitution activities. |
|       | 12/17/01 | 1999CR00213 | |

## II.  Conclusion

For the reasons set forth above, as well as those previously set forth in the government's oppositions on this issue, Dkt. No. 77 at 5-12 and No. 117 at 26-28, the United States respectfully submits that defendant has not made a sufficient showing to warrant even an evidentiary hearing on her selective prosecution motion, and that her request for such a hearing should be denied.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
DC Bar No. 498610


/ s /

_____
Daniel P. Butler
DC  Bar No. 417178
Catherine K. Connelly
Mass.  Bar No. 649430
Assistant United States Attorneys
555 4th Street, NW
(202) 353-9431, 616-3384
Washington, D.C.  20530
Daniel.Butler@usdoj.gov
Catherine.Connelly2@usdoj.gov

ATTACHMENT #1

U.S. Department of Justice

**JEFFREY A. TAYLOR**
**United States Attorney for the**
**District of Columbia**

Judiciary Center
555 Fourth Street, NW
Washington, D.C. 20530

# PRESS RELEASE

**FOR IMMEDIATE RELEASE**
Friday, September 21, 2007

**For Information Contact:**
**Public Affairs**
Channing Phillips (202) 514-6933
http://www.usdoj.gov/usao/dc

## Korean Woman Pleads Guilty to Operating a House of Prostitution  Located in Downtown D.C.

**Washington, D.C.** - Yeon Ja Song, 54, also known as Song Youn and Song Yeon, originally from Korea, pled guilty today in the Superior Court of the District of Columbia before the Honorable Natalia Combs Greene to one count of operating a house of prostitution, announced U.S. Attorney Jeffrey A. Taylor.  Sentencing for Song is scheduled for November 20, 2007.  Song faces a maximum penalty of five years of imprisonment.

According to the government's evidence, between August 2006 and January 2007, Song operated and ran a prostitution brothel in the third floor unit of 1716 I Street, NW, Washington, D.C.  The brothel was called "The Oriental Spa."  Song employed up to five women at a time at the brothel to engage in prostitution.  All of the women who worked at the brothel are of Korean origin.  Most of the women traveled from Flushing, New York, to Washington, D.C. to work at the brothel.

The investigation of The Oriental Spa originated when the FBI received an anonymous tip that women were being forced into prostitution at the location.  The FBI passed the information to the Metropolitan Police Department.  On December 8, 2007, MPD conducted an undercover operation and executed a search warrant at the location.  During the December 8th raid, MPD seized over $12,000 in cash and physical evidence demonstrating that the unit was used as a brothel.  The government's evidence also showed that Song instructed four women to reopen the brothel on the morning of December 10th.  Song operated the brothel until early January 2007, when it was finally shut down.

Page -2-

In announcing the plea, the U.S. Attorney notes that the case was the result of the collaborate efforts of the D.C. Human Trafficking Task Force. Formed in November 2004, the D.C. Trafficking Task Force has had tremendous success in achieving its wide ranging goals of identifying and servicing trafficking victims and prosecuting human traffickers. The U.S. Attorney commends the outstanding work of MPD detectives Thomas Smith, Lavinia Quigley, and Steven Schwalm, who investigated the case and spent hours interviewing the witnesses in this case and developing the evidence in this case, MPD officers Joseph Abdalla and Michael Iannachione, who assisted with the undercover operation, and special agents with FBI's Washington Field Office Civil Rights Unit. The U.S. Attorney also thanks individuals at Polaris Project, a non-governmental agency D.C. Trafficking Task Force member who provided invaluable assistance to the witness/victims in this case. Finally, commendation is extended to legal assistant Donice Adams and paralegal Joyce Arthur, who assisted with the case, Assistant U.S. Attorney Sharon Marcus-Kurn who investigated the case, and Assistant U.S. Attorney Michael Song who, along with Ms. Marcus-Kurn, prepared the case for trial.

###

07-240

ATTACHMENT #2



# Department of Justice

---

**FOR IMMEDIATE RELEASE**
United States Attorney
Western District of Washington

February 23, 2007

**LEADERS OF CONSPIRACY TO TRANSPORT WOMEN FOR PROSTITUTION SENTENCED TO PRISON**

Seattle Area Residents Ran Brothels or Escort Services Using Undocumented Asian Women

A brothel operator and a couple who ran an escort service were sentenced to prison today in U.S. District Court in Seattle for Conspiracy to Transport Individuals in Furtherance of Prostitution. All three are Chinese Nationals who will be deported following their prison terms. YONG JUN KANG, 36, of Seattle was sentenced to 24 months in prison and three years of supervised release for Conspiracy to Transport Individuals in Furtherance of Prostitution Conspiracy to Transport and Harbor Illegal Aliens, and Conspiracy to Launder Money. KESHENG ZHU, 38, and h wife RUJING JIANG, 36, both of Seattle, were sentenced for Conspiracy to Transport Individuals in Furtherance o Prostitution. U.S. District Judge John C. Coughenour sentenced ZHU to 33 months in prison and three years of supervised release and JIANG to 24 months in prison and three years of supervised release.

