**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

              PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

              DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-GK

NOTICES OF UNAVAILABILITY OF DEFENDANT'S COUNSEL

PLEASE TAKE NOTICE that Defendant's undersigned counsel will be in Florida in hearings November 5, 2007, through November 9, 2007, and respectfully requests that no hearings be set in this matter during that week.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon William R. Cowden, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this October 22, 2007.

                                            **MONTGOMERY BLAIR SIBLEY**
                                            Counsel for Defendant
                                            1629 K Street, Suite 300
                                            Washington, D.C. 20006
                                            202-508-3699
                                            202-478-0371 Fax

                                            By:  /s/ Montgomery Blair Sibley
                                                   Montgomery Blair Sibley
                                                   D.C. Bar #464488