UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

          PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

          DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-GK

MOTION TO SEAL PORTION OF HEARING

Defendant, Deborah Jeane Palfrey, by and through her undersigned counsel, moves this Court for an order sealing that portion of the October 22, 2007, hearing relating to *ex parte* applications made by Defendant to the Court pursuant to LCrR 17.1.

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon William R. Cowden, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this October 22, 2007.

          MONTGOMERY BLAIR SIBLEY
          Counsel for Defendant
          1629 K Street, Suite 300
          Washington, D.C. 20006
          202-508-3699
          202-478-0371 Fax

          By:  /s/ Montgomery Blair Sibley
                Montgomery Blair Sibley
                D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

    DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-GK

ORDER ON DEFENDANT'S MOTION TO SEAL PORTION OF HEARING

Upon consideration of Defendant's Motion to Seal Portion of Hearing, and the Court being fully advised in the premises, it is:

ORDERED that the portion of the October 22, 2007, hearing relating to *ex parte* applications made by Defendant to the Court pursuant to LCrR 17.1 is hereby sealed until further order of this Court.

DATED: October \_\_\_, 2007

_____
The Honorable Gladys Kessler
United States District Judge

Copies:    Counsel of Record