UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Criminal No. 07-46 (GK) |
| DEBORAH JEANE PALFREY, | : | |
| Defendant. | : | |

**FILED**

OCT 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

ORDER

A Status Conference was held in this case on October 22, 2007. Defendant requested leave to file material that she contends supports her claim of selective prosecution, but which is protected by the Protective Order in this case. Upon consideration of the representations of counsel, as well as the entire record herein, it is hereby

**ORDERED** that, no later than *October 29*, 2007, Defendant shall file *ex parte* the additional material in support of Defendant's claim of selective prosecution; and it is further

**ORDERED** that an evidentiary hearing on Defendant's Motion to Suppress Evidence Obtained from her Home [Dkt. No. 85] shall be held on **February 8, 2007, at 10:00 a.m.**

Oct. 22, 2007
DATE

Gladys Kessler
GLADYS KESSLER
U.S. DISTRICT JUDGE

**Copies to:** attorneys on record via ECF