UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

        DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-GK

ORDER ON DEFENDANT'S MOTION TO SEAL PORTION OF HEARING

FILED
OCT 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    Upon consideration of Defendant's Motion to Seal Portion of Hearing, and the Court being fully advised in the premises, it is:

    ORDERED that the portion of the October 22, 2007, hearing relating to *ex parte* applications made by Defendant to the Court pursuant to LCrR 17.1 is hereby sealed until further order of this Court.

DATED: October 22, 2007

                                        Gladys Kessler
                                The Honorable Gladys Kessler
                                United States District Judge

Copies:    Counsel of Record