UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (GK) |
| | : | |
| v. | : | |
| | : | |
| DEBORAH JEANE PALFREY, | : | |
| also known as "Jeane Palfrey," | : | |
| also known as "Julia," | : | |
| also known as "Pamela Martin," | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO MODIFY ORDER (DKT. NO. 142)**

The United States, by and through it attorney, the United States Attorney for the District of Columbia, respectfully herewith files this unopposed motion to modify the Court's Order of October 22, 2007 (Dkt. No. 142). That Order required defendant to "file *ex parte* the additional material in support of [her] claim of selective prosecution[.]" The government, for two reasons, requests that the Order be modified to provide that defendant shall file the materials under seal, with a copy to the government, not *ex parte*.[1] First, the Stipulated Protective Order simply requires the filing of pleadings covered by that Order under seal. *See* Dkt. No. 51 at ¶¶ 4-5. The purpose of the Protective Order is to protect against undue disclosure beyond the government, which a filing under seal accomplishes. Second, the government cannot respond to defendant's additional materials if they are *ex parte*, but can if they are simply under seal.

Today, government counsel communicated with defense counsel, Montgomery Blair Sibley, who did not object to this motion, that is, he believed that the pleading should be under seal, not

---

[1] Government counsel recognizes that, at the hearing yesterday, when defense counsel said he did not want to violate the protective order, it was government counsel that suggested that he could file any materials *ex parte*. Government counsel should have used the phrase, as discussed below, under seal.

*ex parte*.

Wherefore, for the foregoing reasons, the government moves this Honorable Court to modify the October 22, 2007 Order.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. Bar No. 498610

        / s /

        Daniel P. Butler
        D.C.  Bar No. 417178
        Catherine K. Connelly
        Mass.  Bar No. 649430
        Assistant United States Attorneys
        555 4th Street, N.W.
        (202) 353-9431, 616-3384, 307-0258
        Washington, D.C.  20530
        Daniel.Butler@usdoj.gov
        Catherine.Connelly2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 07-046 (GK) |
| | : | |
| v. | : | |
| | : | |
| **DEBORAH JEANE PALFREY,** | : | |
| *also known as* "Jeane Palfrey," | : | |
| *also known as* "Julia," | : | |
| *also known as* "Pamela Martin," | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

Upon consideration of the Government's Unopposed Motion to Modify Order (Dkt. No. 142), and for good cause shown, it is this _____ day of October, 2007, hereby

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that, no later than October 29, 2007, Defendant shall file under seal, with a copy to the government, the additional material in support of Defendant's claim of selective prosecution.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**Copies to:**  attorneys on record via ECF