UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (GK) |
| | : | |
| v. | : | |
| | : | **FILED** |
| DEBORAH JEANE PALFREY, | : | |
| *also known as* "Jeane Palfrey," | : | OCT 2 4 2007 |
| *also known as* "Julia," | : | |
| *also known as* "Pamela Martin," | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |
| Defendant. | : | |

## ORDER

Upon consideration of the Government's Unopposed Motion to Modify Order (Dkt. No. 142), and for good cause shown, it is this 24th day of October, 2007, hereby

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that, no later than October 29, 2007, Defendant shall file under seal, with a copy to the government, the additional material in support of Defendant's claim of selective prosecution.

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**Copies to:** attorneys on record via ECF