# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

           PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

           DEFENDANT.

_____/

**CRIMINAL CASE NUMBER: 07-046-GK**

**DEFENDANT'S NOTICE OF WAIVING RIGHT TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO MODIFY THE POST-INDICTMENT ASSET RESTRAINING ORDER**

Defendant Deborah Jeane Palfrey, by and through her undersigned counsel, hereby gives notice of waiving her right to file a reply to the government's opposition to Defendant's Motion to Modify the Post-Indictment Asset Restraining Order as she can add nothing more by replying to the government's opposition. Accordingly, Defendant requests that the Court promptly determine the motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon William R. Cowden, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this October 31, 2007.

MONTGOMERY BLAIR SIBLEY
Counsel for Defendant
1629 K Street, Suite 300
Washington, D.C. 20006
202-508-3699
202-478-0371 Fax

By:  /s/ Montgomery Blair Sibley
      Montgomery Blair Sibley
      D.C. Bar #464488

1