## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | **Criminal Case No. 07-46 (GK)** |
| | : | |
| DEBORAH JEANE PALFREY, | : | FILED |
| | : | |
| Defendant. | : | OCT 3 1 2007 |

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

### ORDER

This matter, having come on to be heard on Defendant's Motion to Seal Defendant's *Ex Parte* Motion to Expedite Consideration of *Ex Parte* Motions, and the Court being fully advised in the premises, it is this 31st day of October, 2007, hereby

**ORDERED**, that Defendant's Motion is **granted**. The Clerk is directed to seal from government or public view Defendant's *Ex Parte* Motion to Expedite Consideration of *Ex Parte* Motions until further order of this Court.

Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**