UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 07-46 (GK) |
| DEBORAH JEANE PALFREY, | : |
| Defendant. | : |

FILED
NOV 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This case is before the Court on Defendant's Second Motion to Bar Assistant United States Attorneys Daniel Pearce Butler, Catherine K. Connelly, William Rakestraw Cowden from Further Involvement in this Matter [Dkt. No. 114]. Upon consideration of Defendant's Motion, the Government's Opposition, Defendant's Reply, and the entire record herein, it is hereby

**ORDERED** that Defendant's Second Motion to Bar Assistant United States Attorneys Daniel Pearce Butler, Catherine K. Connelly, William Rakestraw Cowden from Further Involvement in this Matter [Dkt. No. 114] is **denied** for lack of merit.

Nov. 6, 2007
DATE

/s/ Gladys Kessler
GLADYS KESSLER
U.S. DISTRICT JUDGE

**Copies to:** attorneys on record via ECF