UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (GK) |
| v. | : | |
| DEBORAH JEANE PALFREY, | : | |
| Defendant. | : | |

**MOTION FOR AUTHORIZATION TO DELAY DISCLOSURE OF WITNESS'
NAME AS REQUIRED BY THE COURT'S OCTOBER 18, 2007 ORDER AND
ACCOMPANYING MEMORANDUM OPINION (DKT NOS. 136 AND 137)**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Motion for Authorization to Delay Disclosure of Witness' Name as Required by the Court's October 18, 2007 Order and Accompanying Memorandum Opinion. In support of this motion, the government states as follows:

On October 18, 2007, pursuant to defendant's motion, the Court ordered the government to disclose to defendant's attorney the name of the witness ("Jane Doe") referenced in an August 16, 2007 WTOP radio interview. Dkt. Nos. 137 (Order) and 136 at 9-10 (accompanying Memorandum Opinion). Shortly thereafter, Jane Doe's attorney advised the government that he was going to file a motion to intervene. On November 7, 2007, the attorney did file an Expedited Motion to Intervene and Motion for a Protective Order. See Jane Doe v. United States, Misc. No. 07-460 (GK).[1]

Given the pendency of the Motion to Intervene and for a Protective Order, the government is reluctant to provide Jane Doe's name to defense counsel until that motion has been heard and resolved by the Court. The government, however, does not wish to be in non-compliance with the Court's October 18, 2007 Order. As such, the government is seeking leave from the Court to delay

---

[1]  The government has filed a similar Motion for Authorization to Delay Disclosure in Jane Doe v. United States, Misc. No. 07-460 (GK).

disclosure of Jane Doe's name until the Motion to Intervene and for a Protective Order has been resolved. The government notes that trial in this matter is still at least three months away, thus defendant will suffer no harm from a brief delay of the disclosure of Jane Doe's name. Furthermore, the government has been informed that Jane Doe's attorney and defendant's attorney have engaged in discussions on this matter.[2]

WHEREFORE, the United States respectfully requests that this Court issue an Order granting authorization for the government to delay disclosure of the witness' name until the resolution of the above-referenced motion in Jane Doe v. United States, Misc. No. 07-460 (GK). A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
DC Bar No. 498610

/ s /   *Daniel P. Butler/Catherine K. Connelly*
_____
Daniel P. Butler
DC  Bar No. 417178
Catherine K. Connelly
Mass.  Bar No. 649430
Assistant United States Attorneys
555 4th Street, N.W.
(202) 353-9431, 616-3384
Washington, D.C.  20530
Daniel.Butler@usdoj.gov
Catherine.Connelly2@usdoj.gov

---

[2] The government left a message this morning for defense counsel requesting that he inform the government as to whether he opposes this motion. Defense counsel has not responded to that message.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-046 (GK)** |
| | : | |
| v. | : | |
| | : | |
| **DEBORAH JEANE PALFREY,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Government's Motion for Authorization to Delay Disclosure of Witness' Name as Required by the Court's October 18, 2007 Order and accompanying Memorandum Opinion, and the record herein, it is hereby

**ORDERED** that the Government's Motion is **GRANTED**. The government is authorized to delay disclosure of the identity of the "Jane Doe" witness pending the resolution of the Expedited Motion to Intervene and Motion for Protective Order filed in <u>Jane Doe v. United States</u>, Misc. No. 07-460 (GK).

_____  　　　　　　　　　　　_____
DATE  　　　　　　　　　　　　　　　　　GLADYS KESSLER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**Copies to attorneys of record via ECF**