# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

                DEFENDANT.

_____/

**CRIMINAL CASE NUMBER: 07-046-GK**

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR AUTHORIZATION TO DELAY DISCLOSURE OF WITNESS' NAME**

Defendant Deborah Jeane Palfrey, by and through her undersigned counsel, responds to the Government's Motion for Authorization to Delay Disclosure of Witness' Name [D.E.#162], and states:

## I.    THE GOVERNMENT INTENTIONAL OMISSION OF FACTS TO THE COURT

The government states to this Court: "On October 18, 2007, pursuant to defendant's motion, the Court ordered the government to disclose to defendant's attorney the name of the witness ("Jane Doe") referenced in an August 16, 2007 WTOP radio interview. Dkt. Nos. 137 (Order) and 136 at 9-10 (accompanying Memorandum Opinion). Shortly thereafter, Jane Doe's attorney advised the government that he was going to file a motion to intervene. On November 7, 2007, the attorney did file an Expedited Motion to Intervene and Motion for a Protective Order. *See Jane Doe v. United States*, Misc. No. 07-460 (GK)."

What the government intentionally omits is:

- On October 30, 2007, as the government had failed to comply with the Court's order of October 18, 2007, Defendant's Counsel made written demand for the ordered *Brady* disclosure.

1

- As a result, the government contacted Jane Doe's attorney and asked him to file the motion to delay disclosure. ("Counsel for Jane Doe was contacted late last week and informed of the Court's decision and the government's requirement to provide the name of Jane Doe." (November 7, 2007, Jane Doe's Motion to Intervene, ¶1).

Thus, though the government knew of the Court's order on October 18, 2007, it waited until Defendant demanded compliance before alerting Jane Doe's counsel of the Court's order in an attempt to delay and deride this Court's order.

Plainly, if the government had a legitimate concern for Jane Doe, it should have alerted her counsel on October 18th of the Court's ruling, if not before. Instead, seeking to delay this matter and avoid the significant ramifications of its *Brady* violation, the government has enlisted Jane Doe's counsel to attack the fully briefed and decided order of this Court on this issue.

Simply put, how long is this Court going to indulge the wrongful behavior of the government in this case? Misrepresentations were made concerning the "harm" to witnesses if the telephone records were released, but then no witnesses could be found. Defendant's civil suit has been stayed upon similar representations to the Court, and shortly it will be revealed that no such evidence existed.

Now, the proof of a significant *Brady* violation is about to surface, and the government is treating this Court's order as an aspiration, rather that the compulsory process it is. Moreover, it is implying that Jane Doe's counsel initiated the motion, when in fact the government did through him.

Defendant respectfully demands meaningful sanction of the government for this prevarication and delay in these proceedings and the immediate release of Jane Doe's identity.

2

## II.    PUBLIC RELEASE OF JANE DOE'S IDENTITY

Notwithstanding the government's behavior – and their failure to contact undersigned counsel prior to filing its motion –  Defendant has no objection to the entry of a protective order directing that Jane Doe's identity be kept confidential by Defendant pending further order of the Court.

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Daniel Butler, William Cowden, and Catherine Connelly, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this November 10, 2007.

> **MONTGOMERY BLAIR SIBLEY**
> Counsel for Defendant
> 1629 K Street, Suite 300
> Washington, D.C. 20006
> 202-508-3699
> 202-478-0371 Fax
>
> By:  /s/ Montgomery Blair Sibley
>        Montgomery Blair Sibley
>        D.C. Bar #464488

3