UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (GK) |
| | : | |
| v. | : | |
| | : | |
| DEBORAH JEANE PALFREY, | : | |
| | : | |
| Defendant. | : | |

**FILED**
NOV 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

## ORDER *[proposed]*

Upon consideration of the Government's Motion for Authorization to Delay Disclosure of Witness' Name as Required by the Court's October 18, 2007 Order and accompanying Memorandum Opinion, and the record herein, it is hereby

**ORDERED** that the Government's Motion is **GRANTED**. The government is authorized to delay disclosure of the identity of the "Jane Doe" witness pending the resolution of the Expedited Motion to Intervene and Motion for Protective Order filed in <u>Jane Doe v. United States</u>, Misc. No. 07-460 (GK).

Nov. 12, 2007
DATE

_Gladys Kessler_
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**Copies to attorneys of record via ECF**