UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (GK) |
| | : | |
| v. | : | |
| | : | **FILED** |
| DEBORAH JEANE PALFREY, | : | NOV 1 2 2007 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

ORDER MODIFYING POST-INDICTMENT
ASSET RESTRAINING ORDER

**WHEREAS,** on March 22, 2007, this Court issued an Order directed at DEBORAH JEANE PALFREY, and at her agents, servants, employees, attorneys, family members and those persons in active concert or participation with her, and those persons, financial institutions, or other entities who have any interest or control over property identified as forfeitable in the Indictment issued in this matter (the ""subject property"); and

**WHEREAS,** the March 22, 2007 Order restrained, enjoined, and prohibited defendant and those others listed in the Order, without prior approval of this Court and upon notice to the United States and an opportunity for the United States to be heard, from attempting or completing any action that would affect the availability, marketability or value of the subject property, including but not limited to selling, transferring, assigning, pledging, distributing, encumbering, wasting, secreting, depreciating, damaging, or in any way diminishing the value of, all or any part of their interest, direct or indirect, in the subject property; and

**WHEREAS,** the defendant has petitioned the Court to modify the March 22, 2007 Order in order to permit liquidation of all stock holdings in Dolby, Inc. (approximately 4,820 shares) and Expedia, Inc. (approximately 2000 shares) held in account number 6884-3186 at Charles

Schwab & Co.; and

WHEREAS, the United States consents to such liquidation under terms here proposed; it is hereby

ORDERED that the Clerk of the Court shall deliver two certified copies of this Order on counsel of record for the United States which shall cause a copy of this Order to be served promptly upon counsel for Charles Schwab & Co.; and it is

FURTHER ORDERED that within the next business day after receiving a copy of this Order, Charles Schwab and Co. shall sell all Dolby, Inc. and Expedia, Inc. stock held in account 6884-3186, and shall deposit the net sales proceeds (less any applicable sales commissions) into Deborah Jeane Palfrey's existing money market account where the proceeds are to be held, consistent with the terms of this Court's March 22, 2007 Order, pending further Order of this Court.

DONE this the 12th day of November, 2007.

_Gladys Kessler_
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**Copies via ECF to all counsel of record**