UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Case No. 07-46 (GK) |
| DEBORAH JEANE PALFREY, | : |
| Defendant. | : |

**FILED**
NOV 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This matter, having come to be heard on Defendant's *ex parte* Motion to Expedite Consideration of *ex parte* Motions, it is this 13th day of November, 2007, hereby

**ORDERED** that Defendant's Motion is **denied**. This Court will administer and manage its docket so as to provide fairness to <u>all</u> the many litigants with pending cases. If defense counsel could bring himself to file fewer Motions, they might be decided more quickly.

Nov. 13, 2007

Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**