UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (GK) |
| | : | |
| v. | : | |
| | : | |
| DEBORAH JEANE PALFREY, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE TO THE COURT AS TO WITNESS
IT INTENDS TO CALL AT THE HEARING ON NOVEMBER
28, 2007, IN RESPONSE TO THE COURT'S ORDER (DKT. NO. 153)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this notice of a witness it may call at the November 28, 2007, hearing. By Order issued November 1, 2007, the Court granted the defendant's request for a hearing on her motion to dissolve the temporary restraining orders. Dkt. No. 153 at 4. As part of that Order, the Court also required the government to identify witnesses it proposes to present at the evidentiary hearing on November 28, 2007, and the expected duration of their direct testimony. Id. at 4-5.

The government may call at the hearing one witness, that is, Postal Inspector John T. Terbrock of the United States Postal Inspection Service. The government expects that his direct testimony should be no more than twenty minutes.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY

    /s/ *Daniel P. Butler/Catherine K. Connelly*
    _____
    Daniel P. Butler
    DC Bar No. 417178
    Catherine K. Connelly
    Mass. Bar No. 649430
    Assistant United States Attorneys
    555 4th Street, N.W.
    (202) 353-9431, 616-3384
    Washington, D.C. 20530
    Daniel.Butler@usdoj.gov
    Catherine.Connelly2@usdoj.gov