UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

    DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-GK

DEFENDANT'S FIRST AMENDED WITNESS LIST FILED PURSUANT TO COURT ORDER OF NOVEMBER 1, 2007 [D.E.#153]

Defendant Deborah Jeane Palfrey, by and through her undersigned counsel and pursuant to the Court's Order of November 1, 2007 [D.E.#153], files this, her Witness List for the hearing set for November 28, 2007, in this matter:

| | WITNESS | EXPECTED LENGTH OF DIRECT EXAMINATION |
|---|---|---|
| 1. | Senator David Vitter | Fifteen (15) Minutes |
| 2. | Harlan Ullman | Fifteen (15) Minutes |
| 3. | Paula Neble | Fifteen (15) Minutes |
| 4. | William R. Cowden | Fifteen (15) Minutes |

Defendant reserves the right to supplement this list prior to the November 20, 2007, deadline for filing set by the Court.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Daniel Butler, William Cowden, and Catherine Connelly, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this November 16, 2007.

                                          **MONTGOMERY BLAIR SIBLEY**
                                          Counsel for Defendant
                                          1629 K Street, Suite 300
                                          Washington, D.C. 20006
                                          202-508-3699
                                          202-478-0371 Fax

                                    By:  /s/ Montgomery Blair Sibley
                                            Montgomery Blair Sibley
                                            D.C. Bar #464488