UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

    DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-GK

DEFENDANT'S MOTION FOR
TRANSPORTATION EXPENSES

    Defendant Deborah Jeane Palfrey, by and through her undersigned counsel, hereby moves this Court to authorize and direct the United States Marshal to make transportation arrangements designed to bring Ms. Palfrey from her home in California, to the next court date in the above captioned case, to return her at the conclusion of the hearing and reimburse Defendant for her related travel and subsistence expenses during that time, and for grounds in support states:

    The Court has set November 28, 2007, for a hearing in this matter. Ms. Palfrey has previously been determined to be financially indigent and to qualify for court appointed counsel. Pursuant to 18 U.S.C. § 4285, this Court may "direct the United States Marshal to arrange for [an indigent defendant's] means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required." Additionally, the United States Marshal has informed counsel that they will also pay for Ms. Palfrey's subsistence expenses while she is in the District of Columbia, if the Court's order so provides.

    In so much as Defendant and her new counsel have on November 13, 2007, received <u>new</u> and <u>significant</u> documents from the government, Defendant requests that she travel to Washington D.C. on November 24, 2007, with a mid-day departure from San Francisco and return to San

1

Francisco on Thursday, November 29, 2007, with a late afternoon departure, and that hotel arrangements for Defendant during her stay be made and paid for by the Marshal's service so that she has time to adequately confer with her counsel and review said documents.

Accordingly, Defendant requests that the Court enter the attached Order directing the United States Marshal to: (i) make appropriate arrangements for Defendant's travel and hotel stay for the hearing on November 28, 2007 at 10:00 a.m., and her return to California after her appearance and (ii) reimburse Defendant for her subsistence expenses.

Counsel for the government was consulted and has objected to the relief requested herein stating: "Mr. Sibley, if your client has retained counsel, then it is not clear that 18 U.S.C. Section 4285 applies. For that reason, we oppose this motion at least until her financial status is appropriately established to make it clear that this statute does in fact apply. Thanks, Dan Butler." A full copy of the emails between counsel is attached hereto.

Defendant maintains that under §4285, the inquiry is <u>not</u> whether Defendant has retained counsel – though it was disclosed to AUSA Butler that though retained, undersigned counsel has not been paid – but rather "when the interests of justice would be served thereby and the United States judge or magistrate judge is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own . . ." Accordingly, in so much as the Defendant's financial situation has only worsened during this fourteen (14) month ordeal, this Court should exercise its discretion and grant the relief requested herein.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Catherine Connelly, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this November 16, 2007.

                                            **MONTGOMERY BLAIR SIBLEY**
                                            Counsel for Defendant
                                            1629 K Street, Suite 300
                                            Washington, D.C. 20006
                                            202-508-3699
                                            202-478-0371 Fax

                                            By: __/s/ Montgomery Blair Sibley__
                                                  Montgomery Blair Sibley
                                                  D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

        DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-GK

ORDER ON DEFENDANT'S MOTION FOR TRANSPORTATION EXPENSES

Upon consideration of Defendant's motion for travel, and Defendant having shown that she is financially unable to provide the necessary transportation to appear before the Court, it is:

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the Defendant non-custodial transportation from San Francisco to Washington D.C. on November 24, 2007, with a mid-day departure from San Francisco and return to San Francisco on Thursday, November 29, 2007, with a late afternoon departure and that hotel arrangements for Defendant during her stay be made and paid for by the Marshal's service; and it is further

ORDERED that the United States Marshal shall accept for consideration of reimbursement all of Defendant's subsistence expenses incurred this trip to Washington D.C.

DATED: November ___, 2007

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Copies:    Counsel of Record

## Montgomery Sibley

**From:** Butler, Daniel (USADC) [Daniel.Butler@usdoj.gov]
**Sent:** Friday, November 16, 2007 11:32 AM
**To:** Montgomery Sibley
**Cc:** Connelly, Catherine (USADC); Cowden, William (USADC)
**Subject:** RE: Jeane's Travel for Hearing

Mr. Sibley, if your client has retained counsel, then it is not clear that 18 U.S.C. Section 4285 applies. For that reason, we oppose this motion at least until her financial status is appropriately established to make it clear that this statute does in fact apply.  Thanks, Dan Butler.

**From:** Montgomery Sibley [mailto:mbsibley@civilforfeiture.com]
**Sent:** Friday, November 16, 2007 11:10 AM
**To:** Butler, Daniel (USADC)
**Subject:** RE: Jeane's Travel for Hearing

Dan,

I am not representing Jeane under the CJA, as the Court would not appoint me. Hence, I am retained by Jeane.  My client is still indigent and as such she is "financially unable to provide the necessary transportation to appear before the required court" in the words of 18 U.S.C. Section 4285.  To my knowledge, her financial situation has only worsened since the seizure of all her assets in October 2006.

I guess you are obliquely trying to ask me if she has paid me any money in order for me to be her retained criminal counsel.  The answer is no.  Though my retainer agreement with her is confidential, I have not received any money to date from her to represent her in the criminal matter.

Yours,

Montgomery

> **From:** Butler, Daniel (USADC) [mailto:Daniel.Butler@usdoj.gov]
> **Sent:** 11/16/2007 11:00 AM
> **To:** Connelly, Catherine (USADC); Cowden, William (USADC); Montgomery Sibley
> **Subject:** RE: Jeane's Travel for Hearing
>
> Mr. Sibley, before we state a position on your proposed motion, we need to know the answer to two questions.  First, are you acting as a retained attorney, or under the CJA?  If the former, why is your client "financially unable to provide the necessary transportation to appear before the required court" in the word of 18 U.S.C. Section 4285?  Please let us know the answers to these questions.  Thanks, Dan Butler.
>
> **From:** Montgomery Sibley [mailto:mbsibley@civilforfeiture.com]

11/16/2007

**Sent:** Friday, November 16, 2007 9:11 AM
**To:** Butler, Daniel (USADC); Connelly, Catherine (USADC); Cowden, William (USADC)
**Subject:** Jeane's Travel for Hearing

## Montgomery Blair Sibley, Chartered
Attorney & Counselor at Law
Admitted to Practice: Florida, New York, District of Columbia
www.civilforfeiture.com

Greetings:

Please let me know your position on the draft attached motion so that I can accurately represent it to the Court when I file it later this afternoon.

Montgomery

| Maryland Office: | District of Columbia Office: |
|---|---|
| 50 West Montgomery Avenue | 1717 K Street, N.W. |
| Suite B-4 | Suite 600 |
| Rockville, Maryland 20850-4216 | Washington, D.C. 20036 |
| 301-251-5200 | 202-508-3699 |
| 202-478-0371 (E-Fax) | 202-478-0371 (E-Fax) |