UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NUMBER: 07-046-GK |
| PLAINTIFF, | DEFENDANT'S REPLY TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT WITH PREJUDICE BECAUSE THE GOVERNMENT FAILED TO FULFILL ITS OBLIGATION TO PRESENT "SUBSTANTIAL EXCULPATORY EVIDENCE" TO THE GRAND JURY |
| VS. | |
| DEBORAH JEANE PALFREY, | |
| DEFENDANT. | |
| _____/ | |

Defendant Deborah Jeane Palfrey, by and through her undersigned counsel, replies to the Government's Opposition to Defendant's Motion to Dismiss the Indictment with Prejudice Because the Government Failed to Fulfill its Obligation to Present "Substantial Exculpatory Evidence" to the Grand Jury, and for grounds in support states:

Plaintiff and Defendant do not disagree on the state of the law regarding presenting exculpatory evidence to the Grand Jury. *United States v. Williams*, 504 U.S. 36 (1992) controls. However, unless Defendant raises her objection to *United States v. Williams*, the issue would not be preserved for subsequent Supreme Court review if necessary. Federal Rules of Criminal Procedure, Rule 51(b). Preserving Claimed Error[1].

---

[1] "A party may preserve a claim of error by informing the court-when the court ruling or order is made or sought-of the action the party wishes the court to take, or the party's objection to the court's action and the grounds for that objection. If a party does not have an opportunity to object to a ruling or order, the absence of an objection does not later prejudice that party. A ruling or order that admits or excludes evidence is governed by Federal Rule of Evidence 103."

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon William R. Cowden, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this November 18, 2007.

                                      **MONTGOMERY BLAIR SIBLEY**
                                      Counsel for Defendant
                                      1629 K Street, Suite 300
                                      Washington, D.C. 20006
                                      202-508-3699
                                      202-478-0371 Fax

                                    By:  /s/ Montgomery Blair Sibley
                                          Montgomery Blair Sibley
                                          D.C. Bar #464488