UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

        DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-GK

DEFENDANT'S NOTICE OF WAIVING RIGHT TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S REQUEST FOR APPOINTMENT OF MAGISTRATE JUDGE FOR PRE-TRIAL MATTERS

    Defendant Deborah Jeane Palfrey, by and through her undersigned counsel, hereby gives notice of waiving her right to file a reply to the Government's Opposition to Defendant's Request for Appointment of Magistrate Judge for Pre-Trial Matters.

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon William R. Cowden, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this November 19, 2007.

        MONTGOMERY BLAIR SIBLEY
        Counsel for Defendant
        1629 K Street, Suite 300
        Washington, D.C. 20006
        202-508-3699
        202-478-0371 Fax

        By: /s/ Montgomery Blair Sibley
            Montgomery Blair Sibley
            D.C. Bar #464488