UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

        DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-GK

DEFENDANT'S NOTICE OF FILING SECOND AMENDED WITNESS LIST PURSUANT TO COURT'S ORDER OF NOVEMBER 1, 2007 [D.E.#153]

    Defendant Deborah Jeane Palfrey, by and through her undersigned counsel, hereby gives notice of filing her Second Amended Witness List Filed Pursuant to the Court's Order of November 1, 2007 [D.E.#153] attached hereto.

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Daniel Butler, William Cowden, and Catherine Connelly, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this November 20, 2007.

        MONTGOMERY BLAIR SIBLEY
        Counsel for Defendant
        1629 K Street, Suite 300
        Washington, D.C. 20006
        202-508-3699
        202-478-0371 Fax

        By: /s/ Montgomery Blair Sibley
            Montgomery Blair Sibley
            D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

    DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-GK

DEFENDANT'S SECOND AMENDED WITNESS LIST FILED PURSUANT TO COURT'S ORDER OF NOVEMBER 1, 2007 [D.E.#153]

  Defendant Deborah Jeane Palfrey, by and through her undersigned counsel and pursuant to the Court's Order of November 1, 2007 [D.E.#153], files this, her Second Amended Witness List for the hearing set for November 28, 2007, in this matter:

| | WITNESS | EXPECTED LENGTH OF DIRECT EXAMINATION |
|---|---|---|
| 1. | Senator David Vitter | Fifteen (15) Minutes |
| 2. | Harlan Ullman | Fifteen (15) Minutes |
| 3. | Paula Neble | Fifteen (15) Minutes |
| 4. | William R. Cowden | Fifteen (15) Minutes |
| 5. | Kathleen E. Voelker | Fifteen (15) Minutes |

  Defendant reserves the right to supplement this list prior to the November 20, 2007, deadline for filing set by the Court.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Daniel Butler, William Cowden, and Catherine Connelly, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this November 20, 2007.

      **MONTGOMERY BLAIR SIBLEY**
      Counsel for Defendant
      1629 K Street, Suite 300
      Washington, D.C. 20006
      202-508-3699
      202-478-0371 Fax

      By: /s/ Montgomery Blair Sibley
          Montgomery Blair Sibley
          D.C. Bar #464488