UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

    DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-GK

DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR TRANSPORTATION EXPENSES

Defendant Deborah Jeane Palfrey, by and through her undersigned counsel, replies to the government's opposition to her Motion for Transportation Expenses, and states:

While the government correctly states that this Court has the authority to re-visit the prior determination of Defendant's indigence – and Defendant is ready, willing and able to satisfy the Court to that end – what the government omits is the radical shift in their position regarding Defendant as a result of Defendant's aggressive posture in this matter.

On November 6, 2007, undersigned counsel – anticipating no objection to Defendant and his review of the original documents seized from Defendant's home[1] – prepared to request travel expenses for Defendant to travel to Washington, D.C. to review those documents. That preparation consisted in contacting the government by email on November 6, 2007, to inquire as to their position on such a travel request.

---

[1] Defendant's Motion to Modify the Stipulated Protective Order, filed 11/06/07, D.E.#156 pends before the Court at this time as the government has refused access to Defendant and her counsel to the original documents seized from Defendant's home, though Defendant's two prior counsel were allowed such access.

1

Notably, on the same day, AUSA Butler responded stating: "We do not object to your motion to travel which is discussed below." A copy of those emails are attached hereto. Moreover, on seven previous occasions the government did <u>not</u> object to Defendant's travel requests.

However now that Defendant has made several motions which put the careers of certain AUSAs potentially in jeopardy[2], the vindictiveness, pettiness and abuse of discretion of these AUSAs is laid bare by their mean motivated objection to Defendant's travel.

Accordingly, Defendant requests that the Court take note of this change in posture of the government and consider the motivation for their sudden change in position.

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Daniel Butler, William Cowden, and Catherine Connelly, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this November 20, 2007.

**MONTGOMERY BLAIR SIBLEY**
Counsel for Defendant
1629 K Street, Suite 300
Washington, D.C. 20006
202-508-3699
202-478-0371 Fax

By:  /s/ Montgomery Blair Sibley
      Montgomery Blair Sibley
      D.C. Bar #464488

---

[2] Defendant's Motion to Compel Disclosure and Renewed Motion to Bar AUSAs from Prosecuting this Action, filed 11/12/07, D.E.#166 and Defendant's Memorandum of Law in Support of Her Intended Ore Tenus Motion to Impose Sanctions on Plaintiff to Be Made at the November 28th Hearing, filed 11/16/07, D.E. #174.

# Montgomery Sibley

| | |
|---|---|
| **From:** | Butler, Daniel (USADC) [Daniel.Butler@usdoj.gov] |
| **Sent:** | 11/06/2007 6:17 PM |
| **To:** | Montgomery Blair Sibley; Connelly, Catherine (USADC); Cowden, William (USADC) |
| **Subject:** | RE: Jeane Palfrey travel |

Mr. Sibley, we do not object to your motion to travel which is discussed below.  Thanks, Dan Butler.

-----Original Message-----
From: Montgomery Blair Sibley [mailto:mbsibley@earthlink.net]
Sent: Tuesday, November 06, 2007 4:03 PM
To: Connelly, Catherine (USADC); Butler, Daniel (USADC); Cowden, William (USADC)
Subject: Jeane Palfrey travel

Greetings:

Jeane wants to travel this Friday, November 9th (noon/early afternoon) and return on Friday, November 16th (late afternoon) to D.C. to help prepare for the hearing on November 28.  Additionally, we hope to review the original documents seized from her home during that time frame as I have previously requested.

Please let me know your position so I can represent it in the motion to travel I want to file with the Court tomorrow.

yours,

Montgomery

Montgomery Blair Sibley, Chartered
Attorney & Counselor at Law
Admitted to Practice: Florida, New York, District of Columbia www.civilforfeiture.com
District of Columbia Office:
1717 K Street, N.W.
Suite 600
Washington, D.C. 20036
202-508-3699
202-478-0371 (E-Fax)