UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

        DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-GK

DEFENDANT'S MOTION TO PERMIT MATERIALS SUBJECT TO THE MAY 22, 2007, "STIPULATED DISCOVERY ORDER" [D.E. #49] TO BE PLACED IN THE PUBLIC RECORD

    Defendant Deborah Jeane Palfrey, by and through her undersigned counsel and pursuant to the May 22, 2007, "Stipulated Discovery Order" ("Order") [D.E. #49], hereby moves to permit materials subject to that Order to be placed in the public record during the hearing set for November 28, 2007, in this matter, and for grounds in support thereof states:

    1.    Paragraph 2 of the Order restrains from public disclosure any documents "produced by the United States to the Defendant". Paragraph 4 of the Order states: ". . . nothing in this Order shall be taken as limited or prejudicing either party from moving for and obtaining an Order from the District Court that would permit materials designated as subject to this Order to be placed on the public records during pretrial or trial proceedings . . ." Finally, Paragraph 6 states: "Nothing in this Order should be taken as limiting the right of any party to offer documents and information identified in accordance with paragraph 1 of this Order into the record in this action in redacted form that deletes individually identifying information and from which the identity or identities of individual persons cannot be determined."

    2.    Defendant desires to introduce three exhibits which are documents covered by the Order at the hearing set for November 28, 2007, which exhibits are attached hereto in redacted form

1

to comply with ¶6 of the Order. These documents are necessary to assist Defendant in establishing that her civil lawsuit has a legitimate purpose under 18 U.S.C. §1514(b)(1).

3. Last week by email, Defendant's counsel attempted to confer with the government to ascertain their position on this request, but as no response has been forthcoming and the hearing is less than a week away, Defendant is making this motion at this time.

WHEREFORE, Defendant requests an order permitting un-redacted copies of exhibits attached hereto to be placed in the public record during the hearing in this matter set for November 28, 2007.

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Daniel Butler, William Cowden, and Catherine Connelly, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this November 20, 2007.

**MONTGOMERY BLAIR SIBLEY**
Counsel for Defendant
1629 K Street, Suite 300
Washington, D.C. 20006
202-508-3699
202-478-0371 Fax

By: /s/ Montgomery Blair Sibley
　　Montgomery Blair Sibley
　　D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

    DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-GK

ORDER ON DEFENDANT'S MOTION TO PERMIT MATERIALS SUBJECT TO THE MAY 22, 2007, "STIPULATED DISCOVERY ORDER" [D.E. #49] TO BE PLACED IN THE PUBLIC RECORD

Upon consideration of Defendant's Motion to Permit Materials Subject to the May 22, 2007, "Stipulated Discovery Order" [D.E. #49] to be Placed in the Public Record, it is:

ORDERED that the motion is granted. Defendant may introduce into the public record unredacted copies of the documents attached as Exhibits to her Motion to Permit Materials Subject to the May 22, 2007, "Stipulated Discovery Order" [D.E. #49] to Be Placed in the Public Record.

DATED: November \_\_\_, 2007

_____
The Honorable Gladys Kessler
United States District Judge

Copies:    Counsel of Record

3



)1-MAR-04

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

        Group:    GLPU1071331

Oper:    VAT004                                Type:    LT-MN-EM

Request ID                                  Pod #   Amount
  146-19FEB0                        857     6,970.00/U

WF_05-0211417_2001--0000469ABU



$275.00

-------- THIS                                       BPOENA -------------
Group:        GLP01071331

Oper:    LXR002                                Type:        LT-CL
Request                                   #         Pod #    Amount
2  '1-19                              4376101               2,883.85/U

WF_05-0211417_2002--0000469A.

# NOTICE TO ALL EMPLOYEES AND INDEPENDENT CONTRACTORS

By agreeing to be associated with *Pamela Martin and Associates*, all employees/independent contractors are required to abide by the following rules promulgated by *Pamela Martin and Associates*, <u>*for the protection of all involved*</u>. Any violation of the following regulations could result in immediate termination:

1.) Each employee/independent contractor is required to be at least 21(twenty-one) years of age.

2.) Proof of U.S. citizenship or right to work must be provided and maintained at all times.

3.) The use of alchohol is strictly prohibited when working within the scope of any business activity.

4.) The use of illegal drugs will not be tolerated under any circumstances.

5.) Individuals caught performing illegal activities of any nature will be terminated.

Your signature indicates acknowledgement of having read this agreement and your agreement with all of its terms.

Therefore, your signature indicates an acceptance of the aforementioned policies.

**The Center for Forfeiture Law**
*National Litigation/Policy Law Firm*
**Montgomery Blair Sibley**
*Partner*
1629 K Street, Suite 300
Washington, D.C. 20006
202-508-3699
202-478-0371 Fax
E-Mail: mbsibley@civilforfeiture.com
URL: www.civilforfeiture.com

19/8/99
Date