UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
v. : Criminal Case No. 07-46 (GK)
:
DEBORAH JEANE PALFREY, :
:
Defendant. :

**FILED**
NOV 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the Government's Motion for a Court Order Requiring Compliance with Local Criminal Rule 57.7(b)(3) By All Attorneys Associated with the Prosecution and Defense, it is this 21st day of November, 2007, hereby

**ORDERED**, that the Motion is **granted**.

Nov. 21, 2007

Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**