UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
                           :
v.                         :    Criminal Case No. 07-46 (GK)
                           :
DEBORAH JEANE PALFREY,     :
                           :        **FILED**
Defendant.                 :
                                  NOV 2 1 2007

                                NANCY MAYER WHITTINGTON, CLERK
                    **ORDER**       U.S. DISTRICT COURT

Upon consideration of Defendant's Motion for Travel, it this 21st day of November 21, 2007, hereby

ORDERED, that the Motion is **denied as moot**.

Nov. 21, 2007

                                    Gladys Kessler
                                    United States District Judge

Copies via ECF to all counsel of record