UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :     CRIMINAL NO. 07-046(GK)
                                   :
            v.                     :
                                   :     **FILED**
DEBORAH JEANE PALFREY,             :
                                   :     NOV 2 1 2007
            Defendant.             :
                                   :     NANCY MAYER WHITTINGTON, CLERK
_____:            U.S. DISTRICT COURT

### ORDER

The Court having considered the Motion to Quash Subpoena filed by Kathleen E. Voelker, Counsel for Paula Neble, and the assertion of attorney-client privilege on behalf of Ms. Neble, it is hereby

ORDERED, that the Motion to Quash the subpoena issued to Ms. Voelker be granted.

__Nov. 21st, 2007__                __Gladys Kessler__
Date                               Gladys Kessler
                                   United States District Judge


Copies to:    Attorneys of record via ECF

              Kathleen E. Voelker
              Attorney at Law
              1776 K Street, NW, Suite 800
              Washington, DC  20006-2333
              kathleenvoelker@aol.com
              (202)835-2220