**FILED**

**NOV 21 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

    DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-GK

ORDER ON DEFENDANT'S MOTION TO COMPEL AUSA COWDEN TO APPEAR AT NOVEMBER 28TH HEARING

Upon consideration of Defendant's Motion to Compel AUSA Cowden To Appear At November 28th Hearing, it is:

*Motion is hereby denied as moot.*

ORDERED that the ~~AUSA Cowden shall appear at the hearing before this Court at 10:00 a.m. on November 28, 2007, in the above matter~~.

DATED: November 21, 2007

                                                                             THE HONORABLE GLADYS KESSLER
                                                                             UNITED STATES DISTRICT JUDGE

Copies:    Counsel of Record

1