UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              PLAINTIFF,<br><br>VS.<br><br>DEBORAH JEANE PALFREY,<br><br>              DEFENDANT.<br>_____/ | CRIMINAL CASE NUMBER: 07-046-GK<br><br>DEFENDANT'S APPLICATION FOR ISSUANCE OF SUBPOENAS AND PAYMENT OF COSTS AND FEES, OR, ALTERNATIVELY, FOR DEPOSITIONS FOR SUPPRESSION HEARING |

Defendant, Deborah Jeane Palfrey, by and through her undersigned counsel and pursuant to the Due Process Clause of the Fifth Amendment, the Compulsory Process Clause of the Sixth Amendment, and Federal Rules of Criminal Procedure, Rules 15 and 17(b), hereby applies for an order issuing subpoenas *ad testificandum* and *duces tecum* for the persons named below, and ordering that costs incurred by the process and the fees of the witnesses so subpoenaed shall be paid in the same manner in which similar costs and fees are paid for a witness subpoenaed on behalf of the government, or alternatively, that this Court permit depositions of these individuals, and for grounds in support thereof state:

I.   **BACKGROUND**

This Court has set an evidentiary hearing on February 8, 2008, upon Defendant's motion to suppress the evidence seized from her home.

Among the issues to be addressed at the hearing is the genesis of the handwritten note on the search warrant affidavit. Defendant contends that if the note were made by or at the direction of the

Magistrate-Judge who issued the search warrant, the search would be invalid.[1]

Seeking to expedite determination of this issue, Defendant requested from the government by letter dated November 7, 2007, a proffer as to the genesis of that handwritten note.[2]

Notably, the government has refused to make such a proffer.

Additionally, at the hearing the government has indicated that it is only going to call as a witness USPS Inspector Maria Couvillon. However, accompanying her at the application for the search warrant was USPS Inspector Joe Clark. The government has advised that Mr. Clark has retired from the USPS and will not reveal his location.

Finally, the original search warrant affidavit is on file in the Eastern District of California Court and the government does not intend to produce it at the suppression hearing.

## II.  SUBPOENAS REQUESTED

Accordingly, Defendant first requests a subpoena for United States Magistrate Judge Kimberly J. Mueller, of the Eastern District of California. Defendant recognizes that this is an unusual request. However, by including the handwritten note on the affidavit, a significant legal issue has been raised as to (i) who's handwriting that is, (ii) when it was added, and (iii) upon what

---

[1] . ("Deference to the magistrate is not boundless. . . . A magistrate failing to manifest that neutrality and detachment demanded of a judicial officer when presented with a warrant application' and who acts instead as 'an adjunct law enforcement officer' cannot provide valid authorization for an otherwise unconstitutional search." quoting *Lo-Ji Sales, Inc. v. New York*, 422 U.S. 319, 326-327 (1979))

[2] "As I am in the dark about the providence of the handwritten note on the search warrant affidavit, I must assume it was made by or at the direction of the Magistrate. Accordingly, unless you wish to make a satisfactory proffer regarding this issue, I must ask your position on seeking the deposition of the Magistrate pursuant to Fed.R.Crim.P. 15(h) prior to the suppression hearing." A copy of that letter is attached.

stimulus is was written. Clearly, as raised in the Defendant's Response, if the Magistrate Judge improperly coached the government agents to add additional information, then the search warrant was <u>not</u> issued by a "detached magistrate". Accordingly, Magistrate Judge Kimberly J. Mueller's attendance and testimony at the hearing is necessary and relevant.

Second, Defendant requests a subpoena for former USPS Inspector Joe Clark with directions to the government to provide his residence address which information is surely within the custody and control of the USPS as Mr. Clark is certainly getting pension checks from the USPS.

Last, Defendant requests a Subpoena Duces Tecum be issued to the Clerk of the United States District Court for the Eastern District of California for the original search warrant affidavit which is on file there. That original is necessary as review of the handwriting is critical to determining Defendant's motion and all copies are illegible.

### III.   ALTERNATIVELY DEFENDANT REQUESTS DEPOSITIONS

Alternatively, Defendant requests that depositions of United States Magistrate Judge Kimberly J. Mueller and USPS Inspector Joe Clark be taken in order to preserve their testimony for the hearing if they are otherwise not available to travel for the hearing.

### IV.   CONCLUSION

WHEREFORE, Defendant requests that her motion made herein be granted and pursuant to Rule 17(b) and (c) of the Federal Rules of Criminal Procedure, the attached subpoenas for the above-named persons be issued and delivered to the U.S. Marshal for service, and that costs incurred by the process and the fees of the witnesses so subpoenaed shall be paid in the manner in which similar costs and fees are paid in case of a witness subpoenaed on behalf of the government.

