UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

    DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-GK

DEFENDANT'S MOTION FOR
TRANSPORTATION EXPENSES

    Defendant Deborah Jeane Palfrey, by and through her undersigned counsel, hereby moves this Court to authorize and direct the United States Marshal to make transportation arrangements designed to bring Ms. Palfrey from her home in California, to Washington, D.C. in the above captioned case, to return her and reimburse Defendant for her related travel and subsistence expenses during that time, and for grounds in support states:

    At present there is <u>no</u> hearing in this matter until February 8, 2007. Ms. Palfrey has previously been determined to be financially indigent and to qualify for court appointed counsel. Pursuant to 18 U.S.C. § 4285, this Court may "direct the United States Marshal to arrange for [an indigent defendant's] means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required." Additionally, the United States Marshal has informed counsel that they will also pay for Ms. Palfrey's subsistence expenses while she is in the District of Columbia, if the Court's order so provides.

    In so much as Defendant and her new counsel have on November 13, 2007, received <u>new</u> and <u>significant</u> documents from the government, Defendant requests that she travel to Washington D.C. on Saturday, December 1, 2007, with a mid-day departure from San Francisco and return to San

Francisco on Wednesday, December 5, 2007, with a late afternoon departure, and that hotel arrangements for Defendant during her stay be made and paid for by the Marshal's service so that she has time to adequately confer with her counsel and review said documents.

Counsel for the government was previously consulted and objected to the same relief requested herein stating: "Mr. Sibley, if your client has retained counsel, then it is not clear that 18 U.S.C. Section 4285 applies. For that reason, we oppose this motion at least until her financial status is appropriately established to make it clear that this statute does in fact apply. Thanks, Dan Butler."

Defendant maintains that under §4285, the inquiry is <u>not</u> whether Defendant has retained counsel – though it was disclosed to AUSA Butler that though retained, undersigned counsel has not been paid – but rather "when the interests of justice would be served thereby and the United States judge or magistrate judge is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own . . ." Accordingly, in so much as the Defendant's financial situation has only worsened during this fourteen (14) month ordeal, this Court should exercise its discretion and grant the relief requested herein.

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Catherine Connelly, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this November 27, 2007.

                                             **MONTGOMERY BLAIR SIBLEY**
                                             Counsel for Defendant
                                             1629 K Street, Suite 300
                                             Washington, D.C. 20006
                                             202-508-3699
                                             202-478-0371 Fax

                                             By:  /s/ Montgomery Blair Sibley
                                                  Montgomery Blair Sibley
                                                 D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

        DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-GK

ORDER ON DEFENDANT'S MOTION FOR TRANSPORTATION EXPENSES

Upon consideration of Defendant's motion for travel, and Defendant having shown that she is financially unable to provide the necessary transportation, it is:

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the Defendant non-custodial transportation from San Francisco to Washington D.C. on Saturday, December 1, 2007, with a mid-day departure from San Francisco and return to San Francisco on Wednesday, December 5, 2007, with a late afternoon departure and that hotel arrangements for Defendant during her stay be made and paid for by the Marshal's service; and it is further

ORDERED that the United States Marshal shall accept for consideration of reimbursement all of Defendant's subsistence expenses incurred in this trip to Washington D.C.

DATED: November ___, 2007

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Copies:      Counsel of Record