UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
v. : Criminal Case No. 07-46 (GK)
:
DEBORAH JEANE PALFREY, :
:
Defendant. :

**FILED**
NOV 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

**ORDER**

Defendant has filed a Motion to Reconsider Order Cancelling November 28 hearing, or Alternatively, to Certify For Interlocutory Appeal and for Leave to Proceed *In Forma Pauperis*. The Court has carefully considered the arguments made by Defendant for reconsideration or, alternatively, certification for interlocutory appeal.

As to the Motion for Reconsideration, the Court concludes that the arguments presented by Defendant simply have no merit. In its Memorandum Order of November 21, the Court gave its reasoning and set forth its justifications for exercising its inherent authority.

As to the Motion to Certify for Interlocutory Appeal, that Motion is governed by 28 U.S.C. § 1292(b). In order to certify an action for an interlocutory appeal, the district judge must "be of the opinion that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation." There is simply no reason to believe that an immediate appeal from the Memorandum Order of November 21 would "materially advance the ultimate termination of the litigation." In addition, the November 21 Memorandum Order does not involve "a controlling question of law"; rather, it involves the exercise of the Court's discretion to prevent Defendant from

utilizing the more liberal discovery provisions in the Federal Rules of Civil Procedure to circumvent the more restrictive discovery provisions in the Federal Rules of Criminal Procedure. As the Court noted in its November 21 Memorandum Order, it was exercising its inherent authority to "manage [its] own affairs so as to achieve the orderly and expeditious disposition of cases,"[1] by maintaining the existing Protective Order restricting Defendant and her agents and attorneys from proceeding in Palfrey v. Nebel, Civil Action No. 07-0461 (GK).

**WHEREFORE**, it is this 27th day of November, 2007, hereby

**ORDERED,** that the Motion to Reconsider Order Cancelling November 28 Hearing, or Alternatively, to Certify for Interlocutory Appeal and for Leave to Proceed *In Forma Pauperis* is **denied**.

_____
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

---

[1] Link v. Wabash R. Co., 370 U.S. 626, 630-31 (1962).