CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 07-046 (JR) |
| | ) | |
| | ) | |
| DEBORAH JEANE PALFREY | ) | Category  B |
| | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>November 28, 2007</u> from <u>Judge Gladys Kessler</u> to <u>Judge James Robertson</u> by direction of the Calendar Committee.

(Related to 06cv1710)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:  Judge Kessler & Courtroom Deputy
     Judge Robertson & Courtroom Deputy
     Liaison, Calendar and Case Management Committee
     Criminal Case Processing Clerk
     U.S. Attorney—Judiciary Square Building, Room 5133
     Statistical Clerk