UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

    DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-JR

DEFENDANT'S EIGHTH MOTION FOR TRANSPORTATION EXPENSES

Defendant Deborah Jeane Palfrey, by and through her undersigned counsel, hereby moves this Court to authorize and direct the United States Marshal to make transportation arrangements designed to bring Ms. Palfrey from her home in California, to Washington, D.C. in the above captioned case for the status hearing set before this Court for December 14, 2007, to return her thereafter and reimburse Defendant for her related travel and subsistence expenses during that time, and for grounds in support states:

This Court has set a status hearing in this matter for December 14, 2007. Ms. Palfrey has previously been determined to be financially indigent and to qualify for court appointed counsel. Pursuant to 18 U.S.C. § 4285, this Court may "direct the United States Marshal to arrange for [an indigent defendant's] means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required." Additionally, the United States Marshal has informed counsel that they will also pay for Ms. Palfrey's subsistence expenses while she is in the District of Columbia, if the Court's order so provides.

Additionally, as Defendant and her new counsel have on November 13, 2007, received new and significant documents from the government, Defendant requests that she travel to Washington

1

D.C. on Wednesday, December 12, 2007, with a mid-day departure from San Francisco and return to San Francisco on Saturday, December 15, 2007, with a late afternoon departure, and that hotel arrangements for Defendant during her stay be made and paid for by the Marshal's service so that she has time to adequately confer with her counsel and review said documents.

Counsel for the government was previously consulted and objected to the same relief requested herein stating: "Mr. Sibley, if your client has retained counsel, then it is not clear that 18 U.S.C. Section 4285 applies. For that reason, we oppose this motion at least until her financial status is appropriately established to make it clear that this statute does in fact apply. Thanks, Dan Butler." Defendant maintains that under §4285, the inquiry is not whether Defendant has retained counsel – though it was disclosed to AUSA Butler that though retained, undersigned counsel has not been paid – but rather "when the interests of justice would be served thereby and the United States judge or magistrate judge is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own . . ."

Accordingly, in so much as the Defendant's financial situation has only worsened during this fourteen (14) month ordeal, this Court should exercise its discretion and grant the relief requested herein.

CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served pursuant to LcvR 5.4(d) upon Daniel Butler, William Cowden, and Catherine Connelly, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this December 4, 2007.

                        MONTGOMERY BLAIR SIBLEY
                        Counsel for Defendant
                        1629 K Street, Suite 300
                        Washington, D.C. 20006
                        202-508-3699
                        202-478-0371 Fax

                        By:  /s/ Montgomery Blair Sibley
                              Montgomery Blair Sibley
                              D.C. Bar #464488

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

          PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

          DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-JR

ORDER ON DEFENDANT'S EIGHTH MOTION FOR TRANSPORTATION EXPENSES

Upon consideration of Defendant's motion for travel, and Defendant having shown that she is financially unable to provide the necessary transportation to appear before the Court, it is:

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the Defendant non-custodial transportation from San Francisco to Washington D.C. on Wednesday, December 12, 2007, with a mid-day departure from San Francisco and return to San Francisco on Saturday, December 15, 2007, with a late afternoon departure and that hotel arrangements for Defendant during her stay be made and paid for by the Marshal's service; and it is further

ORDERED that the United States Marshal shall accept for consideration of reimbursement all of Defendant's subsistence expenses incurred this trip to Washington D.C.

DATED: December ___, 2007

_____
THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copies:    Counsel of Record