UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

          PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

          DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-JR

DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S EIGHTH MOTION FOR TRANSPORTATION EXPENSES

Defendant Deborah Jeane Palfrey, by and through her undersigned counsel, replies to the government's opposition to her eighth motion for transportation expenses and states:

While the government correctly states that this Court has the authority to re-visit the prior determination of Defendant's indigence – and Defendant is ready, willing and able to satisfy the Court to that end – what the government <u>omits</u> is the radical shift in their position regarding Defendant as a result of Defendant's aggressive posture in this matter.

On November 6, 2007, undersigned counsel – anticipating no objection to Defendant and his review of the original documents seized from Defendant's home[1] – prepared to request travel expenses for Defendant to travel to Washington, D.C. to review those documents. That preparation consisted in contacting the government by email on November 6, 2007, to inquire as to their position on such a travel request.

---

[1] Defendant's Motion to Modify the Stipulated Protective Order, filed 11/06/07, D.E.#156 pends before the Court at this time as the government has refused access to Defendant and her counsel to the original documents seized from Defendant's home, though Defendant's two prior counsel were allowed such access.

Notably, on the same day, AUSA Butler responded stating: "We do not object to your motion to travel which is discussed below." A copy of those emails are attached hereto. Moreover, on <u>seven</u> previous occasions the government did <u>not</u> object to Defendant's travel requests.

However now that Defendant has made several motions which put the careers of certain AUSAs potentially in jeopardy[2], the vindictiveness, pettiness and abuse of discretion of these AUSAs is laid bare by their mean motivated objection to Defendant's travel.

Additionally, this Court should note that the government has spend thousand of man-hours preparing this case over the last six (6) years, and would begrudge the Defendant the nominal sums to allow her to adequately prepare for her defense.

Finally, if this Court finds that 18 U.S.C. §4285 by its terms is an impediment to granting the relief requested herein, Defendant requests that the Court exercise its equitable powers to sanction the government for its obfuscatory behavior regarding the documents it is now only belatedly revealing by imposing a sanction of paying for Defendant's travel expenses to review those documents which were improperly withheld by the government.

Accordingly, in so much as the Defendant's financial situation has only worsened during this fourteen (14) month ordeal, this Court should exercise its discretion and grant the relief requested by this motion.

---

[2] Defendant's Motion to Compel Disclosure and Renewed Motion to Bar AUSAs from Prosecuting this Action, filed 11/12/07, D.E.#166 and Defendant's Memorandum of Law in Support of Her Intended Ore Tenus Motion to Impose Sanctions on Plaintiff to Be Made at the November 28th Hearing, filed 11/16/07, D.E. #174.

CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served pursuant to LcvR 5.4(d) upon Daniel Butler, William Cowden, and Catherine Connelly, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this December 6, 2007.

                                      **MONTGOMERY BLAIR SIBLEY**
                                      Counsel for Defendant
                                      1629 K Street, Suite 300
                                      Washington, D.C. 20006
                                      202-508-3699
                                      202-478-0371 Fax

                                    By: /s/ Montgomery Blair Sibley
                                            Montgomery Blair Sibley
                                            D.C. Bar #464488