UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Crim. Action No. 07-0046 (JR) |
| DEBORAH JEANE PALFREY, | : |
| Defendant. | : |

### ORDER

Defendant's motion for transportation expenses [Dkt. # 209] is **granted**. Pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the defendant travel expenses from her place of residence to Washington, D.C., and back as well as lodging and subsistence expenses in an amount not to exceed the Federal per diem allowance during her stay in the District of Columbia from December 12, 2007, and ending on December 15, 2007.

This one-time grant of defendant's motion is without prejudice to the government's objection to similar motions in the future. The "appropriate inquiry" contemplated by 18 U.S.C. § 4285 will be discussed at the hearing that is now set for December 14, 2007.

JAMES ROBERTSON
United States District Judge

cc: U.S. Marshal Service