UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

    DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-JR

DEFENDANT'S MOTION TO BE EXCUSED FROM APPEARANCE AT DECEMBER 14, 2007, HEARING

Defendant Deborah Jeane Palfrey, by and through her undersigned counsel, moves this Court for an order excusing her appearance at the status conference set for December 14, 2007, and for grounds in support states:

1.    Though this Court ordered that the Marshal's service provide lodging expenses during Defendant's stay in Washington, D.C., the Marshal's service has <u>refused</u> to do so, citing its internal regulations as justification. [D.E. #216]

2.    Accordingly, Defendant, who lives in California and remains indigent, cannot afford to travel to Washington D.C. for the hearing as she cannot afford to stay in a hotel during her time in Washington D.C.

3.    Though Defendant intends to take this refusal up with the Court after further consultation with the Marshal Service's counsel's office, given that the status hearing is only two days away, Defendant wanted to alert the Court of her forced unavailability for that hearing. In all events, Defendant's presence is not necessary for that status hearing, though she desires to be present.

4.    Defendant has consulted with AUSA Dan Bulter who does not oppose the relief

1

sought herein.

WHEREFORE, Defendant request leave not to appear at the status hearing set for December 14, 2007.

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served pursuant to LcvR 5.4(d) upon Daniel Butler, William Cowden, and Catherine Connelly, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this December 11, 2007.

                                                        **MONTGOMERY BLAIR SIBLEY**
                                                        Counsel for Defendant
                                                        1629 K Street, Suite 300
                                                        Washington, D.C. 20006
                                                        202-508-3699
                                                        202-478-0371 Fax

                                                        By:  /s/ Montgomery Blair Sibley
                                                              Montgomery Blair Sibley
                                                              D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

          PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

          DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-JR

ORDER ON DEFENDANT'S MOTION TO BE EXCUSED FROM APPEARANCE AT DECEMBER 14, 2007, HEARING

Upon consideration of Defendant's Motion to Be Excused from Appearance at December 14, 2007, Hearing, it is:

ORDERED that Defendant is excused from appearing at the hearing on December 14, 2007.

DATED: December ___, 2007

_____
THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copies:    Counsel of Record