**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

        DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-JR

NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO BE EXCUSED FROM APPEARANCE AT DECEMBER 14, 2007, HEARING

Defendant Deborah Jeane Palfrey, by and through her undersigned counsel, hereby withdraws her motion for an order excusing her appearance at the status conference set for December 14, 2007, as the Marshal's Service has, post-filing of the motion, reconsidered and is now providing hotel accommodations for Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served pursuant to LcvR 5.4(d) upon Daniel Butler, William Cowden, and Catherine Connelly, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this December 12, 2007.

        MONTGOMERY BLAIR SIBLEY
        Counsel for Defendant
        1629 K Street, Suite 300
        Washington, D.C. 20006
        202-508-3699
        202-478-0371 Fax

        By:  /s/ Montgomery Blair Sibley
            Montgomery Blair Sibley
            D.C. Bar #464488