UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

           PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

           DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-GK

NOTICE OF UNAVAILABILITY OF
DEFENDANT'S COUNSEL

PLEASE TAKE NOTICE that Defendant's undersigned counsel will be in Florida in hearings January 8, 2008, through January 11, 2008, and respectfully requests that no hearings be set in this matter during that week.

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served pursuant to LcvR 5.4(d) upon Daniel Butler, William Cowden, and Catherine Connelly, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this December 14, 2007.

           MONTGOMERY BLAIR SIBLEY
           Counsel for Defendant
           1629 K Street, Suite 300
           Washington, D.C. 20006
           202-508-3699
           202-478-0371 Fax

           By: /s/ Montgomery Blair Sibley
                Montgomery Blair Sibley
                D.C. Bar #464488