UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (JR) |
| v. | : | |
| DEBORAH JEANE PALFREY, | : | |
| Defendant. | : | |

**GOVERNMENT'S SUPPLEMENTAL AUTHORITY TO
ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION (DKT. NO. 214)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this supplemental authority to its opposition to defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction. See Dkt. #202 (defendant's motion); #214 (government's opposition, filed 12/6/07); #215 (defendant's reply); and #220 (defendant's amended reply). Defendant claims this Court lacks subject matter jurisdiction over her because the statute granting such jurisdiction allegedly was illegally passed by Congress. As was discussed in its prior opposition, defendant's motion is completely without merit and should be denied.

Since the government filed its opposition, the Seventh Circuit Court of Appeals issued an opinion that found a similar argument to be "unbelievably frivolous" and warranting court sanctions against the attorney who made the argument. United States v. Collins, __ F.3d __, 2007 WL 4355361 (7th Cir. Dec. 14, 2007). In Collins, the court, in relevant part, held that:

> Concerning Collins's appeal, we can be brief. Apart from a perfunctory and indeed frivolous attack on the sufficiency of the evidence, Collins's lawyer, M. Engin Derkunt of the Texas Bar, devotes his entire brief to arguing that Title 18 - the federal criminal code - is unconstitutional because of supposed irregularities in its enactment. We recently described an appeal in which Derkunt made the same argument on behalf of another client as "unbelievably frivolous." United States v. States, No. 06-2345, 2007 WL 2768906 (7th Cir. Sept. 24, 2007) (per curiam). We

affirm the judgment against his current client, without prejudice to the client's seeking post-conviction relief on the ground of ineffective assistance of counsel, and we order Derkunt to show cause why he should not be sanctioned for professional misconduct in this court. We are also sending a copy of this opinion to the Texas bar disciplinary authorities. His quixotic crusade - "Title 18: The U.S. Criminal Code-Void *ab initio*," www.nocriminalcode.us (visited Nov. 7, 2007) - is a profound disservice to his clients.

Id. at *1.

## Conclusion

For the reasons previously set forth in the government's opposition, as well as this supplemental authority, the United States respectfully requests that the Court summarily deny defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
DC Bar No. 498610

/ s / *Daniel P. Butler/Catherine K. Connelly*
Daniel P. Butler
DC  Bar No. 417178
Catherine K. Connelly
Mass.  Bar No. 649430
Assistant United States Attorneys
555 4th Street, NW
(202) 353-9431, 616-3384
Washington, D.C.  20530
Daniel.Butler@usdoj.gov
Catherine.Connelly2@usdoj.gov