UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NUMBER: 07-046-JR |
| PLAINTIFF, | |
| vs. | DEFENDANT'S NOTICE OF WITHDRAWAL OF HER *EX PARTE* MOTION TO HOLD MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH THIS COURT'S SUBPOENA |
| DEBORAH JEANE PALFREY, | |
| DEFENDANT. | |

Defendant, Deborah Jeane Palfrey, by and through her undersigned counsel, hereby gives notice of withdrawing her *Ex Parte* Motion to Hold Maryland Department of Public Safety and Correctional Services in Contempt of Court for Failing to Comply with this Court's Subpoena as compliance has now been received.

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of foregoing was served pursuant to CM/ECF upon Daniel Pearce Butler, Catherine K. Connelly and William Rakestraw Cowden, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 and U.S. Mail upon Deborah A. Hassan, Response Unit Manager P.O. Box 32708, Pikesville, Maryland 21282-2708 this December 21, 2007.

MONTGOMERY BLAIR SIBLEY
Counsel for Defendant
1629 K Street, Suite 300
Washington, D.C. 20006
202-508-3699
202-478-0371 Fax

By:  /s/ Montgomery Blair Sibley
     Montgomery Blair Sibley
     D.C. Bar #464488