UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

    DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-JR

DEFENDANT'S MOTION TO HOLD SENATOR DAVID VITTER AND RANDALL TOBIAS IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH THIS COURT'S SUBPOENAS

    Defendant, Deborah Jeane Palfrey, by and through her undersigned counsel and pursuant to 28 U.S.C. §1826 and Federal Rules of Criminal Procedure, Rule 17(g), move this Court for an order holding Senator David Vitter and Randall Tobias in contempt of Court and incarcerating Senator David Vitter and Randall Tobias until this Court's subpoenas are complied with, and for grounds in support states:

    1.    By this Court's order of November 13, 2007, the U.S. Marshal's service was directed to serve a subpoena duces tecum upon, among others, Senator David Vitter and Randall Tobias. The Vitter subpoena was served by consent upon his counsel, Hank Asbill, Dewey & LeBoeuf LLP, 1101 New York Avenue, N.W., Suite 1100, Washington, D.C. 20005, on December 13, 2007. Melanie Thompson of the U.S. Marshal's Service has indicated to undersigned counsel that Randall Tobias was also served, but the return of service on him has not yet made it back to be filed with the Court.

    2.    On December 14, 2007, this Court at a hearing orally entered its order temporarily granting motions to quash made by the government upon behalf of: Federal Bureau of Investigation, Department of State - Diplomatic Security Service, Internal Revenue Service Criminal Investigations

Division, United States Postal Inspection Service, Office of the Director of National Intelligence, Central Intelligence Agency, Defense Intelligence Agency, National Security Agency, United States Department of State - Bureau of Intelligence and Research, pending the completion of briefing by the parties.

4. Additionally, ABC News and Larry Flynt Productions, Inc. have each filed independent Miscellaneous actions in this Court seeking to quash the subpoenas upon them. Accordingly, Defendant is likewise waiting on the Court's rulings on these motions to quash once fully briefed.

5. As for Senator Vitter, his counsel Hank Asbill has indicated that his client has no documents responsive to the subpoena, but refuses to put that representation in writing signed by him. Additionally, Hank Asbill refuses to indicate what efforts were made by Senator Vitter to comply with the subpoena of his documents. Notably, no motion to quash was filed by Senator Vitter.

6. As for Randall Tobias, there has been no response from him.

7. Federal Rules of Criminal Procedure, Rule 17(g) states: "The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district." Moreover, 28 U.S.C. §1826(a) "Recalcitrant Witnesses" states:

> (a) Whenever a witness in any proceeding before or ancillary to any court or grand jury of the United States refuses without just cause shown to comply with an order of the court to testify or provide other information, including any book, paper, document, record, recording or other material, the court, upon such refusal, or when such refusal is duly brought to its attention, may summarily order his confinement at a suitable place until such time as the witness is willing to give

such testimony or provide such information. No period of such confinement shall exceed the life of- (1) the court proceeding, or (2) the term of the grand jury, including extensions, before which such refusal to comply with the court order occurred, but in no event shall such confinement exceed eighteen months.

8. Here, both Senator Vitter and Randall Tobias have refused to comply with the subpoenas issued by this Court.

WHEREFORE, Defendant request an order holding Senator Vitter and Randall Tobias in contempt of Court and incarcerating Senator Vitter and Randall Tobias until this Court's subpoenas are complied with.

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served pursuant to CM/ECF upon Daniel Butler, William Cowden, and Catherine Connelly, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530, by Email and Fax upon Hank Asbill, Attorney for Senator Vitter, Dewey & LeBoeuf LLP, 1101 New York Avenue, N.W., Suite 1100, Washington, D.C. 20005, and by U.S. Mail upon Randall Tobias, 1111 23rd St NW Apt 3A, Washington DC 20037-3319 this December 21, 2007.

**MONTGOMERY BLAIR SIBLEY**
Counsel for Defendant
1629 K Street, Suite 300
Washington, D.C. 20006
202-508-3699
202-478-0371 Fax

By: /s/ Montgomery Blair Sibley
    Montgomery Blair Sibley
    D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | CRIMINAL CASE NUMBER: 07-046-JR |
| VS. | ORDER ON DEFENDANT'S MOTION TO HOLD SENATOR DAVID VITTER AND RANDALL TOBIAS IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH THIS COURT'S SUBPOENAS |
| DEBORAH JEANE PALFREY, | |
| DEFENDANT. | |
| _____ / | |

Upon consideration of Defendant's Motion to Hold Senator David Vitter and Randall Tobias in Contempt of Court for Failing to Comply with this Court's Subpoenas, it is:

ORDERED that both Senator Vitter and Randall Tobias shall show cause before this Court on ___ day of _____, 200_, why both of them should not be held in Contempt of Court for Failing to Comply with this Court's Subpoena, and it is further,

ORDERED that as the Defendant is indigent, the U.S. Marshal's Service shall serve a copy of this Order upon Hank Asbill, Attorney for Senator Vitter, Dewey & LeBoeuf LLP, 1101 New York Avenue, N.W., Suite 1100, Washington, D.C. 20005, and by upon Randall Tobias, 1111 23rd St NW Apt 3A, Washington DC 20037-3319.

DATED: December ___, 2007

_____
THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE