**FILED**

DEC 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,      :
                                :
        v.                      : Crim. Action No. 07-0046 (JR)
                                :
DEBORAH JEANE PALFREY,          :
                                :
        Defendant.              :

### MEMORANDUM ORDER

This memorandum order addresses and resolves the following five motions.

1.  Defendant's Motion for Disclosure of Material Subject to the May 22, 2007, Stipulated Discovery Order to Be Placed in the Public Record [Dkt. # 188] is **denied as moot**.

2.  Defendant's Motion to Take Depositions or Issue Subpoenas [Dkt. # 199] is **denied**.

3.  In Defendant's Motion to Dismiss the Case for Lack of Subject Matter Jurisdiction, Palfrey contends that the bill passing this court's criminal jurisdiction statute, 18 U.S.C. § 3231, was not was not validly enacted and was not passed in identical form by both houses of Congress, thus violating the bicameralism requirement of the constitution. The motion [Dkt. # 202] is **denied**. See <u>Public Citizen v.</u> <u>United States District Court for the District of Columbia</u>, 486 F.3d 1342, 1343 (D.C. Cir.2007).

4.  Defendant's Motion for Reconsideration of the Motion to
    Compel [Dkt. # 217] is **denied as moot** in light of the oral
    order entered on December 14, 2007, making unredacted
    documents available to the defense.

5.  Defendant's Second Motion to Compel [Dkt. # 224] is **denied.**


                    JAMES ROBERTSON
            United States District Judge