UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

        DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-JR

DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO GOVERNMENT'S TRIAL MOTIONS

Defendant, Deborah Jeane Palfrey, by and through her undersigned counsel, moves for an order enlarging time for the Defendant to respond to the government's trial motions until ten (10) days after this Court determines the outstanding motion to suppress evidence, and for grounds in support states:

1.    Trial in this matter is presently set for April 7, 2008.

2.    The government has filed two motions directed to evidence at trial: (i) Government's Notice of Intent to Introduce Impeachment Evidence Pursuant to Fed. R. Evid. 609(b) (D.E. #233) and (ii) Government's Motion in Limine to Preclude Evidence, Comments, and Arguments to the Jury Regarding Defendant's Claim of Selective And/or Political Prosecution (D.E. #222).

3.    This Court has set for a hearing on January 28, 2008, an evidentiary hearing on Defendant's motion to suppress evidence.

4.    As a matter of legal economy, Defendant requests an enlargement of time to respond to the government's trial motions until ten (10) days after the Court determines the motion to suppress, which may well render the trial moot.

5.    Counsel for the government was consulted and they have responded that they oppose the motion.

WHEREFORE, for the reasons afore-said, Defendant requests an enlargement of time to respond to the government's trial motions until ten (10) days after the Court determines the motion to suppress.

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served pursuant to CM/ECF upon Daniel Butler, William Cowden, and Catherine Connelly, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this January 1, 2008.

> **MONTGOMERY BLAIR SIBLEY**
> Counsel for Defendant
> 1629 K Street, Suite 300
> Washington, D.C. 20006
> 202-508-3699
> 202-478-0371 Fax
>
> By:  /s/ Montgomery Blair Sibley
>         Montgomery Blair Sibley
>         D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

             PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

             DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-JR

ORDER ON DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO GOVERNMENT'S TRIAL MOTIONS

Upon consideration of the Defendant's Motion To Enlarge Time to Respond To Government's Trial Motions, the government's response and the Defendant reply, the motion is granted and it is hereby ordered as follows:

    A.    Defendant's response to the government's trial motion is enlarged until ten (10) days after the Court determines the pending motion to suppress.

    DONE AND ORDERED in Chambers, Washington, D.C. this ____ day of _____, 2008.

                                                          By: _____
                                                              United States District Judge

Copies to:

Counsel of record