UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Crim. Action No. 07-0046 (JR) |
| DEBORAH JEANE PALFREY, | : |
| Defendant. | : |

### ORDER

The Defendant's Fourth Motion to Dismiss the Indictment [Dkt. # 225] is **denied**.

_____
JAMES ROBERTSON
United States District Judge