UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

    DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-JR

DEFENDANT'S MOTION FOR A WRITTEN DECISION ON DEFENDANT'S FOURTH MOTION TO DISMISS THE INDICTMENT

Defendant, Deborah Jeane Palfrey, by and through her undersigned counsel, moves for a Written Decision on Defendant's Fourth Motion to Dismiss the Indictment, and for grounds in support states:

On January 4, 2008, this Court entered its order denying Defendant's Fourth Motion to Dismiss stating: "The Defendant's Fourth Motion to Dismiss the Indictment [Dkt # 225] is denied." [D.E. #243].

I.    THE COURT MUST STATE ITS ESSENTIAL FINDINGS ON THE RECORD

Federal Rules of Criminal Procedure, Rule 12 (d) stated: Ruling on a Motion. The court must decide every pretrial motion before trial unless it finds good cause to defer a ruling. The court must not defer ruling on a pretrial motion if the deferral will adversely affect a party's right to appeal. When factual issues are involved in deciding a motion, the court must state its essential findings on the record."

Here, indisputably, "factual issues" were involved as even a cursory review of the parties' memorandums reveal. As such, this Court must comply with Rule 12(d)'s mandate.

I.    THE COURT MUST DECLARE ITS *RATIO DECIDENDI*

The "touchstone of due process is protection of the individual against arbitrary

action of government." *Wolff v. McDonnell*, 418 U.S. 539, 558 (1974).

In *Black v. Romano* 471 U.S. 606 (1985), Justice Marshall in his concurrence wrote:

> the theme unifying these cases is that whether due process requires written reasons for a decision, or for a particular step in the decision making process, is, like all due process questions, to be analyzed under the three-factor standard set forth in *Mathews v. Eldridge*, 424 U.S. 319 (1976). When written reasons would contribute significantly to the "fairness and reliability" of the process by which an individual is deprived of liberty or property, *id.*, at 343, reasons must be given in this form unless the balance between the individual interest affected and the burden to the government tilts against the individual. *Id.*, at 335. Whether written reasons would make such a contribution in any particular case depends on a variety of factors, including the nature of the decision making tribunal, the extent to which other procedural protections already assure adequately the fairness and accuracy of the proceedings, and the nature of the question being decided. (Footnotes omitted.)

Here, an unarticulated "denial" appears "arbitrary". Morever, in the particularly under-developed body of law upon which Defendant's Fourth Motion to dismiss was premised, a written decision would "contribute significantly to the 'fairness and reliability' of the process by which an individual is deprived of liberty.

WHEREFORE, both Rule 12(d) and due process requires this Court give written reasons for its denial of Defendant's Fourth Motion to Dismiss.

CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served pursuant to CM/ECF upon Daniel Butler, William Cowden, and Catherine Connelly, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this January 11, 2008.

                                                **MONTGOMERY BLAIR SIBLEY**
                                                Counsel for Defendant
                                                1629 K Street, Suite 300
                                                Washington, D.C. 20006
                                                202-508-3699
                                                202-478-0371 Fax

                                      By:  /s/ Montgomery Blair Sibley
                                              Montgomery Blair Sibley
                                              D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

    DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-JR

ORDER ON DEFENDANT'S MOTION FOR A WRITTEN DECISION ON DEFENDANT'S FOURTH MOTION TO DISMISS THE INDICTMENT

Upon consideration of Defendant's Motion for a Written Decision on Defendant's Fourth Motion to Dismiss the Indictment, it is:

ORDERED that the motion is granted and the Court will issue its "written reasons for its denial of Defendant's Fourth Motion to Dismiss."

DATED: January ___, 2008

_____
THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copies:    Counsel of Record