**FILED**

JAN 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,          :
                                   :
        v.                         :   Crim. Action No. 07-0046 (JR)
                                   :
DEBORAH JEANE PALFREY,             :
                                   :
            Defendant.             :

### NOTICE TO PARTIES AND COUNSEL

1.      In a related miscellaneous action, American Broadcasting Companies, Inc., has filed a motion to quash the defendant's subpoena *duces tecum*. On consent motion of the parties, that motion has been unsealed. The Court will hear oral argument on the motion at the hearing scheduled for January 16, 2008, at 10:00am.

2.      At the December 14, 2007, status conference, counsel for defendant was directed to work with Pretrial Services in order to enable the inquiry into Ms. Palfrey's financial status that is necessary for further invocation of 18 U.S.C. § 3006A. It does not appear that this has happened. The Court expects the defendant to be present at the January 16 hearing.

3.      A number of *ex parte* filings have been made with the Court, some of which may not be appropriate for *ex parte*

resolution. These matters will be taken up at the January 16 hearing.

4.      Finally, the defendant is advised that email and other correspondence sent to court staff cannot be the basis of action by the Court. See LCrR 49.1(b).


_____
JAMES ROBERTSON
United States District Judge

- 2 -