**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

    PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

    DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-JR

**DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO OUTSTANDING MOTIONS AND FOR ACCESS TO THE COURT'S CM/ECF SYSTEM**

Defendant, Deborah Jeane Palfrey, *pro se*[1], moves for an order enlarging time for the Defendant to respond to the outstanding motions for twenty-one (21) days and for access to the Court's CM/ECF system, and for grounds in support states:

1. There are outstanding a number of pending motions which require of the Defendant the filing of opposition or replies which are or will be coming due within the next week.

2. Defendant requests an enlargement of time to file any required pleading of three (3) weeks so that she may orient herself to the various issues in the case and prepare and file the requisite pleadings.

3. Counsel for the government has been previously consulted and they have responded that they oppose any such enlargement of time.

4. Additionally, Defendant respectfully moves this Court for an order directing the Clerk of Court to provide to her a password for the Court's CM/ECF system so that she may file pleadings and timely receive orders and notices from the Court and the government. Defendant will be schooled in the workings of the CM/ECF system by her former counsel or will take the required

---

[1] This motion is being filed as a courtesy by her former Attrorney, Montgomery Blair Sibley, as Ms. Palfrey is traveling today and unfamilar with the filing system and requirements of responding to the pending matters.

course offered by the Clerk if necessary.

WHEREFORE, for the reasons afore-said, Defendant requests an enlargement of time and for access to the Court's CM/ECF system..

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served pursuant to CM/ECF upon Daniel Butler, William Cowden, and Catherine Connelly, Assistant United States Attorneys, Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this January 17, 2008.

> **MONTGOMERY BLAIR SIBLEY**
> For Defendant
> 1629 K Street, Suite 300
> Washington, D.C. 20006
> 202-508-3699
> 202-478-0371 Fax
>
> By:  /s/ Montgomery Blair Sibley
>         Montgomery Blair Sibley
>         D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.

DEBORAH JEANE PALFREY,

        DEFENDANT.

_____/

CRIMINAL CASE NUMBER: 07-046-JR

ORDER ON DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO OUTSTANDING MOTIONS AND FOR ACCESS TO THE COURT'S CM/ECF SYSTEM

Upon consideration of the Defendant's Motion To Enlarge Time to Respond To Outstanding Motions and For Access to The Court's CM/ECF System, the motion is granted and it is hereby ordered as follows:

    A.    Defendant's required oppositions and replies to outstanding motions is enlarged for twenty-one (21) days from today.

    B.    The Clerk of the Court is directed to provide a password to the Court's CM/ECF system for Defendant in this matter.

DONE AND ORDERED in Chambers, Washington, D.C. this \_\_\_\_ day of _____, 2008.

                                    By: _____
                                                   United States District Judge

Copies to:

Defendant
Counsel of record