UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (JR) |
| v. | : | |
| DEBORAH JEANE PALFREY, | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO ENLARGE
TIME TO RESPOND TO OUTSTANDING MOTIONS AND FOR
ACCESS TO THE COURT'S ELECTRONIC FILING SYSTEM (DKT. NO. 251)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this response to defendant's motion to enlarge time to respond to outstanding motions and for access to the court's electronic filing system.

**A. Factual Background**

1. On January 16, 2008, the Court granted defendant's request to discharge her attorney, Montgomery Blair Sibley, and to proceed in this case representing herself

2. On January 17, 2008, Mr. Sibley, on behalf of defendant filed a motion to enlarge time to respond to motions previously filed by the government.[1] Some of those responses are already past-due, but others are within the specified period for a response.

**B. Discussion**

Because defendant is proceeding to represent herself, and that self-representation just began yesterday, the government does not oppose an additional three weeks for her to respond to

---

[1] Mr. Sibley, in filing this pleading, falsely represents that the government "oppose[s] any such enlargement of time." Dkt. No. 251 at 1, ¶ 3. Mr. Sibley did not contact the government regarding *this* pleading and, as stated below, the government does not oppose this pleading. If Mr. Sibley would have simply contacted the government about its position on this motion, the government would have informed him he could file the motion as unopposed.

all motions pending as of this date.  Also, because defendant is now acting as her own attorney, the government does not oppose her having a password so she can access the court's electronic filing system.

### C. Conclusion

For the reasons given above, the United States respectfully does not oppose defendant's motion.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
DC Bar No. 498610

/ s / *Daniel P. Butler/Catherine K. Connelly*
Daniel P. Butler
DC  Bar No. 417178
Catherine K. Connelly
Mass.  Bar No. 649430
Assistant United States Attorneys
555 4th Street, NW
(202) 353-9431, 616-3384
Washington, D.C.  20530
Daniel.Butler@usdoj.gov
Catherine.Connelly2@usdoj.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Government's Response has been served by electronic mail upon defendant Deborah Jeane Palfrey at jeanepalfrey@sprynet.com, this 17th day of January, 2008.

/ s / *Daniel P. Butler/Catherine K. Connelly*
Daniel P. Butler
Catherine K. Connelly
Assistant United States Attorneys