UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**DEBORAH JEANE PALFREY**<br><br>    **Defendant.** | Criminal No. 07-46 (JR) |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties and counsel of record, please enter the appearance of Preston Burton, of the firm of Orrick, Herrington & Sutcliffe LLP, as court-appointed stand-by counsel for Defendant, Deborah Jeane Palfrey, who is appearing *pro se* in this matter.

Respectfully submitted,

_____/S/_____
Preston Burton, D.C. Bar No. 426378
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005
Telephone: 202-339-8400
Facsimile: 202-339-8500

January 22, 2008     *Stand-by Counsel for Deborah Jeane Palfrey*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Appearance was filed with the Clerk of the Court on the 22nd day of January, 2008, using the Court's electronic filing system, which will send notification of this filing to counsel for the United States.

In addition, counsel is sending a copy of this Notice to Deborah Jeane Palfrey, *pro se*, via electronic means. In consideration of Ms. Palfrey's privacy rights, counsel is not detailing her contact information in this Certificate.

/S/

_____
Preston Burton