FILED
JAN 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,          :
                                    :
        v.                          :   Crim. Action No. 07-0046 (JR)
                                    :
DEBORAH JEANE PALFREY,              :
                                    :
        Defendant.                  :

### ORDER

Defendant's motion to enlarge her time to respond to pending government motions [251] will be **granted**, and the motions hearing previously set for January 28, 2008, will be **re-set** to accommodate this extension and the schedule of newly-appointed standby counsel. The Clerk is directed to consult with Ms. Palfrey and with counsel and to re-set the motions hearing for February 25, 2008, or for a date as soon thereafter as practicable.

Defendant's motion for access to the Court's CM/ECF system [251] is **denied**. The filing and retrieval of documents on and from that system can be accomplished for her by standby counsel.

_____
JAMES ROBERTSON
United States District Judge