UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DEBORAH JEANE PALFREY, )<br>)<br>Defendant. ) | CRIMINAL NO. 07-046 (JR) |

**DEFENDANT DEBORAH JEANE PALFREY'S REPLY TO THE GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE SELF-AUTHENTICATING DOCUMENTS PURSUANT TO RULE 902(11)**

Deborah Jeane Palfrey, through court-appointed stand by counsel, respectfully submits this Reply to the Government's Notice of Intent to Introduce Self-Authenticating Documents Pursuant to Fed. R. Evid. 902(11) (the "Government Notice"). The government seeks to introduce evidence consisting of business records from various entities pursuant to Fed. R. Evid. 902(11). Rule 902(11) provides that documents admissible under Rule 803(b) are admissible without prior extrinsic evidence of authenticity if accompanied by a written declaration of its custodian or other qualified person, certifying that the record:

> **(A)** was made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;
> **(B)** was kept in the course of the regularly conducted activity; and
> **(C)** was made by the regularly conducted activity as a regular practice.

Fed. R. Evid. 902(11).

Ms. Palfrey agrees that the submission of a certificate by the documents' custodian(s) or other qualified person(s) will suffice as to establishing authenticity, but reserves the right to object to the introduction of the documents on other grounds, such as relevance.

Respectfully submitted,

___/s/_____
Deborah Jeane Palfrey, *Pro Se*


___/s/_____
Preston Burton, Esq., D.C. Bar No. 426378
Orrick, Herrington & Sutcliffe LLP
1152 15th St, NW
Washington, D.C.  20005

Dated: February 11, 2008            *Court-appointed Standby Counsel for Deborah Jeane Palfrey*