UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| v. | ) | CRIMINAL NO. 07-046 (JR) | |
| | ) | | |
| DEBORAH JEANE PALFREY, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**DEFENDANT DEBORAH JEANE PALFREY'S REPLY TO THE GOVERNMENT'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE, COMMENTS, AND ARGUMENTS TO THE JURY REGARDING DEFENDANT'S CLAIM OF SELECTIVE AND/OR POLITICAL PROSECUTION (DKT. NO. 222); THE GOVERNMENT'S MOTION FOR AN ON-THE-RECORD INQUIRY OF DEFENDANT'S REQUEST FOR SELF-REPRESENTATION (DKT. NO. 252); AND THE GOVERNMENT'S MOTION *IN LIMINE* FOR ORDER GOVERNING CONDUCT OF *PRO SE* LITIGANT AT TRIAL (DKT. NO. 256)**

Deborah Jeane Palfrey, through counsel, respectfully submits this Reply to the Government's Motion *In Limine* to Preclude Evidence, Comments, and Arguments to the Jury Regarding Defendant's Claim of Selective and/or Political Prosecution (Dkt. No. 222); the Government's Motion for an On-the-Record Inquiry of Defendant's Request for Self-Representation (Dkt. No. 252); and the Government's Motion *In Limine* for Order Governing Conduct of *Pro Se* Litigant at Trial (Dkt. No. 256) (collectively, the "Government Motions").

Through these motions, the government seeks clarification of Ms. Palfrey's intent to proceed as a *pro se* litigant and asks that the Court enter an order governing her conduct, requiring her to comply with the Federal Rules of Criminal Procedure, Evidence, Local Rules, and the directives set forth in Judge Kessler's Order Setting Forth Trial Procedures (Dkt. No. 5). Ms. Palfrey submits that the subsequent appointment of

the undersigned as standby counsel should render these issues moot, as counsel will advise Ms. Palfrey on an ongoing basis regarding her compliance with the rules and directives listed above.

                                        Respectfully submitted,

                                        ____/s/_____
                                        Deborah Jeane Palfrey, *Pro Se*

                                        ____/s/_____
                                          Preston Burton, Esq., D.C. Bar No. 426378
                                        Orrick, Herrington & Sutcliffe LLP
                                        1152 15th St, NW
                                        Washington, D.C. 20005

Dated: February 11, 2008          *Court-appointed Standby Counsel for*
                                        *Deborah Jeane Palfrey*