UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 07-046 (JR) |
| : | |
| v. : | |
| : | |
| DEBORAH JEANE PALFREY, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE TO ITS MOTIONS (1) *IN LIMINE* TO PRECLUDE EVIDENCE, COMMENTS, AND ARGUMENTS TO THE JURY REGARDING DEFENDANT'S CLAIM OF SELECTIVE AND/OR POLITICAL PROSECUTION; (2) FOR AN ON-THE-RECORD INQUIRY OF DEFENDANT'S REQUEST FOR SELF-REPRESENTATION; AND (3) *IN LIMINE* FOR ORDER GOVERNING CONDUCT OF *PRO SE* LITIGANT AT TRIAL (DKT. NO. 262)**

The United States, by and through it attorney, the United States Attorney for the District of Columbia, respectfully submits this reply to defendant Deborah Jeane Palfrey's response to its motions (1) *in limine* to preclude evidence, comments, and arguments to the jury regarding defendant's claim of selective and/or political prosecution (Dkt. No. 222); (2) for an on-the-record inquiry of defendant's request for self-representation (Dkt. No. 252); and (3) *in limine* for an Order governing conduct of *pro se* litigant at trial (Dkt. No. 256). Dkt. No. 262.

A. **Discussion**

Defendant argues that the motions are unnecessary, or at least not ripe, because standby counsel is aware of the appropriate applicable federal and local rules and that he will advise defendant on those appropriate rules. Dkt. No. 266 at 1. The government has at least two concerns with that argument. First, based on the history of this case, there is no guarantee that standby counsel will remain in the case. Second, standby counsel may advise defendant as to the appropriate standards or rules, but she may choose, absent appropriate Orders from the Court, to ignore that advice. Accordingly, the government renews its request for the relevant Orders.

Furthermore, defendant's response does not address the government's motion for an on-the-record inquiry of defendant's request for self-representation. The concerns raised by that motion are still outstanding and should, the government respectfully submits, be addressed on the record at the presently scheduled hearing before the Court on February 25, 2008, to the extent they have not already been during the *ex parte* inquiries of defendant by the Court.

## B. Conclusion

For the foregoing reasons, as well as those in the government's initial motions, the United States respectfully requests that the Court grant the government's motions (1) *in limine* to preclude evidence, comments, and arguments to the jury regarding defendant's claim of selective and/or political prosecution (Dkt. No. 222); (2) for an on-the-record inquiry of defendant's request for self-representation (Dkt. No. 252); and (3) *in limine* for an Order governing conduct of *pro se* litigant at trial (Dkt. No. 256).

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610

/ s / *Daniel P. Butler/Catherine K. Connelly*
Daniel P. Butler
D.C.  Bar No. 417178
Catherine K. Connelly
Mass.  Bar No. 649430
Assistant United States Attorneys
555 4th Street, N.W.
(202) 353-9431, 616-3384, 307-0258
Washington, D.C.  20530
Daniel.Butler@usdoj.gov
Catherine.Connelly2@usdoj.gov