**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-046 (JR)** |
| | : | |
| **v.** | : | |
| | : | |
| **DEBORAH JEANE PALFREY,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO LATE**
**FILE SUPPLEMENTAL AUTHORITY TO ITS REPLY (DKT. NO. 269) TO**
**THE DEFENDANT'S RESPONSE TO ITS NOTICE UNDER FED. R. EVID. 404(b)**

The United States, by and through it attorney, the United States Attorney for the District of Columbia, respectfully herewith files this unopposed motion for leave to late file authority in support of its reply (Dkt. No. 269) to defendant's response to its notice under Fed. R. Evid. 404(b). In support of this motion, counsel states as follows:

1. On January 4, 2008, the government timely filed a notice of intent to introduce evidence pursuant to Fed. R. Evid. 404(b). The proposed evidence is relevant to, among other issues, defendant's knowledge and intent regarding the illegal activities of her employee-escorts.

2. On February 12, 2008, defendant filed a response to the government's notice. Dkt. No. 265.

3. On February 19, 2008, the government filed a reply to defendant's response. Dkt. No. 269.

4. After the government filed its reply, the United States Court of Appeals for the District of Columbia Circuit issued an opinion, United States v. Pettiford, ___ F.3d ___, 2008 WL 495602 (D.C. Cir. Feb. 26, 2008). In Pettiford, the court found that defendant's prior arrest for similar conduct to that charged in the case before the court was "relevant to the permissible Rule 404(b)

purpose of proving [defendant's] knowledge and intent and the district court did not abuse its discretion in admitting it." Id. at *4 (internal quotation marks and citation omitted). As to potential undue prejudice under the analysis of Fed. R. Evid. 403, the court found that the trial court's limiting instructions appropriately minimized that danger. Id. at 5. The discussion in support of those findings by the court is relevant to the arguments made in the government's prior reply in this case.

5. This authority was not in existence at the time of the filing of the government's reply to the defendant's response to the government's notice under Fed. R. Evid. 404(b).

6. Today, government counsel received an e-mail message from defense counsel, Preston Burton, in which he did not object to a late-filing of this authority.

Wherefore, for the foregoing reasons, the government moves this Honorable Court for leave to late file this supplemental authority.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610

/ s / *Daniel P. Butler/Catherine K. Connelly*
_____
Daniel P. Butler
D.C.  Bar No. 417178
Catherine K. Connelly
Mass.  Bar No. 649430
Assistant United States Attorneys
555 4th Street, N.W.
(202) 353-9431, 616-3384, 307-0258
Washington, D.C.  20530
Daniel.Butler@usdoj.gov
Catherine.Connelly2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-046 (JR)** |
| | : | |
| **v.** | : | |
| | : | |
| **DEBORAH JEANE PALFREY,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

Upon consideration of the Government's Unopposed Motion to Late File Supplemental

Authority, and for good cause shown, it is this _____ day of March, 2008, hereby

ORDERED that the motion is GRANTED.

_____
James Robertson
United States District Judge

**<u>Copies to:</u> attorneys on record via ECF**