FILED
MAR 0 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,          :
                                   :
     v.                            :   Crim. Action No. 07-0046 (JR)
                                   :
DEBORAH JEANE PALFREY,             :
                                   :
     Defendant.                    :

### MEMORANDUM ORDER

This memorandum order addresses and resolves the following nine motions.

1. The Court conducted a suppression hearing on February 25, 2008. In light of the testimony given at that hearing, the Defendant's Motion to Suppress Evidence Obtained From Her Home [Dkt. # 85] is **denied**.

2. The Defendant's Motion to Travel [Dkt. # 156] is **denied as moot**.

3. The Defendant's Motion [Dkt. # 228] to Withdraw her *Ex Parte* Motion to Hold Maryland Department of Public Safety in Contempt is **granted**.

4. The Defendant's Fifth Motion to Dismiss the Indictment [Dkt. # 235] is **denied**.

5. The Defendant's Motion for a Written Decision on Defendant's Fourth Motion to Dismiss [Dkt. # 247] is **denied**.

6. The Government's Motion for an On-the-Record Inquiry of Defendant's Request for Self-Representation [Dkt. # 252] was

     **granted** at the February 25 hearing. During that hearing, Ms. Palfrey expressed her willingness to be represented by court-appointed counsel. As a result, the defendant is once again represented by counsel, thus mooting any issues potentially raised by her brief period of self-representation with court-appointed stand-by counsel.

7-8.  In light of the appointment of counsel, the Government's Motions *in Limine* to Preclude Evidence, Comments, and Argument to the Jury Regarding Selective or Political Prosecution [Dkt. # 222], and to Preclude Evidence, Comments, and Arguments Regarding the Government's Charging Decisions [Dkt. # 246], are **denied as moot without prejudice** to the Government to raise objections as appropriate in response to testimony, evidence, and argument at trial.

9.  The Government's Motion *in Limine* for an Order Governing Conduct of *Pro Se* Litigant at Trial is **denied as moot**.

 

*[signature]*
_____
JAMES ROBERTSON
United States District Judge