## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-046 (JR)** |
| | : | |
| **v.** | : | |
| | : | |
| **DEBORAH JEANE PALFREY,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S NOTICE OF COMPLIANCE WITH
### COURT'S DISCLOSURE ORDER AND ACCOMPANYING
### MEMORANDUM OPINION (DKT NOS. 137 AND 136)

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Notice of Disclosure of Witness' Name as Required by the Court's October 18, 2007 Order and Accompanying Memorandum Opinion. Dkt. No. 137 and 136.

On October 18, 2007, pursuant to defendant's motion, the Court ordered the government to disclose to defendant's attorney the name of the witness ("Jane Doe") referenced in an August 16, 2007 WTOP radio interview. Dkt. Nos. 137 (Order) and 136 at 9-10 (accompanying Memorandum Opinion). Shortly thereafter, Jane Doe's attorney advised the government that he was going to file a motion to intervene. On November 7, 2007, the attorney did file an Expedited Motion to Intervene and Motion for a Protective Order. See Jane Doe v. United States, Misc. No. 07-460 (JR).

Given the pendency of the Motion to Intervene and for a Protective Order, the government filed a motion to delay disclosure until that motion could be heard. Dkt. No. 162. The Court granted the motion, allowing the government to delay disclosure of the name until after the resolution of the motion to intervene and for a protective order. Dkt. No. 169.

On March 10, 2008, the miscellaneous matter, Jane Doe v. United States, Misc. No. 07-460 (JR), was transferred to District Court Judge James Robertson, Dkt. No. 6, and he denied Jane Doe's

motion to intervene and for a protective order.  Dkt. No. 5.  The Court also ordered the government

to now comply with the earlier order to disclose to the defense counsel Jane Doe's name, under the

terms of the existing protective order.

Pursuant to the Order, today the government provided to defense counsel Jane Doe's name

in a letter addressed and sent by electronic mail to defense counsel.  The government files this

pleading to give notice of its compliance with the Order.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
DC Bar No. 498610

/ s /    *Daniel P. Butler/Catherine K. Connelly*

_____
Daniel P. Butler
DC  Bar No. 417178
Catherine K. Connelly
Mass.  Bar No. 649430
Assistant United States Attorneys
555 4th Street, N.W.
(202) 353-9431, 616-3384
Washington, D.C.  20530
Daniel.Butler@usdoj.gov
Catherine.Connelly2@usdoj.gov