UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**       ) | |
| ) | |
| Plaintiff,   ) | |
| v.                              ) | CRIMINAL NO. 07-046 (JR) |
| ) | |
| **DEBORAH JEANE PALFREY,**         ) | |
| ) | |
| Defendant.    ) | |

**DEFENDANT DEBORAH JEANE PALFREY'S FILING OF
<u>PROPOSED JURY QUESTIONS</u>**

Defendant Deborah Jeane Palfrey, through undersigned counsel, respectfully submits the attached Juror Questionnaire as Proposed Jury Questions. Ms. Palfrey further submits that many of the attached questions incorporate the questions asked during a standard voir dire in criminal cases in this Court. The questionnaire is attached as Exhibit 1.

Given the nature of this case and the media attention it has received, we believe that there is a necessity for more detailed questioning of each prospective juror. Moreover, recent and highly publicized events surrounding former New York Governor Eliot Spitzer, the very real prospect of presenting witnesses who were former members of the current Administration or who are current members of the Legislative Branch, and concerns about deeply held religious or moral views regarding businesses of the type Ms. Palfrey operated and the alleged conduct of the independent contractors who worked for her all suggest that the parties and the Court should engage in a more intensive examination than the typical voir dire process.

To facilitate more candid responses during voir dire, we respectfully suggest that the Court and the parties conduct individual voir dire in the jury room. The government does not object to this proposal, provided, of course, that the Court is in agreement.

The attached questions are in the form of a proposed questionnaire. We recognize that, given the timing, it may be extremely difficult or impractical to have questionnaires prepared, mailed, and returned prior to trial. However, the questions raised in the proposed questionnaire can easily be incorporated into a standard voir dire inquiry. We have shared a version of the attached questionnaire with the United States and will bring to the March 19, 2008, status conference a computer disk containing the questionnaire to facilitate the Court's incorporation into its voir dire of any language or questions it deems appropriate.

                                                               Respectfully submitted,

                                                               _____/s/_____
                                                               Preston Burton, Esq., D.C. Bar No. 426378
                                                               Orrick, Herrington & Sutcliffe LLP
                                                               Columbia Center
                                                               1152 15th Street, N.W.
                                                               Washington, D.C.  20005
                                                               (202) 339-8400

Dated: March 18, 2008                           *Counsel for Deborah Jeane Palfrey*

**Exhibit 1**

**PROPOSED JUROR QUESTIONNAIRE**

**Juror Name** _____        **Juror No.** _____

Ladies and Gentlemen, this case involves allegations that the defendant, Deborah Jeane Palfrey, owned and managed a business operating in the Washington, D.C., metropolitan area that hired female employees for the purpose of engaging in certain illegal sexual acts with clients in exchange for money and that the proceeds of that activity were sent across state lines.  Ms. Palfrey has denied these allegations and is presumed innocent of these charges.

This questionnaire has been approved by the Court and is to be filled out by each prospective juror in this case. This information is designed solely to save time and assist the Court and the parties in selecting fair and impartial jurors for this trial.  The questions are not to influence your consideration of the case if you are selected to serve as a juror. This information will not be used for any other purposes except to select a jury.

Please read all questions carefully and thoroughly.  Answer each question as best you can, even though some may not be worded correctly for your situation.

**YOU ARE UNDER OATH AND ARE REQUIRED TO ANSWER THE QUESTIONS TRUTHFULLY.   THE INFORMATION PROVIDED IS EXCLUSIVELY FOR SELECTION OF JURORS.  YOUR ANSWERS MUST BE COMPLETE AND ACCURATE, UNDER PENALTY OF PERJURY.**

Please read each question carefully and answer each question completely.   Please write or print your answers as neatly as possible.  Do not write on the back of any page because the questionnaires will be copied and provided to the Court and the parties only.


**- OR -**

**Voir Dire Questions**

    Ladies and Gentlemen, this case involves allegations that the defendant, Deborah Jeane Palfrey, owned and managed a business operating in the Washington, D.C., metropolitan area that hired female employees for the purpose of engaging in certain illegal sexual acts with clients in exchange for money and that the proceeds of that activity were sent across state lines.  Ms. Palfrey has denied these allegations and is presumed innocent of these charges.

    The following questions are meant to aid the Court and the attorneys in selecting a jury which can be fair and impartial.  The questions are not to influence your consideration of the case if you are selected to serve as a juror.  Please listen carefully, and answer the questions honestly and to the best of your ability.  Do not hesitate to respond merely out of shyness or a belief that your response may not be important.  All of your responses are very important.

