FILED

MAR 2  2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
UNITED STATES OF AMERICA,         :
                                  :
        v.                        :   Crim. Action No. 07-0046 (JR)
                                  :
DEBORAH JEANE PALFREY,            :
                                  :
            Defendant.            :
```

### ORDER

Defendant's motion for a continuance [283] is **denied**. The government is directed to **respond forthwith** to defendant's motion regarding production of <u>Jencks</u>, <u>Brady</u>, and <u>Giglio</u> materials. It is **SO ORDERED**.

_____
JAMES ROBERTSON
United States District Judge