UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CRIMINAL NO. 07-046 (JR) |
| | ) | |
| DEBORAH JEANE PALFREY, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S NOTICE REGARDING STATUS OF PRODUCTION OF JENCKS, *BRADY* AND *GIGLIO* MATERIALS

Defendant Deborah Jeane Palfrey, through counsel, respectfully notifies the Court that the government has made several productions of Jencks, *Brady* and *Giglio* materials since March 24, 2008. The defense greatly appreciates the government's production of these materials and, in light of these productions and the government's continuing disclosures, does not believe any sanctions are warranted.

Respectfully submitted,

_____/S/_____
Preston Burton, Esq., D.C. Bar No. 426378
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005
(202) 339-8400

Dated: March 27, 2008                    *Counsel for Deborah Jeane Palfrey*