UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-046 (JR) |
| | : | |
| v. | : | |
| | : | |
| **DEBORAH JEANE PALFREY,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S OBJECTIONS TO DEFENDANT'S
PROPOSED *VOIR DIRE* QUESTIONS (DKT. NO. 279)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits its objections to specific questions that defendant has submitted as proposed *voir dire* questions. Dkt. No. 279.

Generally, defendant's questions are too probing on personal information that is not relevant for the selection of a jury comprising a fair cross-section of the local community which can impartially decide this case, contains potentially misleading or inaccurate statements of law, and/or are redundant of the standard *voir dire* questions. Specifically, the government objects to the following questions requested by defendant: Questions Nos. 2, 4 (as to "Place of birth"), 5, 6, 7, 9 (as to name of business or work organization), 11-15, 21 (simply as to the word "local"), 25-30, 32 (confusing, and perhaps not an accurate description of the applicable law), 33-34, 37-39, 41, 44, 47 (as to "What was the verdict"), 52, 54-47 (redundant of standard questions), 59, 60, 62-63, and 65-76.

The government requests that the Court rely in this case for the purposes of *voir dire* on its standard questions, supplemented by those submitted by the government or the defense, for which there has not been an objection by the government, that the Court deems relevant. See United States v. Orenuga, 430 F.3d 1158, 1162-63 (D.C. Cir. 2005) ("[s]pecific subjects for *voir dire* questioning

are 'constitutionally compelled' when 'the trial court's failure to ask [a] question[] . . . render[s] the defendant's trial fundamentally unfair,' but not where the subjects proposed for questioning may be merely 'helpful.'") (citations omitted).

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY

    / s / *Daniel P. Butler/Catherine K. Connelly*

    Daniel P. Butler
    D.C.  Bar No. 417178
    Catherine K. Connelly
    Mass.  Bar No. 649430
    Assistant United States Attorneys
    555 4th Street, N.W.
    (202) 353-9431, 616-3384, 307-0258
    Washington, D.C.  20530
    Daniel.Butler@usdoj.gov
    Catherine.Connelly2@usdoj.gov