## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-046 (JR)** |
| | : | |
| v. | : | |
| | : | |
| **DEBORAH JEANE PALFREY,** | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S PROPOSED VERDICT FORM

The United States, by and through its attorney, the United States Attorney for the District of Columbia, herewith files this proposed verdict form.

### PROPOSED VERDICT FORM

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

**Count One:** Conducting and participating, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity, from in or about 1993, and continuing thereafter up to and including in or about August of 2006. In order to find the defendant guilty of this Count, you must unanimously find, in addition to the elements set out in the Jury Instructions at pp. ____, that (1) the defendant committed two or more racketeering acts (see Final Jury Instructions, pp._____), and (2) that one of the racketeering acts occurred after March 1, 2002 (see Final Jury Instructions, pp. _____). As to the latter requirement, the acts that allegedly occurred after March 1, 2002, are racketeering acts 2, 4, 6, 7, and 9 through14.

    Guilty:_____        Not Guilty:_____

**Count Two:** Travel in Interstate Commerce in Aid of Racketeering, March 13, 2002. (See Final Jury Instructions, pp. ____).

    Guilty:_____        Not Guilty:_____

**Count Three:** Travel in Interstate Commerce in Aid of Racketeering, April 1, 2002. (See Final Jury Instructions, pp. ____).

    Guilty:_____        Not Guilty:_____

**Count Four:**  Travel in Interstate Commerce in Aid of Racketeering, June 11, 2003.  (See Final Jury Instructions, pp. ____).

**Guilty:**_____        **Not Guilty:**_____

**Count Five:**  Conspiracy to Launder Monetary Instruments.  (See Final Jury Instructions, pp. ____)

**Guilty:**_____        **Not Guilty:**_____

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
DC Bar No. 498610

/ s / *Daniel P. Butler/Catherine K. Connelly*
Daniel P. Butler
DC  Bar No. 417178
Catherine K. Connelly
Mass.  Bar No. 649430
Assistant United States Attorneys
555 4th Street, NW
(202) 353-9431, 616-3384
Washington, D.C.  20530
Daniel.Butler@usdoj.gov
Catherine.Connelly2@usdoj.gov