## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CRIMINAL NO. 07-046 (JR)** |
| v. | ) | |
| | ) | **MOTION TO ADMIT COUNSEL** |
| **DEBORAH JEANE PALFREY,** | ) | *PRO HAC VICE* |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Preston Burton, move the Court for admission *pro hac vice* of Stephanie Cowles, pursuant to Local Rule 44.1(d), and in support of this motion state:

1.     I, Preston Burton, am a practicing attorney duly admitted to the Bar of the District of Columbia and am admitted to practice before this Court.  I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, 1152 15th Street, NW, Washington, DC 20005, and am acquainted with Ms. Cowles.  I will remain as counsel throughout the course of this litigation.

2.     Stephanie Cowles is an associate in the District of Columbia office of Orrick, Herrington & Sutcliffe LLP, 1152 15th Street, NW, Washington, DC 20005.

3.     Stephanie Cowles is a member in good standing of the Bar of New York.

4.     Stephanie Cowles has never been the subject of investigatory or disciplinary proceedings before any court or administrative body, and she is familiar with the Local Rules of the United States District Court for the District of Columbia.

5.     Stephanie Cowles has not been admitted *pro hac vice* to this court in the previous two years.

WHEREFORE, I, Preston Burton, request that Stephanie Cowles of Orrick, Herrington & Sutcliffe LLP, 1152 15th Street, NW, Washington, DC 20005, be admitted to practice before this Court for all purposes in connection with the representation of the Defendant in this proceeding. I have attached a proposed order for the Court's convenience.

Date:  April 4, 2008

Respectfully submitted,

_____
Preston Burton
DC Bar No. 429378
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Telephone: 202-339-8400
Fax: 202-339-8500
Attorney for Defendant Deborah Jeane Palfrey

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **CRIMINAL NO. 07-046 (JR)** |
| | ) | |
| **DEBORAH JEANE PALFREY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>DECLARATION OF STEPHANIE COWLES</u>

I, Stephanie Cowles declare pursuant to 28 U.S.C. § 1746 and Local Rule 44.1(d):

1.      I am an associate at the law firm of Orrick, Herrington & Sutcliffe LLP, 1152 15th Street, NW, Washington, DC 20005, counsel for the Defendant in the above-captioned action. I submit this declaration in support of Preston Burton's April 4, 2008 Motion pursuant to Local Rule 44.1(d) for the *pro hac vice* admission of Stephanie Cowles to the Bar of this Court.

2.      My full name is Stephanie Maya Cowles.

3.      My office address is 1152 15th Street, NW, Washington, DC 20005.  My telephone number is (202) 339-8613.

4.      I have been admitted to and am a member in good standing of the Bar of New York.

5.      I have never been suspended, disbarred, or otherwise disciplined by any court, and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

6.      I have not been admitted *pro hac vice* to this court within the past two years.

7.      I engage in the practice of law from an office located in the District of Columbia.  I am in the process of applying for admission to the Bar of the District of Columbia.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed at 1152 15th Street, NW, Washington, DC 20005, April 4, 2008.

Date:  April 4, 2008

Stephanie Cowles

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CRIMINAL NO. 07-046 (JR)** |
| | ) | |
| **DEBORAH JEANE PALFREY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER ADMITTING STEPHANIE COWLES

The Court hereby GRANTS Preston Burton's motion to admit Stephanie Cowles to practice *pro hac vice* in this matter as counsel for the Defendant.


Date: _____        _____
                                     The Honorable James Robertson
                                     United States District Court
                                     for the District of Columbia