AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA

      Plaintiff(s)    )
                              )    **APPEARANCE**
                              )
            vs.          )    CASE NUMBER    CRIM. NO 07-046 (JR)
DEBORAH JEANE PALFREY    )
                              )
      Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Emily Somers__ as counsel in this
                                    (Attorney's Name)

case for: __Deborah Jeane Palfrey, Defendant.__
               (Name of party or parties)

04/07/2008
Date

*(Signature)*
Signature

DC Bar No. 429378
BAR IDENTIFICATION

Preston Burton
Print Name

Orrick Herrington & Sutcliffe, 1152 15th Street, NW
Address

Washington, DC 20005
City    State    Zip Code

202-339-8400
Phone Number

*Emily Somers*
admitted pro hac vice