AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA

      Plaintiff(s)          )
                                )    **APPEARANCE**
                                )
              vs.          )    CASE NUMBER   CRIM. NO 07-046 (JR)
DEBORAH JEANE PALFREY    )
      Defendant(s)      )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Stephanie Cowles__ as counsel in this
                                     (Attorney's Name)

case for: __Deborah Jeane Palfrey, Defendant.__
              (Name of party or parties)

| | |
|---|---|
| 04/07/2008 | _[signature]_ |
| Date | Signature |
| | **Preston Burton** |
| | Print Name |
| DC Bar No. 429378 | Orrick Herrington & Sutcliffe, 1152 15th Street, NW |
| BAR IDENTIFICATION | Address |
| | Washington, DC 20005 |
| | City    State    Zip Code |
| | 202-339-8400 |
| | Phone Number |

_[signature]_
Stephanie Cowles
Admitted pro hac vice