

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA,           :
                                    :
     v.                             :  Crim. Action No. 07-0046 (JR)
                                    :
DEBORAH JEANE PALFREY,              :
                                    :
        Defendant.                  :


### VERDICT FORM

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

**Count One:** Conducting and participating, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity, from in or about 1993, and continuing thereafter up to and including in or about August of 2006. In order to find the defendant guilty of this Count, you must unanimously find, in addition to the elements set out in the Jury Instructions, (1) the defendant committed two or more racketeering acts and (2) that one of the racketeering acts occurred after March 1, 2002. As to the latter requirement, the acts that allegedly occurred after March 1, 2002, are racketeering acts 4, 6, 7, 9, 10, 11, and 13.

           **Guilty:** ✓    **Not Guilty:** _____

**Count Two:** Travel in Interstate Commerce in Aid of Racketeering, March 13, 2002.

           **Guilty:** ✓    **Not Guilty:** _____

**Count Four:** Travel in Interstate Commerce in Aid of Racketeering, June 11, 2003.

           **Guilty:** ✓    **Not Guilty:** _____

**Count Five:** Conspiracy to Launder Monetary Instruments.

**Guilty:** ✓    **Not Guilty:** _____

**This is our unanimous verdict.**

Signed,

_____
Foreperson