UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

VS.

DEBORAH JEANE PALFREY,

        DEFENDANT.
_____/

CRIMINAL CASE NUMBER: 07-046-JR

PETITION FOR ANCILLARY HEARING

**FILED**

APR 2 3 2008

Clerk, U.S. District and
Bankruptcy Courts

      Petitioner, Montgomery Blair Sibley, pursuant to the authority of 28 U.S.C. §1746 states:

      1.     Pursuant to 18 U.S.C. §982(b)(1) and 21 U.S.C. §853(n), Petitioner petitions the Court for an ancillary hearing to asserts his interest with respect to the property seized and preliminarily forfeited to the United States in the above matter ("Property").

      2.     The nature of Petitioner's right, title, or interest in the Property is an attorney lien to the extent of Thirty-Three Thousand Six Hundred Dollars ($33,600.00) as evidenced by the attached.

      3.     The time of acquiring this right, title, or interest was September 25, 2007, as part of a fee agreement to represent Defendant in the above matter.

      4.     Petitioner maintains that pursuant to the recent holding in *U.S. v. E-Gold, Ltd*, Decided April 11, 2008, No. 07-3074 (D.C. Cir. 2008), Petitioner enjoys a right, title, or interest in the Property superior to the government in this matter to the extent of his attorney's lien.

      5.     Petitioner objects to (i) the placing of the burden of proof on him and (ii) the lack of jury trial as a violation of his Seventh Amendment right to a jury trial.

      WHEREFORE, Petitioner requests (i) a hearing on the petition, to the extent practicable and consistent with the interests of justice, be held within thirty days of the filing of the petition and (ii) a judgment for the amount of his attorney lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 22, 2008

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served pursuant to U.S. Mail upon William Cowden, Assistant United States Attorneys Criminal Division, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 and Preston Burton, Orrick, Herrington & Sutcliffe, LLP, Columbia Center, 1152 15th Street, NW, Washington, DC 20005-1706 this April 22, 2008.

**MONTGOMERY BLAIR SIBLEY**
1629 K Street, Suite 300
Washington, D.C. 20006
202-508-3699
202-478-0371 Fax

By: _____
Montgomery Blair Sibley
D.C. Bar #464488

# MONTGOMERY BLAIR SIBLEY, CHARTERED
50 WEST MONTGOMERY AVENUE
SUITE B-4
ROCKVILLE, MARYLAND 20850

| | |
|---|---|
| MONTGOMERY BLAIR SIBLEY | ADMITTED TO PRACTICE: |
| 301-251-5200 | FLORIDA |
| 202-478-0371 (E-FAX) | NEW YORK |
| SIBLEY@CIVILFORFEITURE.COM | DISTRICT OF COLUMBIA |

September 22, 2007
Deborah Jeane Palfrey

Re:   *United States vs. 803 Capitol Street, et al.*
      Case No.:06-cv-01710-RMC
      *United States v. Palfrey*
      Case No.:06-047-GK

Jeane:

      To memorialize our recent discussions regarding amending the payment to me for my legal services in the above matters, I write the following. Please let me know if you have any questions or concerns. Otherwise, please indicate your agreement by countersigning this letter and executing the enclosed note and mortgage.

      1.    You agree to pay me $5,000 for the month of September 2007, and $7,000 the first of each month thereafter until resolution of the above criminal and civil forfeiture matters pending in the District of Columbia, along with any appeals therefrom. In return, I will act as your legal counsel in those matters.

      2.    To secure partial payment of those funds, you agree to execute a promissory note and mortgage of $25,000 with a single payment due on June 1, 2008.

      3.    You retain the right to terminate my representation of you and in that event I will be owed only those sums I have earned to that point in time.

Yours,

*[signature]*

Agreed: _____

# LAW OFFICE MONTGOMERY BLAIR SIBLEY, CHARTERED
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850-4216
(301) 251-5200

# Invoice

**BILL TO**
Jeane Palfrey

| DATE | INVOICE # |
|---|---|
| 12/01/07 | 148 |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 9/1/07 | September Fee | 1 | -5,000.00 | 5,000.00 |
| 10/1/07 | October Fee | 1 | -7,000.00 | 7,000.00 |
| Expenses | Service of Subpoenas on Ross, Adams, Bastone Fee Expenses | 1 | -360.00 | 360.00 |
| 11/1/07 | November Fees | 1 | -7,000.00 | 7,000.00 |
| 12/1/07 | December Fees | 1 | -7,000.00 | 7,000.00 |
| 1/1/08 | January Fees | 1 | 7,000.00 | 7,000.00 |

**Total** 33,360.00