UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (JR) |
| | : | |
| v. | : | |
| | : | |
| DEBORAH JEANE PALFREY, | : | |
| | : | |
| Defendant. | : | |

**JOINT SUGGESTION OF DEATH AND ANTICIPATION
OF MOTION FOR ABATEMENT OF PROSECUTION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, in consultation with and with the concurrence of counsel for defendant, Preston Burton, herewith files this joint suggestion of death. The parties file this suggestion on information and belief that defendant, Deborah Jeane Palfrey, died on or about May 1, 2008. Once the certificate of death is received, the parties will jointly move to abate the prosecution.

A defendant's death is a basis for abatement of all prosecution proceedings from their inception. Durham v. United States, 401 U.S. 481, 483 (1971); United States v. Asset, 990 F.2d 208, 211 (5th Cir. 1992) (death of defendant before entry of judgment abates prosecution ab initio); United States v. Oberlin, 718 F.2d 894, 896 (9th Cir. 1983) (similar holding); cf. United States v. Pogue, 19 F.3d 663 (D.C. Cir. 1994) (death pending direct appeal abates prosecution); Howell v. United States, 445 A.2d 1371, 1373 (D.C. 1983) (quoting Howell).

In light of the apparent recent death of defendant and in anticipation of the resulting joint motion for abatement of prosecution, the parties request that the Court stay the need for either party to file any pleadings that are coming due for a response in the interim. Furthermore, defense counsel requests that he be authorized to contact the defendant's family and representatives of her Estate in

connection with matters related to the criminal and civil forfeiture proceedings before the Court. The United States does not object to defense counsel's request.

                                                   Respectfully submitted,

                                                   JEFFREY A. TAYLOR
                                                   UNITED STATES ATTORNEY
                                                   DC Bar No. 498610

                                                 / s /
                                          _____

Daniel P. Butler
DC  Bar No. 417178
Catherine K. Connelly
Mass.  Bar No. 649430
William R. Cowden
DC Bar No. 426401
Assistant United States Attorneys
555 4th Street, N.W.
(202) 353-9431, 616-3384
Washington, D.C.  20530
Daniel.Butler@usdoj.gov
Catherine.Connelly2@usdoj.gov
William.Cowden@usdoj.gov


                                               / s /
_____

Preston Burton, Esq., D.C. Bar No. 426378
ORRICK, HERRINGTON & SUTCLIFF, LLP
1152 15th St., NW
Washington, D.C.  20005
(202) 339-8400

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-046 (JR)** |
| | : | |
| v. | : | |
| | : | |
| **DEBORAH JEANE PALFREY,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the parties' joint suggestion of death and anticipation of a motion for abatement of prosecution, and for good cause shown,

**IT IS HEREBY ORDERED** that, once the parties receives a death certificate for defendant in this matter, one or both of the parties shall file such with the Court, as well as an accompanying motion for abatement of prosecution;

**IT IS FURTHER ORDERED** that, in anticipation of such motion of abatement of prosecution, the parties are not required to file any other pleadings that may become due for a response in the interim unless and until further Order of the Court directing them to do so.

**IT IS STILL FURTHER ORDERED** that counsel for the defendant shall be authorized to contact the defendant's family and representatives of her Estate in connection with matters related to the criminal and civil forfeiture proceedings before the Court.

_____             _____
Date                                JAMES ROBERTSON
                                    UNITED STATES DISTRICT JUDGE