UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (JR) |
| v. | : | |
| DEBORAH JEANE PALFREY, | : | **FILED** |
| Defendant. | : | MAY 2 2008 |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

**ORDER**

Upon consideration of the parties' joint suggestion of death and anticipation of a motion for abatement of prosecution, and for good cause shown,

**IT IS HEREBY ORDERED** that, once the parties receives a death certificate for defendant in this matter, one or both of the parties shall file such with the Court, as well as an accompanying motion for abatement of prosecution;

**IT IS FURTHER ORDERED** that, in anticipation of such motion of abatement of prosecution, the parties are not required to file any other pleadings that may become due for a response in the interim unless and until further Order of the Court directing them to do so.

**IT IS STILL FURTHER ORDERED** that counsel for the defendant shall be authorized to contact the defendant's family and representatives of her Estate in connection with matters related to the criminal and civil forfeiture proceedings before the Court.

_May 2, 2008_
Date

_James Robertson_
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Case 1:07-cr-00046-JR   Document 313   Filed 05/02/2008   Page 2 of 2