UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Crim. Action No. 07-0046 (JR) |
| DEBORAH JEANE PALFREY, | : |
| Defendant. | : |

**ORDER**

FILED
MAY 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon review of the motion to substitute filed by Mr. Blair, in which the response of the government is recited verbatim, it is **ORDERED** that no further response is required of the government at this time, and it is **FURTHER ORDERED** that the matter is taken under advisement pending further developments.

_____
JAMES ROBERTSON
United States District Judge