UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-046 (JR) |
| | : | |
| v. | : | |
| | : | |
| DEBORAH JEANE PALFREY, | : | **FILED** |
| | : | |
| Defendant. | : | MAY 2 0 2008 |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

**ORDER**

Upon consideration of the parties' joint motion for abatement of prosecution, and for good cause shown, that is, the death of defendant Deborah Jeane Palfrey on May 1, 2008,

**IT IS HEREBY ORDERED** that the criminal prosecution of the above-referenced matter is hereby **ABATED**, that is, the jury verdicts are vacated and the indictment in this matter is dismissed.

_May 20, 2008_
Date

_[signature]_
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE