UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                       )   Criminal Action No. 07-46 (RWR)<br>)<br>DEBORAH PALFREY,        )<br>)<br>      Defendant.        )<br>_____)| |

### ORDER

On January 12, 2016, Montgomery Blair Sibley submitted for filing in this 2007 case a "Motion to Modify Restraining Order to Permit the Release of Telephone Records Received Pursuant to Subpoenas but Never Made Public and Other Records." The Clerk's Office forwarded the submission to the Chief Judge's chambers to rule on whether to grant or deny leave to file the submission or to take other action.

Sibley has been suspended from practicing before this Court since May 21, 2008. No notice of attorney appearance filed by Sibley appears on the electronic docket in this case, although the docket reflects that Sibley was terminated as counsel for the defendant on January 16, 2008. The docket also reflects that a notice of attorney appearance was filed on May 21, 2007 by another attorney as counsel for the defendant.

Sibley's motion purports to refer to records subpoenaed on behalf of the defendant that it seems would properly be in the

- 2 -

possession of the attorney of record for the defendant, not in Sibley's possession. Why Sibley would have possession of subpoenaed records in a case from which he has been terminated and why he would not instead have turned all copies of them over to the defendant's continuing counsel of record is not set forth in the motion. Given that unexplained anomaly, and because Sibley's right to practice and file motions as an attorney in this Court has been suspended, it is hereby

ORDERED that leave to file the Motion to Modify Restraining Order to Permit the Release of Telephone Records be, and hereby is, DENIED. The Clerk shall return the motion to Sibley along with a copy of this Order.

SIGNED this 3rd day of February, 2016.

_____/s/_____
RICHARD W. ROBERTS
Chief Judge