The three were among nine people arrested in August 2006, following a 21-month investigation using confidential informants, court approved wiretaps, and GPS tracking to identify those involved with a highly organized national network prostitution ring. YONG JUN KANG operated brothels in Portland and Seattle. KANG conspired with othe to transport Asian women, most of whom were illegally in the U.S. to work at his brothels for ten to fourteen days. The women would then be transported to other brothels in other cities. RUJNG JIANG, and KESHING ZHU, ran a escort service in Seattle that was a front for prostitution. The couple provided Asian prostitutes to customers who called from homes, apartments and hotels in the greater Seattle area.

Information about the criminal activity first surfaced in April 2004, when the Eastside Narcotics Task Force raided the Apple Spa in Bellevue after determining it was a front for prostitution. Both KANG, JIANG, and ZHU had been involved in the operation of the Apple Spa. ZHU was deported to China as an illegal alien, but quickly returned illegally to the United States. KANG failed to show up for his deportation hearing. In December 2004, FBI agents i Portland learned KANG had resurfaced there and was operating a brothel. In the midst of the investigation in May 2005, KANG returned to Seattle and opened a brothel.

In various conversations with confidential sources, or on wiretapped telephone calls, conspirators discussed how the Asian women had been smuggled into the United States. KANG told one confidential informant that women were being smuggled into the U.S. in shipping containers, paying fees to smugglers of as much as $50,000. The investigation determined that some of the women were smuggled into the U.S. by illegally crossing the border fror Canada. The women had to pay off their debts to the smugglers by working in brothels in cities across the country

The conspirators attempted to avoid law enforcement scrutiny by using code words when talking on the phone. They referred to the women as ethnic foods, makes of cars or as ships. The investigation determined women working in the brothels were citizens of China, Korea, Thailand, Vietnam, Malaysia, Singapore, Hong Kong, Japar Taiwan and Laos.

In asking for prison sentences for ZHU and JIANG, Assistant United States Attorney Todd Greenberg pointed out that defendants continued their criminal activity even after police shut down their spa, which was a front for prostitution. "These sentences are appropriate given both defendants' long-term and repeated involvement in the international prostitution business. They did not learn from their good fortune in escaping criminal charges back in 2004. Rather, at the first available opportunity they re-entered the business and continued the criminal activity until their federal arrests," Greenberg wrote in his sentencing memo.

The case was investigated by the FBI, U.S. Immigration and Customs Enforcement (ICE), and the Seattle Police Department. The case was prosecuted by Assistant United States Attorney Todd Greenberg.

For additional information please contact Emily Langlie, Public Affairs Officer for the United States Attorney's Offic at (206) 553-4110.

FBI Home Page                                Seattle Press Releases

ATTACHMENT #3



# Department of Justice

U.S. Department of Justice

United States Attorney's Office
Western District of Tennessee
800 Federal Office Building Ph: (901) 544-4231
Memphis, Tennessee 38103 Fax (901) 544-4230
TTY: (901) 544-3054

PRESS RELEASE

FOR IMMEDIATE RELEASE

FOR FURTHER INFORMATIC
CONTACT: LEIGH ANNE JORDC
(901) 544-42

January 10, 2007

**Man Pleads Guilty to Sex Trafficking a Juvenile
Girl, Two Others Plead Guilty to Commercial Sex Charges**

Memphis - David Kustoff, United States Attorney for the Western District of Tennessee, My Harrison, Special Age
in Charge of the Federal Bureau of Investigation, and Michael A. Holt, Special Agent-In-Charge of Immigration an
Customs Enforcement (ICE), and Larry Godwin, Director of the Memphis Police Department announce today
announced that Fernando Reyes-Santillan pled guilty to one count of commercial sex trafficking of a minor. Co-
defendants, Diego Cortes-Barrientos and Rafael Cortes-Barrientos each pleaded guilty to one count of failing to fil
a factual statement about alien individuals they harbored for the purpose of prostitution. Reyes-Santillan could be
sentenced to up to forty years in prison. face up to ten years Diego Cortes-Barrientos and Rafael Cortes-Barrientc
imprisonment.

With these pleas, eight defendants have pled guilty to sex trafficking and commercial sex charges in connection w
brothels operated in Memphis. Four other defendants remain under indictment in the same case for crimes includi
child sex trafficking, conspiracy to harbor illegal aliens, conspiracy to commit money laundering, enticing an
individual to travel in interstate commerce to commit prostitution, and failure to file a factual statement about an
alien.