Alternatively, Defendant requests that the Court permit depositions of United States

Magistrate Judge Kimberly J. Mueller and USPS Inspector Joe Clark.

The government was consulted regarding the relief sought herein and would not consent to such relief.

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Daniel Butler, William Cowden, and Catherine Connelly, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this November 25, 2007.

> **MONTGOMERY BLAIR SIBLEY**
> Counsel for Defendant
> 1629 K Street, Suite 300
> Washington, D.C. 20006
> 202-508-3699
> 202-478-0371 Fax
>
> By:  /s/ Montgomery Blair Sibley
>         Montgomery Blair Sibley
>         D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

    DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-GK

ORDER FOR ISSUANCE OF SUBPOENA AND PAYMENT OF COSTS AND FEES

  Upon a reading of the application of the Defendant for issuance of subpoenas and payment of costs and fees; and Defendant having previously shown that she is not able to afford counsel or to pay costs and fees; and finding that Defendant has satisfactorily shown to the Court that the presence of the witnesses named above is necessary to an adequate defense:

  IT IS HEREBY ORDERED that pursuant to Rule 17(b) and (c) of the Federal Rules of Criminal Procedure, the attached subpoenas for the above-named persons be issued and delivered to the U.S. Marshal for service, and that costs incurred by the process and the fees of the witnesses so subpoenaed shall be paid in the manner in which similar costs and fees are paid in case of a witness subpoenaed on behalf of the government.

DATED this _____ day of _____, 2007.

                 _____
                 UNITED STATES DISTRICT JUDGE

cc: Counsel of record

# UNITED STATES DISTRICT COURT

DISTRICT OF Columbia

United States

v.

Jeane Palfery

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 07-046-GK

TO: Magistrate Judge Kimberly J. Mueller
United States Courthouse
501 "I" Street
Sacramento, 95814

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>333 Constitution Avenue, NW<br>Washington, D.C. 20001 | 26A |
| | DATE AND TIME |
| | 2/8/2008 9:30 am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All documents related to the issuance of a search warrant in 2:06-SW-0274 KJM filed in the U.S. District Court for the Eastern District of California.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Law Office of Montgomery Blair Sibley, Counsel for Defendant
1629 K Street, Suite 300
Washington, D.C. 20006 (202-508-3699)

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES   ☐ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____    _____
                              DATE                                    SIGNATURE OF SERVER

                                                                        _____
                                                                        ADDRESS OF SERVER

ADDITIONAL INFORMATION

# UNITED STATES DISTRICT COURT

DISTRICT OF **Columbia**

United States

v.

Jeane Palfery

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 07-046-GK

TO: Former USPS Inspector Joe Clark

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case.  This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>333 Constitution Avenue, NW<br>Washington, D.C. 20001 | 26A |
| | DATE AND TIME |
| | 2/8/2008 9:30 am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All documents related to the issuance of a search warrant in 2:06-SW-0274 KJM filed in the U.S. District Court for the Eastern District of California.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Law Office of Montgomery Blair Sibley, Counsel for Defendant
1629 K Street, Suite 300
Washington, D.C. 20006 (202-508-3699)

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO  AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  _____
                           DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

ADDITIONAL INFORMATION

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

# UNITED STATES DISTRICT COURT

DISTRICT OF　　　　Columbia

United States

v.

Jeane Palfery

**SUBPOENA IN A CRIMINAL CASE**

Case Number:　07-046-GK

TO: Clerk of Court
United States Courthouse
501 "I" Street
Sacramento, 95814

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>333 Constitution Avenue, NW<br>Washington, D.C. 20001 | 26A |
| | DATE AND TIME |
| | 2/8/2008 9:30 am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All documents related to the issuance of a search warrant in 2:06-SW-0274 KJM filed in the U.S. District Court for the Eastern District of California.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Law Office of Montgomery Blair Sibley, Counsel for Defendant
1629 K Street, Suite 300
Washington, D.C. 20006 (202-508-3699)

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | |
|---|---|
| **RECEIVED BY SERVER** DATE | PLACE |
| **SERVED** DATE | PLACE |
| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO  AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct. |
| Executed on _____   _____ <br> DATE                                SIGNATURE OF SERVER <br><br>                                          _____ <br>                                          ADDRESS OF SERVER |

ADDITIONAL INFORMATION

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)