**JUROR'S NAME [or NUMBER] (PLEASE PRINT):**
_____

## I. Personal Background

1. Age: _____    Gender: ☐ Male  ☐ Female

2. Address:

   City: _____  State: _____  Zip: _____

   How long have you lived there? _____

   Do you: ☐ rent  ☐ own  ☐ live with others & do not pay rent

3. How long have you lived in the District of Columbia? _____

4. Place of birth (city, state, or if applicable, city and country)
   _____

   Is English your first language?  ☐ Yes  ☐ No

   If no, what is? _____

   Do you have difficulty understanding conversations in English?

5. What is the highest level of education that you have completed? (Check one.)
   ☐ Some high school        ☐ Some college / AA degree (Major: _____)
   ☐ High school graduate    ☐ 4-year college graduate (Major: _____)
   ☐ Technical/Vocational    ☐ Postgraduate study (Major/degree: _____)
   ☐ Other (please list any certificates or degrees you have obtained):
   _____

6. What is your ethnic background?

   ☐ White/Caucasian, not Hispanic        ☐ Black/African-American, not Hispanic

   ☐ Hispanic/Latino                      ☐ Asian or South Asian

   ☐ American Indian or Native American   ☐ Other: _____

7. What is your approximate annual household income? (optional)

   ☐ Less than $25,000       ☐ $125,000 to $174,999

   ☐ $25,000 to $75,000      ☐ $175,000 to $224,999

   ☐ $75,999 to $124,999     ☐ $250,000 and over

8. Your current employment status (check all that apply):

    ☐ Employed full-time ☐ Homemaker ☐ Retired for _____ year(s)

    ☐ Employed part-time ☐ Disabled ☐ Unemployed, looking for work

    ☐ Temporarily laid off ☐ Self-employed ☐ Unemployed, not looking for work

    ☐ Part-time student ☐ Full-time student ☐ Working more than 1 job

9. If employed, what is your occupation? _____

    What organization or company do you work for? _____

    What is the nature of its business? _____

    _____

    What do you do at work? _____

    _____

    Do you have management or supervisory duties?   ☐ Yes       ☐ No

    If yes, please explain:_____

10. Check the following category that best describes your current employer:

    ☐ Federal government agency     ☐ Private, for-profit organization

    ☐ State government agency       ☐ Private, not-for-profit organization

    ☐ County government agency      ☐ City government agency

    ☐ Self employed/Business owner  ☐ Independent contractor

    ☐ Other: _____

11. Please list your prior jobs and employers for the last 10 years.  If you are a student, list the school you attend.

|   | JOB TITLE | EMPLOYER (SCHOOL) | WHEN |
|---|-----------|-------------------|------|
| 1 |           |                   |      |
| 2 |           |                   |      |
| 3 |           |                   |      |

|   | JOB TITLE | EMPLOYER (SCHOOL) | WHEN |
|---|---|---|---|
| 4 |   |   |   |
| 5 |   |   |   |

12. Marital Status:

    ☐ Single                    ☐ Currently Married for _____ yrs

    ☐ Divorced for ___ yrs      ☐ Widowed for ____ yrs

    ☐ Separated                 ☐ Living with non-marital partner for ____ yrs

    ☐ Other _____

13. Is there anything about your marriage or present or past relationships that would affect your ability to be fair in a case involving allegations of a business that involved women providing sexual services to male clients, including married men, in exchange for money?    ☐ Yes    ☐ No
    **If yes**, please explain:_____
    _____

14. What is your spouse/domestic partner's occupational status? (Check all that apply).

    ☐ Work full-time outside the home        ☐ Student

    ☐ Work part-time outside the home        ☐ Retired

    ☐ Full-time homemaker                    ☐ Disabled

    ☐ Homemaker with part-time employment    ☐ Other: _____

15. Check the following category that best describes your spouse or domestic partner's employer:

    ☐ Federal government agency       ☐ Private, for-profit organization

    ☐ State government agency         ☐ Private, not-for-profit organization

    ☐ County government agency        ☐ City government agency

    ☐ Self employed/Business owner    ☐ Independent contractor

    ☐ Other: _____

16. Do you, or anyone close to you, namely a spouse, relative, or close friend, have any training or work experience in law enforcement?
    ☐ Yes, Self    ☐ Yes, Spouse    ☐ Yes, Someone else    ☐ No