At his plea hearing Reyes-Santillan admitted to operating a brothel and knowingly employing a juvenile to engage
prostitution. Diego Cortes-Barrientos and Rafael Cortes-Barrientos admitted to working at brothels in Memphis an
taking money from clients who engaged in commercial sex acts with alien prostitutes. Both further admitted that
neither they nor any of the other operators of the brothels had filed a factual statement with the Assistant Secretar
of Immigration and Customs Enforcement (ICE) or his successor setting forth the names of the aliens, the place a
which they were kept, the date of their entry into United States, their ports of entry, or their ages, nationality, or
parentage.

All persons charged with crimes are considered innocent until proven guilty beyond a reasonable doubt.

Human trafficking prosecutions are a top priority of the Department. In the last six fiscal years, the Civil Rights
Division, in conjunction with U.S. Attorneys' Offices, has increased by six-fold the number of human trafficking cas
filed in court, quadrupled the number of defendants charged, and tripled the number of defendants convicted. In
2006, the Department obtained a record number of convictions in human trafficking prosecutions.

"This case is a perfect example of the outstanding cooperation between Immigration and Customs Enforcement

(ICE), the Federal Bureau of Investigation, and state and local law enforcement agencies. Because of such positiv interagency cooperation, human trafficking and smuggling criminals are discovering how difficult it is for them to hide their illegal activities from authorities," said Michael A. Holt, Special Agent-in-Charge of ICE's Office of Investigations in New Orleans. "We are dedicated to identifying and dismantling these types of illicit operations wherever and whenever we find them."

Assistant United States Attorney Steve Parker of the United States Attorney's Office for the Western District of Tennessee and Trial Attorney Jonathan Skrmetti from the Civil Rights Division of the Department of Justice are prosecuting the case. The investigation in this matter is being conducted by FBI Agents in Memphis and Nashville ICE Agents in Memphis and Nashville, the Memphis Police Department, and the Nashville Metropolitan Police Department. World Relief, Catholic Charities, the Salvation Army, and the YWCA have assisted the victims and witnesses in this matter.

FBI Home Page            Memphis Home Page            Memphis Press Releases

ATTACHMENT #4

FOR IMMEDIATE RELEASE CRM
WEDNESDAY, DECEMBER 20, 2006 (202) 514-2008
WWW.USDOJ.GOV TDD (202) 514-1888

### ANCHORAGE MAN INDICTED ON SEX TRAFFICKING AND NARCOTICS-RELATED CHARGES

WASHINGTON – An Anchorage, Alaska, man has been indicted by a federal grand jury on charges of allegedly forcing underage and adult women to have sex with men in exchange for money, Assistant Attorney General Alice S. Fisher of the Criminal Division and U.S. Attorney Nelson P. Cohen for the District of Alaska announced today.

The 28-count superseding indicted returned by a federal grand jury in Alaska on Dec. 15, 2006, charges Don Arthur Webster Jr., aka "Jerry Starr," 49, with four counts of sex trafficking of a child using force, fraud or coercion, two counts of attempted sex trafficking of a minor using force, fraud or coercion, and five counts of sex trafficking of an adult using force, fraud or coercion. The superseding indictment was unsealed following a hearing in Anchorage today.

In addition, Webster was charged with various drug-related offenses, including three counts of distribution of cocaine base – commonly known as "crack" cocaine – to a pregnant woman, four counts of distribution of cocaine base to a child, and five counts of distribution of cocaine base. The charges are in addition to charges in the original indictment returned Nov. 14, 2006 – one count each of manufacturing, possessing with intent to distribute and maintaining a place to manufacture, distribute and use cocaine. The indictment includes two forfeiture counts, involving property located at 3411 Oregon Drive in Anchorage – one count based on property derived from proceeds of the crimes charged in the sex trafficking counts of the indictment and one count based on the drug trafficking charges.

"This indictment alleges a shocking pattern of sexual exploitation, threats of violence and drug trafficking by the defendant, all for his own financial gain," said Assistant Attorney General Alice S. Fisher of the Criminal Division. "The Department of Justice is deeply committed to the vigorous prosecution of predators who force young women into lives of prostitution and despair."

According to the indictment, Webster operated a number of businesses named Foxy Roxies, Sunshine Girls, American Beauties, Kotton Kandy, Tiffani's, Tickle Your Fancy, and Lickety Split in Anchorage. While these businesses purport to be "escort services" in which an individual would pay for another person's "time and company," the indictment charges that they were in fact fronts for Webster's illegal prostitution business.

Webster allegedly provided adult women and underage girls to engage in sex acts in exchange for money with men who called the escort service phone lines. The indictment describes Webster's prostitution business as operating on an "out call" basis, meaning that the females would meet the caller at his residence or at a hotel paid for by the caller. According to the indictment, the caller would pay a fixed hourly rate plus a transportation fee to have sex with the female who would meet him. Certain regular callers could request that the female meeting him provide him with illegal drugs, known as an "issue," for an additional fee. The female allegedly obtained the illegal drugs to give to the caller from Webster or someone acting at his direction.