**If yes,** please indicate who has the training or work experience and the nature of that experience _____

_____

**If yes**, would that experience make you more or less inclined to believe the allegations brought by the government and the law enforcement agents in this case? _____

_____

## II. Knowledge of the Parties or of this Case

17. Do you know the defendant, Ms. Deborah Jeane Palfrey, from Vallejo, California, which is north of San Francisco?

18. Do you know, or have you or any person you know retained the services of Preston Burton, Emily Somers, or Stephanie Cowles, the attorneys for Ms. Palfrey, or their law firm, Orrick, Herrington & Sutcliffe, LLP?    ☐ Yes    ☐ No

19. Do you know Assistant United States Attorneys Daniel P. Butler, Catherine K. Connelly, or William R. Cowden, the attorneys for the United States, or any other persons employed by the U.S. Attorneys Office here in Washington, DC, or the United States Department of Justice?    ☐ Yes    ☐ No

20. Do you, or any of your relatives, or close friends, know any of the following people:

    **Witness lists to be supplied.**

    If you marked "**YES**" to any person listed above, please explain how you know of that person and whether your familiarity with that person could affect how you would weigh their testimony. Please answer for each person marked "yes" above.
    _____
    _____
    _____
    _____

21. Have you heard of a business called Pamela Martin & Associates which operated in the Washington, DC, metropolitan area?
    ☐ Yes    ☐ No

22. Have you heard of the "DC Madam?"    ☐ Yes    ☐ No
    **If yes,** what have you heard about the "DC Madam"? _____
    _____
    _____

23. Do you have any knowledge of this case, or have you formed any opinion concerning it, such as might come from reading newspaper accounts, broadcasts on television or the radio, or from conversations with others? _____

_____

_____

24. Have you discussed this case with any friend, relative or acquaintance, or have you heard this case discussed by others? _____

_____

_____


[Follow-ups would involve exploring whether this prior exposure would affect the individual's ability to decide the case fairly and impartially based on the evidence presented at trial and the law as instructed by the Court.]


## **Organizational Affiliations and Personal Beliefs**

25. In terms of your political outlook, do you think of yourself as:

    ☐ Very Conservative     ☐ Somewhat Conservative

    ☐ Very Liberal          ☐ Somewhat Liberal

    ☐ Moderate              ☐ Other

26. What is your political affiliation? (optional)

    ☐ Democrat              ☐ Libertarian

    ☐ Republican            ☐ Green

    ☐ American Independent  ☐ Other

    ☐ Reform Party

27. Have you or your spouse/partner or a close friend ever held an elected or appointed office in the federal, state or local government?

    ☐ Yes, I have      ☐ Yes, my spouse/partner has      ☐ No

    **If yes,** please describe: _____

28. Have you or your spouse/partner or a close friend ever worked for an elected or appointed official in the federal, state or local government?

    ☐ Yes, I have      ☐ Yes, my spouse/partner has      ☐ No

    **If yes,** please describe: _____

29. Have you or your spouse/partner ever served in the military?

    ☐ Yes, I have      ☐ Yes, my spouse/partner has      ☐ No

30. What professional, community, civic, religious, trade, social or political clubs, organizations or charities do you or your spouse or domestic partner belong to, or volunteer with:

    Self: _____

    _____

    _____

    Spouse/domestic partner: _____

    _____

    _____

31. Have you held any office or title in any of the organizations you listed in question 26?  ❏ Yes  ❏ No

    If yes, please describe you/your spouse's title and duties: _____

    _____

    _____

32. Do you believe that people who are in a position of leadership should automatically be responsible for the activities of those they oversee?

    ❏ Yes  ❏ No    Please explain:_____

    _____

33. If someone suspects that a crime is being committed but neither actively participates nor attempts to report or stop the commission of that crime do you believe that person is guilty of a crime?

    ❏ Yes  ❏ No    Please explain:_____

    _____

34. Do you have strong feelings about internet dating services?  If so, please explain:

    _____

    _____

35. Have you, or anyone you know, ever used an internet dating service?
    ❏ Yes  ❏ No

36. Do you have strong views about "escort services"?  If so, please explain:

    _____

    _____

37. Have you, or anyone you know, ever used an escort service?
    ☐ Yes   ☐ No

38. To the best of your knowledge, what "services" do escort services provide?
    _____
    _____

39. Do you think you would be able to follow the instructions of the Court that escort services are not automatically illegal?   ☐ Yes   ☐ No

40. Do you have strong views about businesses that provide sexual fantasy and erotic services and products?  **If yes**, please describe: _____
    _____