As described in the indictment, when a female met a caller for sex, it was called "going on a date." The females allegedly were not allowed to keep any part of the money they collected in payment for the sex acts. Webster required them to turn over all of the money to him or to a designated representative, who would give him the money. After a female turned over her money, he or a designated representative allegedly would distribute an "issue" to the female, typically a gram of "crack" cocaine.

Webster is also accused of being physically violent with the females working for him, and allegedly would threaten them with harm if they disobeyed him or attempted to leave. The indictment further alleges that he would take possession of a female's personal property and identification when she moved into one of his residences.

If convicted, the defendant faces a maximum sentence of up to life in prison.

This case is being investigated by Federal Bureau of Investigation and the Anchorage Police Department. The prosecution is being handled by Assistant U.S. Attorney Audrey J. Renschen of the U.S. Attorney's Office for the District of Alaska and Trial Attorney Alexandra Gelber of the Child Exploitation and Obscenity Section of the

Justice Department's Criminal Division.

An indictment is merely a formal charge that a defendant has committed a violation of federal criminal laws. Every defendant is presumed innocent unless, and until, proven guilty.

### ###

Press Releases                Anchorage Home Page                FBI Home Page

ATTACHMENT #5



# Department of Justice

UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF MISSOURI

CATHERINE L. HANAWAY
United States Attorney

NEWS RELEASE

For further information: Call Public Affairs Officer Jan Diltz at (314) 539-7719

November 16, 2006
For Immediate Release

## FLORIDA MAN SENTENCED TO PRISON ON CONSPIRACY CHARGES INVOLVING AN INTERNET ESCORT SERVICE

St. Louis, Missouri: Vincent Sansone was sentenced to 30 months in prison on conspiracy and racketeering charge involving his Coral Springs, Florida, based internet escort service, United States Attorney Catherine L. Hanaway announced today.

Sansone operated an escort service, Window of Elegance Escorts (WOE), located at his residence in Coral Spring Florida and had a web site www.windowofelegance that facilitated and promoted the escort service. WOE was actually an internet-based prostitution enterprise that offered "erotic escorts" and claimed, "We service all major U.S. Cities and abroad." Escorts kept 60% of the proceeds plus tips. The escorts typically charged between $300 and $400 per hour.

Sansone placed "adult employment" advertisements in the Broward-Palm Beach Times seeking "Females Elegant & Intelligence for our Upscale Clientele to Travel" and "A Well Established Professional Service is looking for beautiful female companion to travel. Earn $1000 to $2000 per day." Window of Elegance Escorts also recruited escorts via an on-line employment application, which could be emailed to them. Sansone employed more than 30 escorts who resided in the U.S. and Canada. One escort resided outside of North America.

The escorts traveled throughout the United States, including Missouri, Florida, Massachusetts, Washington, D.C., Wisconsin, North Carolina, Ohio, Michigan, New York, Minnesota and Maryland, as well as other locations.

On March 23, 2006, Sansone, via telephone, arranged for an undercover police officer to meet an escort at the Renaissance Hotel at the St. Louis airport. Between November 2005 and March 2006, three separate escorts mac five trips to St. Louis.

VINCENT SANSONE, pled guilty in August to one felony count of conspiracy to entice an individual to travel interstate to engage in prostitution and one felony count of racketeering; use of a cellular phone with intent to promote and facilitate the prostitution. He appeared today for sentencing before United States District Judge E. Richard Webber.

Hanaway commended the investigative work of the Federal Bureau of Investigation and the St. Louis County Polic Department. Assistant United States Attorney Howard J. Marcus handled the case for the U.S. Attorney's Office.

St. Louis Home Page                St. Louis Press Releases

ATTACHMENT #6



# United States Attorney's Office District of Connecticut
## Press Release

**March 23, 2006**       **MULTI-COUNT INDICTMENT CHARGES 10 FOR INVOLVEMENT IN HARTFORD-AREA PROSTITUTION RING**

Kevin J. O'Connor, United States Attorney for the District of Connecticut, today announced that a federal grand jury sitting in Hartford has returned a 56-count Indictment against 10 individuals on various charges related to their involvement in a Hartford-area prostitution ring. The Indictment alleges that women were forced to work as prostitutes by means of violence, threats and coercion. The Indictment was returned on March 15 and was unsealed yesterday, March 22, during court proceedings.