41. Do you have strong feelings about prostitution?  If so, please describe: _____
    _____
    _____

42. Do you agree with the statement: "prostitution is a victimless crime"?
    ☐ Yes   ☐ No

43. Do you think your personal feelings about escort services or prostitution would affect your view of the evidence in this case?   ☐ Yes   ☐ No

44. Do you think in light of your feelings about escort services and prostitution that you will be able to consider the evidence fairly and impartially?   ☐ Yes   ☐ No

45. How often do you attend religious services?

    ☐ Always       ☐ Sometimes    ☐ Never

    ☐ Often        ☐ Seldom

46. Do you hold any religious moral or personal beliefs about standing in judgment of another person that would prevent you from following the law or performing your obligations as a juror?

    ☐ Yes   ☐ No   ☐ Unsure

47. This case may involve testimony describing sexual conduct, including allegations of both legal and illegal sexual behavior.  Do you hold any religious moral or personal beliefs that would inhibit your ability to hear this type of testimony?

    ☐ Yes   ☐ No   ☐ Unsure

## IV. Contact and experience with the legal system

48. Have you ever served on a jury?   ☐ Yes   ☐ No

    **If yes**, what kind of cases did you hear while serving on a jury?
    ☐ Civil   ☐ Criminal   ☐ Both civil and criminal

    Was your jury experience satisfactory?

☐ Yes   ☐ No   Please explain:_____

_____

Was the jury able to render a verdict?   ☐ Yes   ☐ No

What was the verdict? _____

49. Have you ever served on a grand jury?   ☐ Yes   ☐ No

If yes, please describe the type of grand jury, and how long you sat? _____

_____

50. Do you understand that the purpose of a grand jury is simply to determine whether sufficient evidence exists to charge someone of a crime, but that the government must meet a higher level of proof in order to convict someone of a crime at trial?
☐ Yes   ☐ No

51. Have you ever been accused or convicted or a victim of a crime? **If yes**, please explain in detail: _____

_____

_____

52. Have any of your close friends or relatives been accused or convicted or a victim of a crime? **If yes,** please explain in detail: _____

_____

_____

53. Have you ever appeared in a trial as a witness? **If yes,** please explain in detail: __

_____

_____

54. Have you, any members of your family, or any close friends ever been employed by, or made any application for employment with, any local, state, or federal law enforcement or private security agency, including, but not limited to, the following (check as many as apply for each category):

|  | <u>Self</u> | <u>Family Member</u> | <u>Close Friend</u> | <u>Position</u> |
|---|---|---|---|---|
| Federal Bureau of Investigation (FBI) |  |  |  |  |
| U.S. Attorney's Office |  |  |  |  |

|  | <u>Self</u> | <u>Family Member</u> | <u>Close Friend</u> | <u>Position</u> |
|---|---|---|---|---|
| State Prosecutor's Office |  |  |  |  |
| Internal Revenue Service (IRS) |  |  |  |  |
| Department of Justice |  |  |  |  |
| U.S. Treasury Department |  |  |  |  |
| U.S. Postal Service and Postal Inspectors Service |  |  |  |  |
| Securities and Exchange Commission (SEC) |  |  |  |  |
| Military Police |  |  |  |  |
| Correctional Officer |  |  |  |  |
| Bureau of Prisons |  |  |  |  |
| Parole or Probation Office |  |  |  |  |
| State Police |  |  |  |  |
| Police Department |  |  |  |  |
| Sheriff's Department |  |  |  |  |
| U.S. Marshal's Service |  |  |  |  |
| Secret Service |  |  |  |  |
| U.S. Customs |  |  |  |  |
| U.S. Postal Service |  |  |  |  |
| Pretrial Services or Bail Agency |  |  |  |  |
| Federal Protective Services |  |  |  |  |
| U.S. Park Police |  |  |  |  |
| Other law enforcement or private security agency not listed |  |  |  |  |

## V. General knowledge and opinions of the criminal justice system

55. Will you be able to apply the rule of law which requires that the defendant is presumed innocent until proven guilty beyond a reasonable doubt?
    ❑ Yes    ❑ No

56. Will you accept the instructions of the Court that the Government must prove guilt beyond a reasonable doubt and that the defendant does not have to establish her innocence?
    ❑ Yes    ❑ No

57. Do you feel that because the defendant has been indicted that this fact alone indicates that she is guilty of the criminal charges or of some charge in this case?
    ❑ Yes    ❑ No