The Indictment alleges that DENNIS PARIS, also known as "Rahmyti," age 33 (DOB 7/10/72), formerly of Trolley Crossing Lane, Middletown, Connecticut; RONALD MARTINEZ, age 38 (DOB 6/27/67), of 43 Caya Avenue, Apartment 302, West Hartford, Connecticut; and BRIAN FORBES, age 41 (DOB 5/22/64), of 48 Nixon Avenue, Naugatuck, Connecticut, operated prostitution businesses and used cellular telephones to promote their businesses by, among other things, making appointments for customers ("johns") with their prostitutes ("girls"), and communicating with their drivers and with each other. PARIS and MARTINEZ are alleged to have concealed their prostitution businesses by calling them "escort services," which were then advertised in area newspapers and telephone book yellow pages. PARIS and MARTINEZ are alleged to have collected money from johns, either in cash or by use of credit cards.

The Indictment alleges that PARIS and MARTINEZ paid male employees ("drivers") to transport girls to the johns' homes or motel rooms. The Indictment alleges that PARIS employed ANTONIO DOVE, also known as "Dontell Dove," also known as "Tone," age 35 (DOB 6/27/70), of 209 Miller Way, Windsor, Connecticut; JEROME HARGROVE, also known as "June," age 27 (DOB 3/5/79), of 50 Spencer Street, Windsor; and WARREN WILLIAMS, also known as "Jameek," age 38 (DOB 10/17/67), of 48 Amy Drive, East Hartford, Connecticut; to work as drivers for his prostitution business. The Indictment alleges that MARTINEZ employed CHRISTOPHER FANNING, age 31 (DOB 10/13/74), of 43 Caya Avenue, Apartment 302, West Hartford; KAZIMIERZ SULEWSKI, also known as "Kaz," age 28 (DOB 8/26/77), of 81 Speno Ridge, Rocky Hill, Connecticut; and STEVEN TANUIS, age 26 (DOB 6/25/79), of 25 Dix Avenue, New Britain, Connecticut, to work as drivers for his prostitution business.

The Indictment further alleges that MARTINEZ operated Liberty Bail Bonds of Connecticut, LLC, which he used at various times to promote his prostitution business by bonding girls out of jail and requiring then to work off the bond through prostitution, and that TANUIS was also an employee of Liberty Bail Bonds.

The Indictment alleges that PARIS and MARTINEZ assisted each other's prostitution business by sharing girls as needed. FORBES, who is alleged to have forced girls to work for him as prostitutes by means of violence, threats and coercion, assisted PARIS' prostitution business by selling two girls, Jane Doe 1 and Jane Doe 2, to PARIS for $1200 each. PARIS then forced the girls to work for him and MARTINEZ.

Specifically, the Indictment charges PARIS, MARTINEZ, FORBES, DOVE, HARGROVE, WILLIAMS, FANNING, SULEWSKI, TANUIS and SHANAYA HICKS, also known as "Toni," age 23 (DOB 4/11/82), of Hartford, with conspiracy to use an interstate facility to promote prostitution, which carries a maximum term of imprisonment of five years and a fine of up to $250,000.

The Indictment charges PARIS, FORBES and HICKS each with two counts of sex

trafficking by force fraud or coercion, which carries a maximum term of imprisonment of life and a fine of up to $250,000 on each count.

The Indictment charges PARIS with 14 counts, MARTINEZ with 20 counts, and SULEWSKI with three counts of using an interstate facility to promote, manage and carry on prostitution, which carries a maximum term of imprisonment of five years and a fine of up to $250,000 on each count.

The Indictment charges PARIS with four counts and MARTINEZ with five counts of money laundering, which carries a maximum term of imprisonment of 20 years and a fine of up to $500,000 on each count.

Finally, the Indictment charges MARTINEZ with eight counts and SULEWSKI with three counts of violating the Mann Act, which prohibits the transporting of an individual in interstate or foreign commerce with intent that such individual engage in prostitution, or in any sexual activity. This charge carries a maximum term of imprisonment of 10 years and a fine of up to $250,000 on each count.

"The charges revealed in this indictment reveal that prostitution is not a victimless crime," U.S. Attorney O'Connor stated. "This indictment alleges that women were treated as slaves, and transported not only around the Hartford area, but across state lines, to commit sexual acts against their will and under the threat of violence. The federal penalties for sex trafficking are severe, and we will prosecute this case vigorously."

PARIS has been in state custody since his arrest on unrelated charges in February 2005. Each of the other defendants have been arrested and presented in U.S. District Court. FORBES and HICKS are currently detained and have hearings scheduled for 2:00 p.m. today before United States Magistrate Judge Donna F. Martinez in Hartford. HARGROVE and SULEWSKI are detained and have hearings scheduled for Monday, March 27. MARTINEZ, DOVE, WILLIAMS, FANNING, TANUIS have been released on bond.

U.S. Attorney O'Connor stressed that an indictment is only a charge and is not evidence of guilt. Each defendant is entitled to a fair trial at which it is the Government's burden to prove guilt beyond a reasonable doubt.