58. Will you accept the instructions of the Court that the indictment carries no probative value and is merely a form of accusation?
    ❑ Yes    ❑ No

59. Do you believe that the testimony of a member of law enforcement is entitled to more or less weight than that of any other witness, merely because he or she is a member of law enforcement?
    ❑ More weight    ❑ Less weight    ❑ Same as any other witness

60. Do you understand that the jury decides how to weigh the facts in this case, and that if you have reasonable doubt as to the guilt of the defendant you should, under the law, acquit her?
    ❑ Yes    ❑ No

61. If, at the end of the case, you were not convinced of the defendant's guilt, but a number of your fellow jurors felt otherwise, would you abandon your position merely because you were outnumbered or you wanted to go home?
    ❑ Yes    ❑ No

62. Do you understand that a defendant does not have to testify at trial and nothing can be inferred against her based on her decision to not testify?
    ❑ Yes    ❑ No

63. What is your general attitude about government prosecutors?

    _____
    _____
    _____
    _____

64. What is your general attitude about criminal defense attorneys?

    _____
    _____
    _____
    _____

65. Do you have any ethical, religious, political, or other beliefs that may prevent you from serving as a juror?  ☐ Yes  ☐ No

    **If yes**, please explain: _____

    _____

    _____

    _____

66. How much do you agree or disagree with the following statement: The government should not be allowed to prosecute people for private, personal acts committed between consenting adults in the privacy of their own homes.

    ☐ Agree Strongly    ☐ Agree Somewhat    ☐ Neutral    ☐ Disagree Somewhat

    ☐ Disagree Strongly

67. From what you have read or heard, do you think that in recent years, the number of indictments of corporate executives and powerful politicians has generally been (check one):

    ☐ Too high    ☐ About right    ☐ Too low

68. Do you believe the criminal justice system favors the wealthy and/or powerful?

    ☐ Yes    ☐ No    ☐ Unsure

69. Do you believe people who have a lot of political power are more likely to be treated better by the court system than other people?

    ☐ Yes    ☐ No    ☐ Unsure

70. Do you believe supervisors, managers or employers should be held accountable for criminal acts committed by their employees in the scope of their employment?

    ☐ Yes    ☐ No    ☐ Unsure

## VI.  General Knowledge and Opinions

71. How concerned are you about the private lives, acts and behaviors of politicians?

    ☐ Very concerned         ☐ Not very concerned

    ☐ Somewhat concerned     ☐ Not at all concerned

72. Which of the following statements comes closest to your views? (Circle one)

    (a) Personal indiscretion is inevitable in the political community and you can't get too upset about it

    (b) Immoral acts in the political community should not be tolerated under any circumstances.

73. Which of the following statements comes closest to your views? (Circle one)

    (a) Sex is something to be shared only between a husband and wife.

    (b) Sex is a natural and healthy act between two consenting adults.

74. How closely, if at all, would you say you have followed the news reports of the following criminal investigations or trials:

    1. Heidi Fleiss:   ☐ Very Closely   ☐ Somewhat closely
                       ☐ Not very closely   ☐ Not at all
    2. Eliot Spitzer   ☐ Very Closely   ☐ Somewhat closely
                       ☐ not very closely   ☐ not at all

75. Have you, or any of your relatives or close friends, ever owned your own business?

    ☐ Yes   ☐ No

    If yes, what was/is the nature of the business:_____
    _____
    _____
    _____

76. Have you, or any of your relatives or close friends, ever been employed as an independent contractor?

    ☐ Yes   ☐ No

    If yes, during what time period and what was/is the nature of the employment:
    _____
    _____
    _____
    _____

77. Describe any problems (vision, hearing, medical, language or other problems) that may affect your jury service:

   _____
   _____
   _____
   _____

78. Is there anything not covered by this questionnaire that could affect your ability to be a fair and impartial juror? If yes, please explain:

   _____
   _____
   _____
   _____

79. If this case takes approximately [___ weeks] to try, will you suffer a financial or personal hardship if you are selected to serve?

   ❏ Yes    ❏ No

   **If yes**, please explain: _____
   _____
   _____

80. Is there anything about this case that makes you eager to serve as a juror?

   ❏ Yes    ❏ No

   **If yes**, please explain: _____
   _____

15

_____
***I solemnly swear that all the foregoing is true and correct.***


_____     _____
                             SIGNATURE                         DATE

Case 1:07-cr-00046-JR   Document 279-2   Filed 03/18/2008   Page 15 of 15