U.S. Attorney O'Connor commended the work of the federal task force that has been investigating this matter. The task force consists of the Federal Bureau of Investigation, the Internal Revenue Service - Criminal Investigation, the United States Postal Inspection Service, the Hartford Police Department and the Windsor Police Department. The case is being prosecuted by Assistant United States Attorney James G. Genco.

FBI Home Page | Press Releases | Privacy Policy | New Haven Home Page

ATTACHMENT #7



**United States Attorney**
**Southern District of New York**

---

FOR IMMEDIATE RELEASE    CONTACT:    U.S. ATTORNEY'S OFFICE
JANUARY 6, 2006                                    HERBERT HADAD, MEGAN GAFFNEY,
                                                              HEATHER TASKER, BRIDGET KELLY
                                                              PUBLIC INFORMATION OFFICE
                                                              (212) 637-2600

## OWNERS, OPERATORS, AND EMPLOYEES OF LARGE-SCALE PROSTITUTION AND MONEY LAUNDERING BUSINESS PLEAD GUILTY

MICHAEL J. GARCIA, United States Attorney for the Southern District of New York, and MARTIN E. FICKE, Special Agent in Charge of the New York City office of United States Immigration and Customs Enforcement, announced today that ten defendants have entered guilty pleas to various charges arising from a federal investigation into a lucrative interstate prostitution and money laundering business.  The investigation focused on the activities of a Manhattan-based escort service operating under several names, including "New York Elites" and "Exotica 2000" ("New York Elites/Exotica 2000"), which generated approximately $13.5 million in revenues over the last four years.

According to court documents, from at least 2000 through April 2005, New York Elites/Exotica 2000 was owned and operated by ELENA TROCHTCHENKOVA and RADY ABDEL SALEM ABBASSY, a/k/a "Rody Alexander," and it presented itself on the Internet as an "adult escort agency" that offered "discrete and professional" services for its clients.  In reality, however, the service offered by New York Elites/Exotica 2000 was simply sex in exchange for money.  Relying largely on the Internet to attract clients, New York Elites/Exotica 2000's website posted sexually suggestive photographs and descriptions of its escorts and promised its customers a wide variety of experiences.  Customers interested in a particular escort could either submit a reservation request online or call New York Elites/Exotica 2000. After the client underwent a background check, an appointment was scheduled with an escort.  Many of the escorts featured on New York Elites/Exotica 2000's web site were foreign nationals.  In addition, many of the escorts featured on New York Elites/Exotica 2000's web site were prominent adult film actresses.  Hourly rates for an escort ranged from at least $500 to $1,500 or higher for an adult film "star."

According to court documents, New York Elites/Exotica 2000's web site advertised that "All of our girls travel," and

offered to arrange trysts with its escorts in locations outside of New York.  In addition, New York Elites/Exotica 2000 also regularly arranged "tours" for its prostitutes in other cities in the United States such as Boston, Hoboken, Philadelphia, Miami, Chicago, Detroit, and Scottsdale, Arizona.  New York Elites/Exotica 2000 also arranged for tours of its more prominent prostitutes in foreign countries as well, including Germany and the United Kingdom.  New York Elites/Exotica 2000 typically arranged for the travel of its escorts through an Internet travel agency such as Hotwire.com.

According to court documents, in order to promote the carrying on of their prostitution business as well as to conceal the source of their illegal proceeds, TROCHTCHENKOVA and ABBASSY set up multiple front companies with separate bank accounts that were used to receive cash and credit card charges from clients, and to pay prostitutes and the other employees of New York Elites/Exotica 2000.  Among the front companies were "Royal Papyrus, Inc.," "The Fortunate 500, Inc.," "London Fox and Associates, Inc.," and "Ce Soir, Inc."  During the roughly four-year period covered in the Indictment, New York Elites/Exotica 2000 received through its various front companies approximately $13.5 million in identifiable revenues.  Some of this money was subsequently used to pay for a home owned by TROCHTCHENKOVA, as well as to fund a Brooklyn restaurant owned by TROCHTCHENKOVA and ABBASSY.

TROCHTCHENKOVA pled guilty on December 30, 2005, to five felony charges, including transporting individuals and persuading individuals to travel for the purpose of engaging in prostitution, conspiring to do so, and conspiring to commit, as well as committing, money laundering.  TROCHTCHENKOVA faces a maximum term of imprisonment of 75 years on these charges, as well as other penalties, including a term of supervised release, fines, and forfeiture of her criminally-derived property.

ABBASSY, a citizen of Egypt, pled guilty on January 5, 2006, to two felony charges, including conspiring to commit money laundering and illegal re-entry into the United States.  ABBASSY faces a maximum term of imprisonment of 40 years on these charges, as well as other penalties, including a term of supervised release and fines.

In addition to TROCHTCHENKOVA and ABBASSY, eight other defendants — VALERIE HAIRSTON, NANCY KHAJA, DANA COLLESAR, VERA NGWA, JENNIFER MOORE, CHERIE BOOKER, FELICIA GORDON, and LONTINA BRADFORD — who, according to court documents, worked at New York Elites/Exotica 2000 answering telephone calls, processing payments, and scheduling sessions between clients and escorts - have all pled guilty to the misdemeanor offense of aiding and abetting the hiring of aliens who were unauthorized to work in the United States.

2

Mr. GARCIA praised ICE and its agents in New York for its efforts in this long-term investigation.

Assistant United States Attorneys BENJAMIN GRUENSTEIN and W.S. WILSON LEUNG are in charge of the prosecution.

06-003                    ###

ATTACHMENT #8



**United States Attorney's Office District of Connecticut**
**Press Release**

January 12, 2005

**OWNER OF HARTFORD'S ALPHA CLUB PLEADS GUILTY**

Kevin J. O'Connor, United States Attorney for the District of Connecticut, announced that ANGELA MOUTSATSOS, age 49, the former owner of the *Alpha Leisure & Health Club, Inc.*, located at 156A Franklin Avenue, Hartford, Connecticut, pleaded guilty today to conspiracy to use interstate facilities to promote prostitution, money laundering and conspiracy to smuggle bulk cash into the United States. On March 30, 2004, a federal grand jury sitting in Hartford returned a 38-count indictment against MOUTSATSOS. In proceedings today before United States Magistrate Judge Donna F. Martinez in Hartford federal court, MOUTSATSOS pleaded guilty to three counts of the Indictment.

According to documents filed with the Court and to statements made in court, between 1996 and 2002, MOUTSATSOS was an employee or officer of the Alpha Club, and in 2002 she took control of, and became the principal owner of, the Alpha Club. Although the Alpha Club advertised and promoted itself to be a health club offering massages and other health services, it was, in fact, a house of prostitution in which women performed sexual acts for customers in exchange for money. Between 1998 and October 2003, the Alpha Club received approximately $5.3 million in gross receipts, and as of October 2003, had a "membership" (customer) list of more than 4,600 individuals.

MOUTSATSOS admitted today that, between 1996 and 2003, the Alpha Club accepted credit card charges with VISA, Mastercard, and other credit cards, as payment for prostitution services. These payments generally included a "house fee" of $40 for 30 minutes, $50 for 45 minutes and $60 for one hour. The prostitute was then paid a "tip" in an amount at least equal to the house fee, and often more than that amount. If the prostitute's fee was charged to a credit card, she would receive that payment in cash, less a 6% deduction, from the Alpha Club at the end of her shift.

MOUTSATSOS further admitted that from approximately March 2001 through approximately March 2002, she conspired with others to smuggle bulk cash into the United States from Switzerland. Specifically, on or about March 19, 2001, MOUTSATSOS and another individual traveled from Connecticut to Geneva, Switzerland, where several thousand dollars in cash were withdrawn from a bank account. Several boxes containing the cash were then shipped back to the U.S. MOUTSATSOS and others failed to disclose to the delivery agents or in United States Customs declarations that the boxes contained bulk cash, each in excess of $10,000.

As a condition of her guilty plea, MOUTSATSOS has agreed to forfeit to the Government $346,104.

"The U.S. Attorney's Office and our federal law enforcement partners will continue to assist the Hartford police in rooting out illegal activity in all of Hartford's neighborhoods," U.S. Attorney O'Connor stated.

When she is sentenced by Chief United States District Judge Robert N. Chatigny on April 8, 2005, MOUTSATSOS faces up to five years of imprisonment and a $250,000 fine on the count of conspiracy to use interstate facilities to promote prostitution, up to 20 years of imprisonment and a $500,000 fine for the money laundering count, and up to five years of imprisonment and a $250,000 fine on the conspiracy to smuggle bulk currency.

In related cases, on March 17, 2004, Gail Gaer of Newington, Connecticut, admitted that she owned and operated the Alpha Club between 1976 and 2002, and pleaded guilty to conspiring to use an interstate facility to promote prostitution, money laundering, and conspiring to smuggle bulk currency into the United States. On March 18, 2004, Reed Jaffe of Rocky Hill, Connecticut, pleaded guilty to conspiring to smuggle bulk currency into the United States. On March 23, 2004, Josephine Ramondetta of Bristol, Connecticut, admitted that she worked as a manager and supervisor at the Alpha Club from 1997 to 2003, and pleaded guilty to conspiring to use an interstate facility to promote prostitution. Gaer, Jaffe and Ramondetta await sentencing.

This investigation has been conducted by Special Agents of the Federal Bureau of Investigation and Internal Revenue Service - Criminal Investigation, and by detectives from the Vice Squad of the Hartford Police Department. These cases are being prosecuted by Assistant United States Attorney James G. Genco.

CONTACT:     **U.S. ATTORNEY'S OFFICE**
Tom Carson
(203) 821-3722
thomas.carson@usdoj.gov

Home • Privacy Policy • Legal Policies and Disclaimers • USAO Homepage • Department of Justice • USA.gov • Project Safe Neighborhoods • PSN Grants • www.regulations.gov

ATTACHMENT #9



*Office of the United States Attorney*
*District of Arizona*

# PRESS RELEASE

**FOR IMMEDIATE RELEASE**
**December 17, 2001**

For Information Contact Public Affairs
Mike Johns (602) 514-7566

## ESCORT SERVICE OWNER SENTENCED
## ON TAX CHARGES

**PHOENIX, ARIZONA** - The United States Attorney's Office for the District of Arizona announced that JAMES R. McCAHILL, 64, of Scottsdale, Arizona, was sentenced today before U.S. District Court Judge Paul G. Rosenblatt on charges of federal income tax evasion, a felony, in violation of Title 26, United States Code, Section 7201.

JAMES R. McCAHILL, who pled guilty in October to two counts of income tax evasion involving the years 1995 and 1996, was sentenced to 15 months in prison, followed by three years of supervised probation.

McCAHILL, and another individual, BARBARA FURRY, 57, also of Scottsdale, were indicted on March 31, 1999, on various charges relating to the operation of numerous escort services, many of which were located at 4040 East McDowell Road in Phoenix. According to the indictment, during the period from 1992 to 1998, McCAHILL and FURRY opened various bank accounts to process credit card transactions, obtained escort service licenses from the city of Phoenix, and hired escorts knowing that the escorts would engage in prostitution activities. Dates would be arranged wherein escorts were paid in cash or credit card for sexual services.

2

Proceeds from these prostitution activities were then processed by banks throughout the United States and subsequently transferred into bank accounts in their names.

According to the plea agreement, JAMES R. McCAHILL failed to report the escort services' income on his 1995 and 1996 federal tax returns and attempted to evade taxes of $22,128 for those years.

McCAHILL faced a maximum sentence on these tax evasion counts of five years in prison, fines of $250,000, or both.

BARBARA FURRY's sentencing before Judge Rosenblatt is scheduled for January 7, 2002.

This investigation was conducted by special agents of the Phoenix Field Offices of IRS Criminal Investigation and the FBI. The prosecution was handled by Michael Kemp, Assistant United States Attorney, District of Arizona, Phoenix.

Release No. 2001-153

#### #

ATTACHMENT #10



*Office of the United States Attorney*
*District of Arizona*

# PRESS RELEASE

**FOR IMMEDIATE RELEASE**
**April 8, 2002**

For Information Contact Public Affairs
Mike Johns (602) 514-7566

# ESCORT SERVICE OWNER SENTENCED ON FEDERAL TAX CHARGES

**PHOENIX, ARIZONA** - The United States Attorney's Office for the District of Arizona announced that BARBARA FURRY, 57, of Scottsdale, Arizona, was sentenced today before U.S. District Court Judge Paul G. Rosenblatt on charges of federal income tax evasion, a felony, in violation of Title 26, United States Code, Section 7201.

BARBARA FURRY, who pleaded guilty in October 2001 to three tax evasion counts involving the years 1995, 1996, and 1997, was sentenced to five months of imprisonment followed by three years of supervised release.

FURRY and her business partner, JAMES R. McCAHILL, 64, also of Scottsdale, were indicted on March 31, 1999, on various charges relating to the operation of their numerous escort services, many of which were located at 4040 East McDowell Road in Phoenix. According to the indictment, during the period from 1992 to 1998, FURRY and McCAHILL opened various bank accounts to process credit card transactions, obtained escort service licenses from the city of Phoenix, and hired escorts knowing that the escorts would engage in prostitution activities. Dates would be arranged wherein escorts were paid in cash or credit card for sexual services.

Proceeds from these prostitution activities were then processed by banks throughout the United

(MORE)

2

States and subsequently transferred into bank accounts in their names.

According to the plea agreement, FURRY failed to report income from the escort services that she operated for the years 1995, 1996, and 1997, and attempted to evade federal taxes of $39,629 on this income by dealing extensively in cash and concealing or destroying many of the business records and receipts that were maintained.

FURRY faced a maximum sentence on these tax evasion counts of five years in prison, a fine of $250,000, or both.

JAMES R. McCAHILL, who also pleaded guilty in October 2001 has already been sentenced.

This investigation was conducted by special agents of the Phoenix Field Offices of IRS Criminal Investigation and the Federal Bureau of Investigation.  The prosecution was handled by Michael Kemp, Assistant United States Attorney, District of Arizona, Phoenix, Arizona.

RELEASE NUMBER:        2002-076

# # #